**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | Paulo Cabral | Chapter: 13 |
| | Debtor, | Case No: 05–11663 |
| | | Judge Joan N. Feeney |

**ORDER TO UPDATE**

TO THE DEBTOR: You are hereby ORDERED to file with this Court the document( s ) checked below:

☐ – Matrix Sheet: YOU MUST FILE THIS WITHIN THREE ( 3 ) DAYS OF ENTRY OF THIS ORDER. See Local Rule MLBR 1007–1 (a)

☑ – Statement of Social Security/Tax ID Numbers. Official Form 21
YOU MUST FILE THIS WITHIN THREE ( 3 ) DAYS OF ENTRY OF THIS ORDER. Due on **3/14/05**

☐ – Corporate Vote ( Corporate Debtor Only ) – Original & 2 Copies
YOU MUST FILE THIS WITHIN SEVEN (7) DAYS OF ENTRY OF THIS ORDER. Due on

☐ – Declaration Regarding Electronic Filing Official Form 7.
YOU MUST FILE THIS WITHIN SEVEN (7) DAYS OF ENTRY OF THIS ORDER. Due on

☐ – Disclosure of Compensation of Bankruptcy Petition Preparer (Pro–se Debtors Only):
YOU MUST FILE THIS WITHIN (10) DAYS OF ENTRY OF THIS ORDER. Due on

☐ – Chapter 7 Individual Debtor's Statement of Intention – Original &2 Copies
YOU MUST FILE THIS STATEMENT BEFORE THE § 341 MEETING OR WITHIN 30 DAYS OF FILING YOUR BANKRUPTCY PETITION, WHICHEVER IS EARLIER. Due on

**PLEASE SEE NEXT PAGE FOR ADDITIONAL MISSING DOCUMENTS**

**NOTE:   CONVENTIONAL FILERS MUST FILE ORIGINAL DOCUMENTS;
ELECTRONIC FILERS MUST FILE ELECTRONIC ORIGINALS;
PURSUANT TO MEFR 7.**

Order to Update (Continued)

Chapter: 13
Case No: 05−11663
Judge Joan N. Feeney

In addition, you must file the checked documents below by **3/24/05** at 4:30 p.m.

- ☐ – Debtor(s) Telephone Number. (Pro−Se Debtors Only)
- ☐ – The petition must be signed by Attorney/Debtor.
- ☑ – Schedule( s ) A−J : Original & 2 Copies
- ☐ – Exhibit "A" ( Chapter 11 Corporate Debtor ) – Original & 4 Copies
- ☐ – Exhibit "B" ( Individual Chapter 7 Debtor ) – Original & 2 Copies
- ☑ – Statement of Financial Affairs – Original & 2 Copies
- ☑ – Statement of Attorney Compensation – Original & 2 Copies
- ☐ – List of 20 Largest Unsecured Creditors ( Chapter 11 ) – Original & 2 Copies
- ☑ – Chapter 13 Plan – Original & 2 Copies
    - ☐ – Plan filed was incomplete or unsigned.
- ☑ – Chapter 13 Agreement Between Debtor and Counsel (Official form 8)
- ☐ – Verified statement or an unsworn declaration as required by FRBP 1008 and in accordance with 28 USC §1746.
- ☐ – New Schedule listing post−petition creditors ( in converted cases only ): please check one, then sign and date and return to the Court at the address below. – Original & 2 Copies
    - ☐ – List and Verified Declaration attached. If filed electronically, Official Form 7 required also.
    - ☐ – No post−petition creditors _____ .
      Signature / Date

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW. FAILURE TO COMPLY WILL RESULT IN APPROPRIATE ACTION BY THE COURT, WHICH MAY INCLUDE DISMISSAL PURSUANT TO 11 U.S.C. § 109( g ).**

⦿ United States Bankruptcy Court
1101 O'Neill Federal Building
10 Causeway Street
Boston, MA 02222−1074

○ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608−2076

Date:3/9/05

By the Court,

Charlene Bapties
Deputy Clerk
617−565−6865