# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE:** | **Chapter** 13 |
| Paulo Cabral | **Case No.** 05-11663-JNF |
| **Debtor(s)** | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**NOTICE IS HEREBY GIVEN** that the undersigned appears for Countrywide Home Loans, Inc., a secured mortgagee of the above-referenced Debtor(s), and pursuant to the Bankruptcy Code, demand that all notices given or required to be given in this case be given to or served upon:

- John S. McNicholas, Esquire, SHAPIRO & KREISMAN, 490 Boston Post Road, Sudbury, MA 01776.

March 21, 2005

By its attorney,

_/s/ John S. McNicholas___
John S. McNicholas, Esquire
SHAPIRO & KREISMAN
490 Boston Post Road
Sudbury, MA 01776
(978) 443-8800
BBO # 546542

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>　　Paulo Cabral<br><br>**Debtor(s)** | **Chapter** 13<br>**Case No.** 05-11663-JNF |

## CERTIFICATE OF SERVICE

I, John S. McNicholas, Attorney for Countrywide Home Loans, Inc., its successors or assigns, in the above captioned matter, certify that I served a copy of the Notice of Appearance by mailing first class, postage prepaid to:

Debtor's Attorney:

　　　　Andrew C. Schultz
　　　　10 Ames Road
　　　　Marblehead, MA 01945

Chapter 13 Trustee:

　　　　Doreen B. Solomon
　　　　P.O. Box 8250
　　　　Boston, MA 02114-0033

U.S. Trustee:

　　　　10 Causeway Street
　　　　Boston, MA 02222

Date:　　　March 21, 2005

　　　　____/s/ John S. McNicholas__
　　　　John S. McNicholas
　　　　SHAPIRO & KREISMAN
　　　　490 Boston Post Road
　　　　Sudbury, MA 01776
　　　　(978) 443-8800
　　　　BBO # 546542