UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:  Chapter 13
Paulo Cabral  Case No. 05-11666-JNF
      Debtor(s)

**CERTIFICATE OF SERVICE**

I, John S. McNicholas, of the Law Office of Shapiro & Kreisman, 490 Boston Post Road, Sudbury, MA 01776, certify:

That I am, and at all times thereinafter mentioned was, more than 18 years of age; that on the 1st day of April, 2005 I served a copy of the Motion of Secured Creditor, Countrywide Home Loans, Inc. To Dismiss Case Pursuant to 11 U.S.C. Section 109(g) Or, In The Alternative, Pursuant To 11 U.S.C. Section 1307(c) electronically upon the Chapter 13 Trustee, Doreen B. Solomon, P.O. Box 8250, Boston, MA 02114-0033 and U.S. Trustee, 10 Causeway Street, Boston, MA 02222 and by United States mail, postage prepaid, to the following parties:

    Debtor's Attorney:

        Andrew C. Schultz
        10 Ames Road
        Marblehead, MA 01945

    Debtor:

        Paulo Cabral
        435 Lafayette Street
        Salem, MA 01970

Date:  April 1, 2005

        _/s/ John S. McNicholas__
        John S. McNicholas
        SHAPIRO & KREISMAN
        490 Boston Post Road
        Sudbury, MA 01776
        (978) 443-8800
        #546542