U.S. Bankruptcy Court
District of Massachusetts

In Re:                                            Case No: 05-11663
                                                  Chapter 13
Paulo Cabral

                Debtor


Order of Dismissal - sec. 109(g)

Due to the failure of the Debtor to comply with the Court's Order of 3/9/05, and the Debtor having failed to file timely the Chapter 13 Plan, it is hereby ordered that the above-entitled case be and hereby is DISMISSED pursuant to 109(g).

By operation of section 109(g) of the Bankruptcy Code, this Order of Dismissal renders the Debtor ineligible to file another bankruptcy petition within 180 days after the date of this Order.

Date: 4/04/05

_____
Bankruptcy Judge

c:   Debtor
     Debtor's counsel
     Trustee