**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Paulo Cabral<br>Debtor, | Chapter: 13<br>Case No: 05−11663<br>Judge Joan N. Feeney |

### NOTICE OF DISMISSAL UNDER 11 U.S.C. § 109(g)

You are hereby notified that an Order Dismissing the above case pursuant to 11 U.S.C. § 109(g) was entered on 4/4/05 .

Date:4/6/05

By the Court,

Pamela Nener
Deputy Clerk
617−565−5917

9