# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

IN RE. PAULO CABRAL

DEBTOR.

CHAPTER 13
CASE NO. 05-11663-JNF

## MOTION OF SECURED CREDITOR, COUNTRYWIDE HOME LOANS, INC., TO DISMISS CASE PURSUANT TO 11 U.S.C. SECTION 109(g) OR, IN THE ALTERNATIVE, PURSUANT TO 11 U.S.C. SECTION 1307(c)

Now comes secured creditor, Countrywide Home Loans, Inc. ("Countrywide"). and moves the Court to dismiss the instant Chapter 13 case pursuant to 11 U.S.C. Section 109(g) or, in the alternative, for cause pursuant to 11 U.S.C. Section 1307(c). Countrywide is the record holder of a first mortgage on the Debtor's principal residence known as 435 Lafayette Street, Salem, Massachusetts. Countrywide has duly filed a proof of claim in this case for a prepetition mortgage arrears in excess of $57,000.00. As grounds for this motion Countrywide states that on March 9, 2005, this Court ordered the Debtor to file his Chapter 13 Plan on or before March 24, 2005. The pacer docket as of March 31, 2005, does not reflect that the Debtor has filed a plan as ordered or that he has filed any motion or request to enlarge the time within which to do so.

Wherefore, Countrywide respectfully requests that this Court:

(1) dismiss this case pursuant to 11 U.S.C. Section 109(g) or, in the alternative, pursuant to 11 U.S.C. Section 1307(c); and

(2) grant such further relief as the Court deems just.