**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Paulo Cabral | Chapter: 13 |
| Debtor, | Case No: 05–11663 |
| | Judge Joan N. Feeney |

### NOTICE OF DISMISSAL UNDER 11 U.S.C. § 109(g)

You are hereby notified that an Order Dismissing the above case pursuant to 11 U.S.C. § 109(g) was entered on 4/4/05 .

Date:4/6/05

By the Court,

Pamela Nener
Deputy Clerk
617–565–5917

9

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0101-1            User: pkn                 Page 1 of 1                Date Rcvd: Apr 06, 2005
Case: 05-11663                  Form ID: ntcdsmg          Total Served: 10

The following entities were served by first class mail on Apr 08, 2005.
db         +Paulo Cabral,    435 Lafayette St.,     Salem, MA 01970-5337
aty        +Andrew C. Schultz,    10 Ames Road,     Marblehead, MA 01945-2702
aty        +John S. McNicholas,    Shapiro & Kreisman,     Chiswick Park,    490 Boston Post Road,
             Sudbury, MA 01776-3367
tr         +Doreen B. Solomon,    P. O. Box 8250,    Boston, MA 02114-0950
smg        +COMMONWEALTH OF MASSACHUSETTS,    DIV OF UNEMPLOYMENT ASSISTANCE,    ATTN BANKRUPTCY UNIT 5TH FLOOR,
             19 STANIFORD STREET,    Boston, MA 02114-2502
smg        +MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    P0 BOX 9484,    Boston, MA 02205-9484
smg        +UNITED STATES ATTORNEY,    ONE COURTHOUSE WAY,    SUITE 9200,    BOSTON, MA 02210-3013
ust        +John Fitzgerald,    Office of the US Trustee,    10 Causeway Street,    Boston, MA 02222-1043
15487235    COUNTRYWIDE HOME LOANS INC,    4500 PARK GRANDA,    CALABASAS, CAL. 91301-0266
15487234   +SHAPIRO & KREISMAN,    490 BOSTON POST ROAD,    SUDBURY, MASS 01776-3381

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Countrywide Home Loans, Inc.
15500847    Countrywide Home Loans, Inc.
                                                                                                 TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2005**                    Signature:    _Joseph Speetjens_