U.S. Bankruptcy Court
District of Massachusetts

In Re:  Case No: 05-11663
        Chapter 13

Paulo Cabral

        Debtor

Order of Dismissal - sec. 109(g)

Due to the failure of the Debtor to comply with the Court's Order of 3/9/05, and the Debtor having failed to file timely the Chapter 13 Plan, it is hereby ordered that the above-entitled case be and hereby is DISMISSED pursuant to 109(g).

By operation of section 109(g) of the Bankruptcy Code, this Order of Dismissal renders the Debtor ineligible to file another bankruptcy petition within 180 days after the date of this Order.

Date: 4/04/05

_____
Bankruptcy Judge

c:  Debtor
    Debtor's counsel
    Trustee

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0101-1           User: pkn              Page 1 of 1              Date Rcvd: Apr 06, 2005
Case: 05-11663                 Form ID: pdf012        Total Served: 3

The following entities were served by first class mail on Apr 08, 2005.
db         +Paulo Cabral,    435 Lafayette St.,    Salem, MA 01970-5337
aty        +Andrew C. Schultz,    10 Ames Road,    Marblehead, MA 01945-2702
tr         +Doreen B. Solomon,    P. O. Box 8250,    Boston, MA 02114-0950

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 08, 2005**                    Signature:  _Joseph Speetjens_