## FILING FEE PAID

UNITED STATES BANKRUPTCY COURT   APR11'05 PM 3:14 USB
DISTRICT OF MASSACHUSETTS

In Re:                                    Chapter 13# 11663-JNF
Paulo Cabral,
Debtor

### DEBTOR'S MOTION TO RE-OPEN

To the Honorable Joan F. Feeney, Bankruptcy Judge:

Now comes the Debtor in the above-entitled matter and moves that this Honorable Court
Re-open these Chapter 13 proceedings, under Bankruptcy Rule 9024, or pursuant to such
authority as to this Honorable Court may seem applicable, and states as grounds therefore
the following:

1. A foreclosure sale of the Debtor's residence was scheduled for March 10, 2005.

2. On the morning of March 9, 2005, the Debtor retained his counsel who drafted (i)
   a Declaration of Homestead for the Debtor and (ii) a skeleton Chapter 13 to be
   filed. Immediately there after the Debtor drove his counsel first to the Essex
   County Registry of Deeds where the Declaration of Homestead was recorded the
   then into Boston to the Bankruptcy Court where the skeleton 13 was filed and the
   filing fee paid.

3. Thereafter, Debtor's counsel, an insulin dependant diabetic, became substantially
   disabled because of an inability to maintain insulation balances. During this
   period of time said counsel was unable to file all necessary documents as
   required. (Note: On April 5, 2005, said counsel did appear before the Honorable
   Robert Somma to argue motions. Following that appearance said counsel slept for
   almost 48 hours.)

4. The failure of the Debtor to complete his filings and to attend the Section 341
   meeting on April 6, 2005. is not the result of anything done, or not done, by the
   Debtor. These failures are soley attributable to his counsel's poor health at the
   time.

5. Debtor's said counsel has paid the fee for the re-opening of this case and Debtor
   has not, and will not, be charged for the same.

6. There has been filed herewith all Schedules, Statements, Certifications and other
   Documents required.

Wherefore, the Debtor respectfully prays that this Honorable Court grant his Motion to
Re-Open these Chapter 13 proceedings.

1

APR11'05 PM 3:14 USB

Dated: April 10, 2005

By his attorney

Andrew C. Schultz
BBO # 447560
10 Ames Road
Marblehead, Mass. 01945
Tel # 781-990-1323
Fax # 781-990-1185
acschultz@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify, under the pains and penalties of perjury, that I served a copy of the foregoing pleading, by first class mail, proper postage affixed,  upon the following:

SHARIRO & KREISMAN
490 BOSTON POST ROAD
SUDBURY, MASS. 01776

COUNTRYWIDE HOME LOANS INC
4500 PARK GRANDA
CALABASAS, CAL. 91301-0266

CITIZEN'S BANK
PO BOX M
PROVOIDENCE, RI 02901

INTERNAL REVENUE SERVICE
ATTN: JUDITH GIARDINA
1 MONTVALE AVE.
STONEMAM, MASS. 02143

HOUSEHOLD FINANCE CO.
PO BOX 17574
BALIMORE, MD 21297

HOMEPEPOT CREDIT SERVICES
PROSSESESSING CENTER
DES MOINES, IA 50364

INTERNAL REVENUE SERVICE

2

SPECIAL PROCEDURES STOP 20800
PO BOX 9112
JFK BUILDING
BOSTON, MASS. 02203

APR11'05 PM 3:14 USB

MASS. DEPT. REVENUE
BANKRUPTCY UNIT
PO BOX 55484
BIOSTON, MASS. 02205

DOREEN SOLOMON, ESQ
CHAPTER 13 TRUSTEE.
180 CANAL ST.
 BOX 8250
BOSTON, MASS. 02114

OFFICE OF THE US TRUSTEE
10 CAUSEWAY STREET
BOSTON, MASS. 02222

PAULO CABRAL
435 LARAYETTE STREET
SALEM, MASS. 01970

Dated; April 10, 2005

_____
Andrew C. Schultz

3