UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:                                              Chapter 13# 11663-JNF
Paulo Cabral,
Debtor

DEBTOR'S MOTION FOR EXPDITED HEARING

To the Honorable Joan N. Feeney:

Now comes the Debtor in the above-entitled action and, pursuant to Local Bankruptcy Rule 9013-1(g), moves that this Honorable Court order an Expedited Hearing on the Debtor's Motion to Re-Open this Chapter 13 case. In support thereof, the Debtor states as follows:

1. A foreclosure sale of the Debtor's residence was scheduled for March 10, 2005.

2. On the morning of March 9, 2005, the Debtor retained his counsel who drafted (i) a Declaration of Homestead for the Debtor and (ii) a skeleton Chapter 13 to be filed. Immediately there after the Debtor drove his counsel first to the Essex County Registry of Deeds where the Declaration of Homestead was recorded the then into Boston to the Bankruptcy Court where the skeleton 13 was filed and the filing fee paid.

3. Thereafter, Debtor's counsel, an insulin dependant diabetic, became substantially disabled because of an inability to maintain insulation balances. During this period of time said counsel was unable to file all necessary documents as required.

4. The failure of the Debtor to complete his filings and to attend the Section 341 meeting on April 6, 2005. is not the result of anything done, or not done, by the Debtor. These failures are solely attributable to his counsel's poor health at the time.

5. In the absence of an Expedited Hearing, with out the Automatic Stay, the Debtor may lose his residence before the Court can act on his Motion to Re-Open in the ordinary course.

The Debtor further requests that Notice of a Hearing on this Motion be served by facsimile and be limited to:

SHARIRO & KREISMAN
490 BOSTON POST ROAD

1

APR 11 '05 PM 3:05 USB

SUDBURY, MASS. 01776
(Counsel to the foreclosing mortgagee)

DOREEN SOLOMON, ESQ
CHAPTER 13 TRUSTEE.
180 CANAL ST.
 BOX 8250
BOSTON, MASS. 02114

they being the parties most affected by this motion.

Dated April 10, 2005
By his attorney

*Andrew C. Schultz*
Andrew C. Schultz
BBO # 447560
10 Ames Road
Marblehead, Mass. 01945
Tel # 781-990-1323
Fax # 781-990-1185
acschultz@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify, under the pains and penalties of perjury, that I served a copy of the foregoing pleading, by first class mail, proper postage affixed, upon the following:

SHARIRO & KREISMAN
490 BOSTON POST ROAD
SUDBURY, MASS. 01776
(Counsel for foreclosing mortgagee)

DOREEN SOLOMON, ESQ
CHAPTER 13 TRUSTEE.
180 CANAL ST.
 BOX 8250
BOSTON, MASS. 02114

Dated: April 10, 2005

*Andrew C. Schultz*
Andrew C. Schultz

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  
Paulo Cabral,  
Debtor

Chapter 13# 11663-JNF

ORDER ON
DEBTOR'S MOTION FOR EXPDITED HEARING

The matter came on for consideration of the Debtor's Motion for an Expedited Hearing on the Debtor's Motion to Re-Open these Chapter 13 Proceedings.

Upon consideration of the Motion for Expedited Hearings, said Motion is hereby GRANTED.

Hearing Date_____2005 at _____o'clock

Objections due by _____2005 at 4:30 PM

If no objections are filed the court may grant the motion without hearing.

Dated April_____2005.

_____  
Joan N. Feeney  
Bankruptcy Judge.