# CHAPTER 13 PLAN AND COVER SHEET
## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

Filing Date: 3/9/05    Docket #: 05-11663-JNF

Debtor: Paulo Cabral    Co-Debtor: _____

SS#: 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    SS#: _____

APR 11 '05 PM 3:07 USB

Address: 435 Lafayette    Address: _____
Salem, Mass, 01945

Debtor's Counsel: Andrew C. Schultz

Address: 10 Amet Road
Marblehead
Mass 01945

Telephone #: 781-990-1323

Facsimile #: 781-990-1185

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR (S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. ' 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE SECTION 341 MEETING TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

**UNITED STATES BANKRUPTCY COURT**         APR 11 '05 PM 3:07 USB

**DISTRICT OF MASSACHUSETTS**

**CHAPTER 13 PLAN** Docket # 05-11663 -JNF

DEBTORS: (H) Paulo Cabral          SS# 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

(W) _____  SS# _____

TERM OF THE PLAN _____12_____ Months *note: monthly payments are based on 60 months with a baloon payment*

(If the plan is longer than thirty-six (36) months, a statement of cause pursuant to 11 U.S.C. '1322(d) must be attached hereto.)

PLAN PAYMENT: Debtor(s) to pay monthly: $ _____

I. SECURED CLAIMS

A. CLAIMS TO BE PAID THROUGH THE PLAN (INCLUDING ARREARS):

Creditor Description of claim (pre- Amount of claim petition arrears, purchase money, etc.)

Countrywide Home Loans          $ 57,165.68

_____  $ _____

_____  $ _____

_____  $ _____

Total of secured claims to be paid through the Plan $ 57,165.68

B. CLAIMS TO BE PAID DIRECTLY TO CREDITORS (Not through Plan):

Creditor Description of Claim

Country Wide Home Loans    $ 3,300.00

Citizens Bank (Truck) $654.05

II. PRIORITY CLAIMS

Creditor Description of claim Amount of claim

Internal Revenue Service $145,000.00

Total of priority claims to be paid through the plan $ 145,000.00

III. ADMINISTRATIVE CLAIMS

A. Attorneys fees (to be paid through the plan): $ _____

(to be paid in first 12 months of plan)

B. Miscellaneous fees:

Creditor Description of claim Amount of claim

C. The chapter 13 trustee's fee is determined by order of the United States Attorney General. The calculation of the Plan payment set forth below utilizes a 10% trustee's commission.

In the event that the trustee's commission is less than 10%, the additional funds collected by the trustee shall be disbursed to unsecured creditors up to 100% of the allowed claims.

IV. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of 10 % of their claims.

A. General unsecured claims: $27,587.40

B. Undersecured claims arising after lien avoidance/cramdown:

C. Miscellaneous provisions: Debtor shall pay $2,758.74 for 12 months, then sell the residence for not less than $900,000 and pay the balance of the plan with amount of $182,154.00

VI. CALCULATION OF PLAN PAYMENT

a. Secured claims (Section I-A Total): $ 57,165.68

b. Priority claims (Section II Total): +$ 145,000.00

c. Administrative claims (Section III A + B Total): +$ 0

d. General unsecured claims (Section IV-C Total): +$ 2,758.74

e. Separately classified unsecured claims

(Section IV-D Total): +$ _____

f. Total of (a) through (e) above: =$ 204,924.42

g. Divide (f) by .90 for total including

Trustee=s fee: Cost of Plan =$ 227,693.80

(This represents the total amount to be paid into the chapter 13 plan)

h. Divide (g) Cost of Plan by Term of plan: 60 months

i. Round up to nearest dollar: Monthly Plan Payment: $ 3,795.00

(Enter this amount on page 1)

Pursuant to 11 U.S.C. ' 1326(a)(1), unless the Court orders otherwise, a debtor shall commence making the payments proposed by a plan within thirty (30) days after the plan is filed.

LIQUIDATION ANALYSIS

I. Real Estate: 900,000

Address Fair Market Value Recorded Liens (Schedule D)

Creditor Description of Amount of Claim

claim

_____  _____  _____

_____  _____  _____

Total of A + B general unsecured claims: $ 27,587.40

C. Multiply total by percentage of dividend: $ 2,758.74

(Example: Total of $38,500.00 x .22 dividend = $8,470.00)

D. Separately classified unsecured claims (co-borrower/student loan, etc.):

Creditor Description of claim Amount of claim

_____  _____  $ _____

_____  _____  $ _____

_____  _____  $ _____

Total amount of separately classified

claims payable at _____ %: $ _____

V. OTHER PROVISIONS

A. Liquidation of assets to be used to fund plan: *The Debtor's residence at 135 Lafayette St. Salem, Mass will be sold prior to one year and the proceeds used to pay off the plan*

B. Modification of Secured Claims: Set forth details of modifications below or on attached sheets. This information should include name of creditor and detailed explanation of the modification. The total amount of the secured claim that is to be paid through the plan (inclusive of interest) should be set forth in Section I of this Plan.

*none*

_____

_____

_____

http://www.mab.uscourts.gov/form3plan.htm                              4/8/05

Value of property         900,000.00
County Web How Loan       600,000.00
_____ $_____ $_____
IRS lien                  145,000.00
_____ $_____ $_____
_____ $_____ $_____

Total Net Equity for Real Property: $ 155,000

Less Exemptions (Schedule C): $ 500,000

Available Chapter 7: $ 0


II. Automobile (Describe year, make and model):

Truck_____ Value $12,000  Lien $4,460 Exemption $7,575

_____ Value $_____ Lien $_____ Exemption $_____

Net Value of Equity: $ 7,600

Less Exemptions (Schedule C): $ 7,575

Available Chapter 7: $ 0

III. All Other Assets (All remaining items on Schedule B): (Itemize as necessary)

Value:$_____ Less Exemptions (Schedule C): $_____

Available Chapter 7: $ 0

SUMMARY (Total amount available under Chapter 7):

Net Equity (I and II) Plus Other Assets (III) less all claimed exemptions: $ 0

Additional Comments regarding Liquidation Analysis:

_____

_____

Pursuant to the Chapter 13 rules, the debtor or his or her counsel is required to serve a copy of the Amended Plan upon the Chapter 13 trustee, all creditors and interested parties, and to file a certificate of service accordingly.

_____    _____

http://www.mab.uscourts.gov/form3plan.htm                              4/8/05

Debtor's counsel Date 4/11/05
*Andrew C Schultz*

Address: 10 Anner Rd

Marblehead, MA 01945

Telephone#: 781-990-1323

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

*Paulo Cabral*

Debtor Date 4/11/05

APR 11 '05 PM 3:07 USB

Debtor Date

Last Updated:
12/8/2003

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

PAULO CABRAL
    DEBTOR                                            CHAPTER 13
                                                         #05-11663-JNF

CERTIFICATE OF SERVICE OF PLAN

I, Andrew C. Schultz, do hereby certify that I have, this day served a copy of the Debtor's Chapter 13 Plan on all those listed below.

SHARIRO & KREISMAN
490 BOSTON POST ROAD
SUDBURY, MASS. 01776

COUNTRYWIDE HOME LOANS INC
4500 PARK GRANDA
CALABASAS, CAL. 91301-0266

CITIZEN'S BANK
PO BOX M
PROVOIDENCE, RI 02901

INTERNAL REVENUE SERVICE
ATTN: JUDITH GIARDINA
1 MONTVALE AVE.
STONEMAM, MASS. 02143

HOUSEHOLD FINANCE CO.
PO BOX 17574
BALIMORE, MD 21297

HOMEDEPOT CREDIT SERVICES
PROSSESESSING CENTER
DES MOINES, IA 50364

BNA AMERICA
PO BOX 15137
WILMINGTON, DE 19886

1

CHASE CARD
PO BOX 15583
WILMINGTON, DE 19886

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES STOP 20800
PO BOX 9112
JFK BUILDING
BOSTON, MASS. 02203

MASS. DEPT. REVENUE
BANKRUPTCY UNIT
PO BOX 55484
BIOSTON, MASS. 02205

DOREEN SOLOMON, ESQ
CHAPTER 13 TRUSTEE.
180 CANAL ST.
BOX 8250
BOSTON, MASS. 02114

OFFICE OF THE US TRUSTEE
10 CAUSEWAY STREET
BOSTON, MASS. 02222

PAULO CABRAL
435 LARAYETTE STREET
SALEM, MASS. 01970

April 10, 2005

/s/ ANDREW C. SCHULTZ
ANDREW C. SCHULTZ
BBO # 447560
10 Ames Road
Marblehead, Mass. 01945
Tel # 781-990-1323
Fax # 781-990-1185
acschultz@comcast.net

2