# UNITED STATES BANKRUPTCY COURT

### District of        MASSACHUSETTS

In re    PAULO CABRAL                                   Case No.  05-11663

APR 11 '05 PM 3:07 USB

Debtor                                                   (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages of each.  Report the total from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedule D, E, and F to determine the total amount of the debtor's liabilities.

|  |  |  | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A - Real Property |  |  | $900,000.00 |  |  |
| B - Personal Property |  |  | $ 12,950..0.0 |  |  |
| C - Property Claimed as Exempt |  |  |  |  |  |
| D - Creditors Holding Secured Claims |  |  |  | 600,000.00 |  |
| E - Creditors Holding Unsecured Priority Claims |  |  |  | $145,000.99 |  |
| F - Creditors Holding Unsecured Nonpriority Claims |  |  |  | 27,587.40 |  |
| G - Executory Contracts and Unexpired Leases |  |  |  |  |  |
| H - Codebtors |  |  |  |  |  |
| I - Current Income of Individual Debtor(s) |  |  |  |  | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) |  |  |  |  | $ 0.00 |
| Total Number of Sheets of ALL Schedules -> |  | 0 |  |  |  |
| Total Assets -> |  |  | $912,950.00 |  |  |
| Total Liabilities -> |  |  |  | $772,787.40 |  |

2

In re  Paulo Cabral                                                    Case No.  05-11663
_____                                       _____
        **Debtor**                                                          **(If known)**

# SCHEDULE A--REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G--Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C--Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| ONE FAMILY RESIDENCE | FEE | DEBT OT | 900,000.00 | 657,165.580 |
| 435 Lafayette Street | | | | |
| Salem, Mass. 01970 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total (Report Also on Summary of Schedules) | | $  900,000.00 | |

3

In re  Pail;o Cabral

_____

**Debtor**

Case No.  05-11663
_____
**(If known)**

# SCHEDULE B--PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C--Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G--Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state the person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | $100.00 |
| 3. Security Deposits with public utilities, telephone companies, landlords, and others. | | | | NONE |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | $500.00 |
| 5. Books, pictures, and other art objects, antiques, stamp, coin, record, tape, compact disk, and other collectibles. | | | | NONE |
| 6. Wearing apparel. | | | | $250.00 |
| 7. Furs and jewelry. | | | | NONE |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | NONE |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | NONE |
| 10. Annuities.  Itemize and name each insurer. | | | | NONE |

4

In re  WARE, EMMA

_____    Case No. _____

**Debtor**                                                    **(If known)**

# SCHEDULE B--PERSONAL PROPERTY

### (Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| 11. Interest in IRA, ERISA, Keogh, or other pensions or profit sharing plans. Itemize. | | NONE | | 00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | NONE | | |
| 13. Interests in partnerships or joint ventures.  Itemize. | | NONE | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | NONE | | |
| 15. Accounts Receivable. | | NONE | | $ |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | NONE | | |
| 17. Other liquidated debts owing debtor include tax refunds.  Give particulars. | | NONE | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule or Real property. | | NONE | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | NONE | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to set off claims.  Give estimated value of each. | | NONE | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | NONE | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | NONE | | |

5

In re   WARE, EMMA                                                    Case No. _____
        _____                              (If known)
                    **Debtor**

# SCHEDULE B--PERSONAL PROPERTY

## (Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles. | | 2002 FORD DUMP TRUCK | | $12,000.00 |
| 24. Boats, motors, and accessories. | | NONE | | |
| 25. Aircraft and accessories. | | NONE | | |
| 26. Office equipment, furnishings, and supplies. | | NONE | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | | NONE | | |
| 28. Inventory. | | NONE | | |
| 29. Animals. | | NONE | | |
| 30. Crops--growing or harvested.  Give particulars. | | NONE | | |
| 31. Farming equipment and implements. | | NONE | | |
| 32. Farm supplies, chemicals, and feed. | | NONE | | |
| 33. Other personal property of any kind not already listed.  Itemize. | | NONE | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total (Report also on Summary of Schedules) | $12950.00 |

6

*Paulo Cabral*

In re ~~WARE, EMMA~~                                                                 Case No. *05-11663 JNF*
_____                                                              _____
Debtor                                                                                      (If known)

## SCHEDULE C--PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under (Check one box)

[X]  11 U.S.C. 522(b)(1) Exemptions provided in 11 U.S.C. 522(d).  **Note: These exemptions are available only in certain states.**

[ ]  11 U.S.C. 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile

has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| ONE FAMILY RESIDENCE<br>435 Lafayette Street<br>Salem, Mass. 01970 | 522(9)(1)<br>SUBJECT TO MORTGAGE<br>$600,000.00 & Fed. Tax Lien<br>$145,000.00 | $16,150.00 | $900,000.00 |
| CASH on hand | 522 (d) (5) | $100.00 | $100.00 |
| CASH in Bank | 522 (d) (5) | $100.00 | $100.00 |
| HOUSHOLD GOODS | 522 (d) (3) | $500.00 | $500.00 |
| 2002 Ford Dump Truck | 522 (d) (2) & (3)<br>Subject to Secrity Interest $4,372,90 | $2,57590 under 522 (d) (2)<br>$5,000.00 under 522 (d)(3 ) | $12,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

7

In re  Paulo Cabral                                                    Case No.  05-11663
_____            _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE D--CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of this petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetic order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.    37896764 |  |  | August 25, 2003 |  |  |  | $600,000.00 | ZERO |
| Countrywide Home Loans, Inc |  |  | FIRST MORTGAGE |  |  |  |  |  |
| 7105 Corporate Drive |  |  | 435 Lafayette St. Salem, Mass. |  |  |  |  |  |
| Plano, Tex 75024 |  |  | Value:      $900,000.00 |  |  |  |  |  |
| Account No.    1011470927 |  |  | 2002 |  |  |  |  |  |
| Citizens Bank |  |  | FIRST LIEN |  |  |  |  |  |
| PO Box M |  |  | 2002 Ford Domp Truck |  |  |  |  |  |
| Providence, RI o2901 |  |  | Value:      $12,000.00 |  |  |  | $4,500.00 | ZERO |
| Account No. |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  | Value: |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  | Value: |  |  |  |  |  |
|  |  |  | Subtotal(Total of this page) |  |  |  | $604,500.00 |  |
|  |  |  | Total(Use only on last page and on Summary of Schedules) |  |  |  | $  0.00 |  |

9

In re  PAULO CABRAL                                                    Case No.  05-11663
_____                              _____
              **Debtor**                                                          **(If known)**

# SCHEDULE E--CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed on this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order of relief.  11 U.S.C. ' 507(a)(2).

☐  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. ' 507(a)(3).

☐  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. ' 507(a)(4).

☐  **Certain farmers and fisherman**

   Claims of certain farmers and fisherman, up to $4000* per farmer or fisherman, against the debtor as provided in 11 U.S.C. ' 507(a)(5).

☐  **Deposits by individuals**

   Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. ' 507(a)(6).

11

In re  PAULO CABRAL

         **Debtor**

Case No. 05-11663

(If known)

☐ **Alimony, Maintenance or Support**

  Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. ' 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. ' 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on the commitments to FDIC. RTC. Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. ' 507(a)(9).

  * Amounts are subject to an adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

12

In re   WARE, EMMA _____          Case No. _____

_____Debtor_____                                                        (If known)

# SCHEDULE E--CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

**TYPE OF PRIORITY**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.    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 | | | | | | | | |
| IRS JUDITH GIARDINA 1 MONTVALE AVE. STONHAM, MASS. 02143 | | | 1999 & 2003 | | | | $145,000.00 | $145,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Subtotal(Total of this page) | | | | $  0.00 | |
| | | | Total(Use only on last page and on Summary of Schedules) | | | | $  0$145,000..00 | |

13

In re   PAULO CABRAL                                    Case No.  05-11663
_____
          **Debtor**                                              (If known)

# SCHEDULE F--CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name. mailing address. including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of the filing of the petition.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor." include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband. wife, both of them, or the marital community may be liable on each claim by placing an "H." "W," "J," or "C" in the column labeled "Husband. Wife. Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holdingNONsecured claims on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** 528100-10-124351-8 HFC PO BOX 17574 BALTIMORE, MD 21297 | | | | | | | 6,200.00 |
| **Account No.** 6035320022577629 HOME DEPOT CREDIT SERVICES PROSSESSING CENTER DES MOINES, IA 50364 | | | | | | | 3,300.00 |
| **Account No.** 5179456149000349 CHASE MASTER CARD PO BOX 15583 WILMINGTON, DEL 19886 | | | | | | | 7,400.00 |
| **Account No.** 5490352873038765 MBNA AMERICA PO BOX 15137 WILMINGTON, DE 19886 | | | | | | | **10,887.40** |
| | | | | | | TOTAL | $27,787.4 |
| **Account No.** | | | | | | | |

16

In re  PAULO CABRAL                                                Case No.  05-11663
_____                         _____
            Debtor                                                      (If known)

# SCHEDULE G--EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule
of creditors.

[X]  Check this box if the debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. | |
|---|---|---|
| | Contract type: | |
| | Terms: | |
| | Beginning date: | |
| | Debtor's Interest: | |
| | Description: | |
| | Buy out Option: | |
| | Contract type: | |
| | Terms: | |
| | Beginning date: | |
| | Debtor's Interest: | |
| | Description: | |
| | Buy out Option: | |
| | Contract type: | |
| | Terms: | |
| | Beginning date: | |
| | Debtor's Interest: | |
| | Description: | |
| | Buy out Option: | |
| | Contract type: | |
| | Terms: | |
| | Beginning date: | |
| | Debtor's Interest: | |
| | Description: | |
| | Buy out Option: | |

32

In re _____    Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE G--EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| | | |
|---|---|---|
| | Contract type:<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description:<br>Buy out Option: | |
| | Contract type:<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description:<br>Buy out Option: | |
| | Contract type:<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description:<br>Buy out Option: | |
| | Contract type:<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description:<br>Buy out Option: | |
| | Contract type:<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description:<br>Buy out Option: | |

33

In re   WARE, EMMA                                                    Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE H—CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signors.  In community property states, a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

[X]  Check this box if the debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

*Paulo Cabral*

In re AVARE, EMMA                                                        05- 11663 JNF
_____                                    Case No. _____
         **Debtor**                                                          **(If known)**

# SCHEDULE I--CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 and 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: MARRIED | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| ISABEL  CABRAL | NAMES | AGE | RELATIONSHIP |
| JOHNATHAN CABRAL | | 5 YEARS | SON |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | ASSEMBELER |
| Name of employer | | HERLY INDUSTRIES |
| How long employed | | 10 MONTHS |
| Address of employer | | 10 SONNAR DR. WOBURN, MASS. 01801 |

| Income: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | | $4,200.00 | 2150.00 |
| Estimated monthly overtime | | | |
| SUBTOTAL | | $ 0.0 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | | 119,97 |
| b. Insurance | | | |
| c. Union dues | | | |
| d. Other  (Specify: | ALL DEDUCTIONS                        ) | | 26.00 |
| | Mass with holding | | 124.09 |
| | Dental | | 93.00 |
| | medical | | 74.0 |
| | Family Ins | | 150.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | | | $ 0.00 |
| | | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | | | |
| Income from real property | | | |
| Interest and dividends | | | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | | |
| Social security or other government assistance (Specify) | | | |
| Pension or retirement income | | | |
| Other monthly income (Specify) | | | |
| TOTAL MONTHLY INCOME | | $4,200.00 | $1,563.00 |
| OTAL COMBINED MONTHLY INCOME | 5,76300 | (Report also on Summary of Schedules) | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

_____

36

In re   PAULO CABRAL                                                    Case No.  05-11663
_____                                _____
        **Debtor**                                                             **(If known)**

# SCHEDULE J--CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average monthly expenses of the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of
   expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | 3,300.00 |
| Are real estate taxes included?     Yes ___     No   X | | |
| Is property insurance included?     Yes ___     No   X | | |
| Utilities | Electricity and heating fuel | |
| | Water and sewer | |
| | Telephone | |
| | Other          CABLE | |
| | Other          GAS | 75.00 |
| | Other          ELECTRIC | 40.00 |
| | OIL HEAT | |
| Home maintenance (repairs and upkeep) | | 645.00 |
| Food | | 85.00 |
| Clothing | | |
| Laundry and dry cleaning | | |
| Medical and dental expenses | 85..00 | |
| Transportation (not including car payments) | | $600.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | 13.00 |
| Charitable contributions | | |
| Insurance (not deducted from wages or included in home mortgage payments) | | 130.00 |
| | Homeowner's or renter's | |
| | Life | 228.00 |
| | Health | 132.00 |
| | Auto | 150.00 |
| | Other | |
| | Other | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | 654.00 |
| | Auto | 321.00 |
| | Other | |
| | Other | |
| | Other | |
| Alimony, maintenance, and support paid to others | | |
| Payments for support of additional dependents not living at your home | | |
| Other | | |
| Other | | |
| Other | | |
| Other | | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | |

37

Form B6-Cont.
(12/94)

In re _Paulo Cabral_ ,
        Debtor

Case No. _05-11663-JNF_
        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
                                                                 *(Total shown on summary page plus 1.)*
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _4/11/05_

Signature: _Paulo Cabral_
                    Debtor

Date _____

Signature: _____
                    *(Joint Debtor, if any)*

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____         _____
Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____      _____
Signature of Bankruptcy Petition Preparer              Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110, 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief. *(Total shown on summary page plus 1.)*

Date _____

Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

-------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form 7
(9/00)

FORM 7. STATEMENT OF FINANCIAL AFFAIRS   3:03 USB

APRIL 11 '05 PM

# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF                    MASSACHUSETTS

In re:  Paulo Cabral.                        ,        Case No.   05-11663-JNF

(Name)                                                                    (If known)

Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Question 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor, general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. ' 101.

1. **Income from employment or operation of business**

None
[ ]

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 of chapter 13 must state incomes of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE (if more than one) |
|---|---|---|
| 2005 | 12,500.00 | SELF IMPLOYMENT AS CONTRACTOR |
| 2004 | 50,000.00 | SELF EMPLOYMENT AS A CONTRACTOR |
| 2003 | 50,000.00 | SELF EMPLOYMENT AS A CONTRACTOR |

14

**2.    Income other than from employment or operation of business**

None

NON

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars if a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                        SOURCE

---

**3.    Payments to creditors**

None

X



a.    List all payments on loans, installment purchases of goods or services, and other debts aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAIS | AMOUNT STILL OWING |
|---|---|---|---|

---

None

NON

b.    List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.    Suits and administrative proceedings, executions, garnishments and attachments**

None

X



a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

15

None
X

b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.   Repossessions, foreclosures and returns

None
NON

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.   Assignments and receiverships

None
NON

a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
NON

b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

16

**7.  Gifts**

None

NON

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case
except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member
and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or
chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None

NON

List all losses from fire, theft, other casualty or gambling with **one year** immediately preceding the commencement
of this case **or since the commencement of this case.**  (Married debtors filing under chapter 12 or chapter 13 must
include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCE AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None

List all payments made or property transferred by or an behalf of the debtor to any persons, including attorneys, for
consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| ANDREW C. SCHULTZ | 3-9=05 | 1,300.00 |

**10.  Other transfers**

None

17

NON

List all other property, other than property transferred in the ordinary course of business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| | | |

### 11. Closed financial accounts

None

NON

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| | | |

### 12. Safe deposit boxes

None

NON

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| | | | |

### 13. Setoffs

None

X

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| | | |

### 14. Property held for another person

18

None

NON | List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None

X | If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16.  Spouses and Former Spouses**

None

NON | If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substance, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None

NON | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and , if known, the Environmental Law.

19

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __4/11/05_____          Signature __*Paulo Cabral*_____
                                  of Debtor

Date _____            Signature _____
                                  of Joint Debtor
                                  (if any)

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____            Signature _____

                                  Print Name and Title _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

--------------------------------------------------------------------------------------------------------------------

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____           _____
Printed or Typed Name of Bankruptcy Petition Preparer           Social Security No.

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____           _____
Signature of Bankruptcy Petition Preparer                              Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

**OFFICIAL FORM 8**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF MASSACHUSETTS**

In re *Paulo Cabral*                    )
                                        )
                                        )        Chapter *13*
                                        )        Case No. *05-11663 - JHF*
                                        )
Debtor(s)                               )
                                        )

## CHAPTER 13 AGREEMENT BETWEEN DEBTOR AND COUNSEL
## RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS

It is important for debtors who file bankruptcy cases under Chapter 13 to understand their rights and responsibilities. It is also useful for debtors to know what their attorney's responsibilities are, and understand the importance of communicating with their attorney to make the case successful. Debtors should also know that they may expect certain services to be performed by their attorney. To encourage that debtors and their attorneys understand their rights and responsibilities in the bankruptcy process, the following terms are agreed to by the debtors and their attorneys.

BEFORE THE CASE IS FILED:

The DEBTOR agrees to:

1.    Provide the attorney with accurate financial information; and

2.    Discuss with the attorney the debtor's objectives in filing the case.

The ATTORNEY agrees to:

1.    Meet with the debtor to review the debtor's debts, assets, income and expenses;

In re:  _Paulo Cabral_                    Case No. _05-11663_ JnF

2. Counsel the debtor regarding the advisability of filing either a Chapter 7 or Chapter 13 case, discuss both procedures with the debtor, and answer the debtor's questions;

3. Explain what payments will be made through the plan, and what payments will be made directly by the debtor for mortgage and vehicle loan payments, as well as which claims accrue interest;

4. Explain to the debtor how, when, and where to make the Chapter 13 plan payments, as well as the debtor's obligation to continue making mortgage payments, without interruption, and the likely consequences for failure to do so;

5. Explain to the debtor how the attorney's fees and trustee's fees are paid, and provide an executed copy of this document to the debtor;

6. Explain to the debtor that the first plan payment must be made to the Trustee within 30 days of the date the plan is filed;

7. Advise the debtor of the requirement to attend the 341 Meeting of Creditors, and instruct debtor as to the date, time and place of the meeting;

8. Advise the debtor of the necessity of maintaining appropriate insurance on all real estate, motor vehicles and business assets; and

9. Timely prepare and file the debtor's petition, plan and schedules.


AFTER THE CASE IS FILED:


The DEBTOR agrees to:


1. Keep the Trustee and attorney informed for the debtor's address and telephone number;

2. Inform the attorney of any wage garnishments or attachments of assets which occur or continue after the filing of the case;

3. Contact the attorney if the debtor loses his/her job or has other financial problems (the attorney may be able to have the Chapter 13 plan payments reduced or suspended in those circumstances), or alternatively obtains a material increase in income or assets;

4. Advise counsel if the debtor is sued during the case;

5. Inform the attorney if tax refunds to which the debtor is entitled are seized or not received;

6. Advise counsel and the Trustee before buying or selling property or before entering into any long-term loan agreements, to determine what approvals are required;

7. Provide the Trustee and the attorney, prior to the Section 341 meeting of creditors, with documentary evidence as to debtor's income from all sources and the value of any asset in which the debtor has an interest, together with a copy of any declaration of homestead

In re: _Paulo Cabral_                    Case No. _05-11663-JMF_

covering the debtor's real estate, proof of insurance on any real property or automobiles in which the debtor has an interest, and any other documents which the Trustee might reasonably request in order to assess whether the debtor's proposed plan should be confirmed.

The ATTORNEY agrees to provide the following legal services in consideration of the compensation further described below:

1. Appear at the 341 Meeting of Creditors with the debtor;

2. Respond to objections to plan confirmation, and where necessary, prepare an amended plan;

3. Prepare, file and serve one necessary modification to the plan which may include suspending, lowering, or increasing plan payments;

4. Prepare, file and serve necessary amended schedules in accordance with information provided by the debtor;

5. Prepare, file and serve necessary motions to buy, sell or refinance real property;

6. Object to improper or invalid claims, if necessary, based upon documentation provided by the debtor;

7. Represent the debtor in motions for relief from stay;

8. Where appropriate, prepare, file and serve necessary motions to avoid liens on real or personal property; and

9. Provide such other legal services as necessary for the administration of the case.

The initial fees charged in this case are $_____. Any and all additional terms of compensation and additional services agreed to be rendered, if any, are set forth in writing and annexed hereto. If the initial fees are not sufficient to compensate the attorney for the legal services rendered in this case, the attorney further agrees to apply to the court for additional fees. If the debtor disputes the legal services provided or the fees charged by the attorney, an objection may be filed with the court and the matter set for hearing.

Debtor signature: _Paulo Cabral_    Dated: _4/11/05_

Co-debtor signature: _____ Dated: _____

Attorney for the debtor (s) signature _Richard C. Ghiott_ Dated: _4/11/05_

APR 11 '05 PM 3:04 USB

B 203
(12/94)

# United States Bankruptcy Court
_____ District Of *Massachusetts*

In re *Cabral, Paula*

Case No *05-11663-JNF*

**Debtor**

Chapter *13*

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................... $ *1370.00*

   Prior to the filing of this statement I have received ......................... $ *1370.00*

   Balance Due ..................................................... $ *- 0 -*

2. The source of the compensation paid to me was:

   ☒ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.  [Other provisions as needed]

APR11'05 PM 3:04 USB

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

4/11/05
_____
Date

_____
Signature of Attorney

Andrew C Schultz
_____
Name of law firm