UNITED STATES BANKRUPTCY COURT APRIL 11 3:05 USB
DISTRICT OF MASSACHUSETTS

In Re:  
Paulo Cabral,  
Debtor

Chapter 13# 11663-JNF

## DEBTOR'S MOTION FOR EXPDITED HEARING

To the Honorable Joan N. Feeney:

Now comes the Debtor in the above-entitled action and, pursuant to Local Bankruptcy Rule 9013-1(g), moves that this Honorable Court order an Expedited Hearing on the Debtor's Motion to Re-Open this Chapter 13 case. In support thereof, the Debtor states as follows:

1. A foreclosure sale of the Debtor's residence was scheduled for March 10, 2005.

2. On the morning of March 9, 2005, the Debtor retained his counsel who drafted (i) a Declaration of Homestead for the Debtor and (ii) a skeleton Chapter 13 to be filed. Immediately there after the Debtor drove his counsel first to the Essex County Registry of Deeds where the Declaration of Homestead was recorded the then into Boston to the Bankruptcy Court where the skeleton 13 was filed and the filing fee paid.

3. Thereafter, Debtor's counsel, an insulin dependant diabetic, became substantially disabled because of an inability to maintain insulation balances. During this period of time said counsel was unable to file all necessary documents as required.

4. The failure of the Debtor to complete his filings and to attend the Section 341 meeting on April 6, 2005. is not the result of anything done, or not done, by the Debtor. These failures are solely attributable to his counsel's poor health at the time.

5. In the absence of an Expedited Hearing, with out the Automatic Stay, the Debtor may lose his residence before the Court can act on his Motion to Re-Open in the ordinary course.

The Debtor further requests that Notice of a Hearing on this Motion be served by facsimile and be limited to:

SHARIRO & KREISMAN  
490 BOSTON POST ROAD

1