UUNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:                                                                                    Chapter 13# 11663-JNF
Paulo Cabral,
Debtor

CERTIFICATE OF SERVICE OF
HEARING ON MOTIONS

Under the pains and penalties of perjury, I hear by certify that I gave notice that this Honorable Court, at 10 AM, on April 14, 2005, would hear the following motions,

**(i)     The Debtor's Motion to Re-Open and (ii) the Debtor's Motion to Re-Institute the Automatic Stay**,

said notices being sent by facsimile on April 12, 2005 to:

Doreen Solomon, Esq.
Chapter 13 Trustee
Fax # 617-723-2998

John McNicholas, Esq
SHAPIRO & KRISMAN
Fax # 978-443-7433

Dated April 13, 2005                                                    /s/ Andrew C. Schultz
                                                                            Andrew C Schultz
                                                                            BBO # 447560
                                                                            10 Ames Road
                                                                            Marblehead, Mass. 01945
                                                                            Tel # 781-990-1323
                                                                            Fax # 781-990-1185
                                                                            acshultz@comcast.net
                                                                                            .