# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

## Proceeding Memorandum/Order of Court - Test

**In Re:** Paulo Cabral                **Case Number:** 05-11663        **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**

#13 Debtor's Motion To Re-Open Chapter 13 Case.
A. Schultz for Debtor

**OUTCOME:**

_13___Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advise ment: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The case is reinstated.


IT IS SO NOTED:                          IT IS SO ORDERED:

                                         _/s/ Joan N. Feeney_

_____           _____ Dated: 04/14/2005
Courtroom Deputy                         Joan N. Feeney, U.S. Bankruptcy Judge

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0101-1              User: pkn                 Page 1 of 1              Date Rcvd: Apr 14, 2005
Case: 05-11663                    Form ID: pdf012           Total Served: 20

The following entities were served by first class mail on Apr 16, 2005.
db          +Paulo Cabral,    435 Lafayette St.,    Salem, MA 01970-5337
aty         +Andrew C. Schultz,    10 Ames Road,    Marblehead, MA 01945-2702
aty         +John S. McNicholas,    Shapiro & Kreisman,    Chiswick Park,    490 Boston Post Road,
              Sudbury, MA 01776-3367
tr          +Doreen B. Solomon,    P. O. Box 8250,    Boston, MA 02114-0950
ust         +John Fitzgerald,    Office of the US Trustee,    10 Causeway Street,    Boston, MA 02222-1043
15527771    +BNA America,    PO Box 15137,    Wilmington, DE 19886-5137
15487235     COUNTRYWIDE HOME LOANS INC,    4500 PARK GRANDA,    CALABASAS, CAL. 91301-0266
15527772    +Chase Card,    PO Box 15583,    Wilmington, DE 19886-1194
15527767    +Citizen's Bank,    PO Box M,    Providence, RI 02901-1683
15527766    +Countrywide Home Loans, Inc.,    4500 Park Granda,    Calabasas, CA 91302-1663
15527775    +Doreen Solomon , Esq.,    Chapter 13 Trustee,    180 Canal Street,    Box 8250,    Boston, Ma 02114-1804
15527770    +Homedepot Credit Services,    Prossessing Center,    Des Moines, IA 50364-0001
15527769    +Household Finance Co.,    PO Box 17574,    Baltimore, MD 21297-1574
15527768    +Internal Revenue Service,    Attn: Judith Giardina,    1 Montvale Avenue,    stoneham, Ma 02180-3559
15527773    +Internal Revenue Service,    Special Procedures Stop 20800,    PO Box 9112,    JFK Building,
              Boston, Ma 02203-9112
15527774    +Mass. Dept. Revenue,    Bankruptcy Unit,    PO Box 55484,    Boston, Ma 02205-5484
15527776    +Office Of The US Trustee,    10 Causeway Street,    Boston, Ma 02222-1043
15527777    +Paulo Cabral,    435 Lafayette Street,    Salem, Ma 01970-5337
15487234    +SHAPIRO & KREISMAN,    490 BOSTON POST ROAD,    SUDBURY, MASS 01776-3381
15527765    +Shariro & Kreisman,    490 Boston Post Road,    Sudbury, Mass 01776-3381

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Countrywide Home Loans, Inc.
15500847     Countrywide Home Loans, Inc.
                                                                                                TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 16, 2005**                    **Signature:**    _/s/ Joseph Speetjens_