**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Paulo Cabral, | ) | Bankruptcy No. 05-11663-JNF |
| | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**UNITED STATES OF AMERICA'S OBJECTION TO
CONFIRMATION OF CHAPTER 13 PLAN**

THE UNITED STATES OF AMERICA, on behalf of its agency, the Internal Revenue Service (the "Service"), moves that the debtor's plan be denied confirmation pursuant to 11 U.S.C. § 1325 and Fed. R. Bankr. P. 3015 (hereinafter all statutory references are to the Bankruptcy Code unless otherwise stated).

IN SUPPORT THEREOF, the United States alleges:

1. On March 9, 2005, the debtor filed a Chapter 13 bankruptcy petition for relief.

2. The Service filed a Proof of Claim dated April 14, 2005, for federal taxes setting forth secured claims in the amount of $166,209.46.

3. The debtors' plan is objectionable because it fails to provide for the proper treatment of the Service's secured claim as required by 11 U.S.C. § 1325(a)(5). In re Barnes, 32 F.3d 405 (9th Cir. 1994). The plan provides for the Service's claims as unsecured priority claims.

4. On August 3, 2004, the Service recorded a Notice of Federal Tax Lien with the Registry of Deeds, Southern Essex County, in Salem, Massachusetts, encumbering the debtor's residence located in Salem, Massachusetts.

5.   Accordingly, the debtor's plan should be modified to provide for the full payment with interest of the Service's secured claim and the retention of the Service's lien on the debtor's property until the debtor makes all payments required by the plan and receives a discharge.

WHEREFORE, the United States respectfully requests that confirmation of the debtor's plan be denied.

                                           MICHAEL J. SULLIVAN,
                                           United States Attorney,

Date: May 4, 2005                    By:  /s/ Nina P. Ching
                                              Nina P. Ching
                                              Special Assistant
                                              United States Attorney
                                              Georgia Bar No. 124845
                                              l0 Causeway Street, Room 40l
                                              Boston, MA  02222-l06l
                                              Tel. No. (6l7) 565-5133
                                              FAX No. (617) 565-7894

## CERTIFICATE OF SERVICE

SUFFOLK, ss.                                                                                          Boston, Massachusetts

    I, Nina P. Ching, Special Assistant United States Attorney, hereby certify that on May 4, 2005 , a copy of the within UNITED STATES OF AMERICA'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN was forwarded, either electronically or by first-class mail, to the following:

        Andrew C. Schultz, Esq.
        10 Ames Road
        Marblehead, MA 01945

        Doreen B. Solomon, Esq.
        Chapter 13 Trustee
        P.O. Box 8250
        Boston, MA 02114-0033

        Paulo Cabral
        435 Lafayette Street
        Salem, MA 01970


Date:  May 4, 2005                                                       /s/ Nina P. Ching
                                                                                            NINA P. CHING
                                                                               Special Assistant
                                                                               United States Attorney
                                                                               Georgia Bar No. 124845