# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

In Re:                                  )
                                        )
Paulo Cabral,                           )        Bankruptcy No. 05-11663-JNF
                                        )        Chapter 13
                                        )
                    Debtor.             )
                                        )

## CERTIFICATE OF SERVICE

SUFFOLK, ss.                                          Boston, Massachusetts

     I, Nina P. Ching, Special Assistant United States Attorney, hereby certify that on May 13, 2005, a copy of the within **NOTICE OF NONEVIDENTIARY HEARING** was forwarded, electronically or by first-class mail, to the following:

Andrew C. Schultz, Esq.
10 Ames Road
Marblehead, MA 01945

Doreen B. Solomon, Esq.
Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114

Joseph F. Scriven
9 Mill Street
Easton, MA 02334

Date: May 13, 2005                        /s/ Nina P. Ching
                                         NINA P. CHING
                                         Special Assistant
                                         United States Attorney
                                         Georgia Bar No. 124845