**UUNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS**

IN RE:

PAULO CABRAL
    DEBTOR                                                                    CHAPTER 13
                                                                                      #05-11663-JNF

**DEBTOR'S MOTION TO AMEND
CHAPTER 13 PLAN**

To the Honorable Joan N. Feeney, Bankruptcy Judge,

Now comes the Debtor in the above entitled action and moves that he be granted leave to amend his Chapter 13 Plan by striking the same and substituting therefore the Debtor's First Amended Chapter plan filed herewith.

In support whereof, the Debtor says that said amendment is necessary in order to account for the amount due to the Internal Revenue Service.

                                                                                   By his attorney
Dated May 26, 2005                                                  /s/Andrew C. Schultz
                                                                           ANDREW C. SCHULTZ
                                                                                    BBO # 447560
                                                                                       10 Ames Road
                                                                   Marblehead, Mass. 01945
                                                                       Tel # 781-990-1323
                                                                       Fax # 781-990-1185
                                                                   acschultz@comcast.net

**CERTIFICATE OF SERVICE
OF PLAN  AND MOTION TO AMEND**

I, Andrew C. Schultz, do hereby certify that I have, this day served a copy of the Debtor's First Amended Chapter 13 Plan and Motion to amend upon all on the Electronic Service List and by first class mail, proper postage affixed up on all those listed below.

SHARIRO & KREISMAN
490 BOSTON POST ROAD
SUDBURY, MASS. 01776

COUNTRYWIDE HOME LOANS INC
4500 PARK GRANDA
CALABASAS, CAL. 91301-0266

CITIZEN'S BANK
PO BOX M
PROVOIDENCE, RI 02901

INTERNAL REVENUE SERVICE
ATTN: JUDITH GIARDINA
1 MONTVALE AVE.
STONEMAM, MASS. 02143

HOUSEHOLD FINANCE CO.
PO BOX 17574
BALIMORE, MD 21297

HOMEDEPOT CREDIT SERVICES
PROSSESESSING CENTER
DES MOINES, IA 50364

BNA AMERICA
PO BOX 15137
WILMINGTON, DE 19886

CHASE CARD
PO BOX 15583
WILMINGTON, DE 19886

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES STOP 20800
PO BOX 9112
JFK BUILDING
BOSTON, MASS. 02203

MASS. DEPT. REVENUE
BANKRUPTCY UNIT
PO BOX 55484
BIOSTON, MASS. 02205

DOREEN SOLOMON, ESQ
CHAPTER 13 TRUSTEE.
180 CANAL ST.
 BOX 8250
BOSTON, MASS. 02114

OFFICE OF THE US TRUSTEE
10 CAUSEWAY STREET
BOSTON, MASS. 02222

PAULO CABRAL
435 LARAYETTE STREET
SALEM, MASS. 01970

May 26, 2005                                                  /s/Andrew C. Schultz