**FFIRST AMENDED CHAPTER 13 PLAN AND COVER SHEET**
**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

Filing Date: MARCH 9, 2005 Docket #: 05-11663-JNF

Debtor: PAOLO CABRAL            Co-Debtor:_____

SS#: 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                      SS#:_____

Address: 435 LAFAYETTE STREET

              SALEM MASS. 01970

Debtor's Counsel: **ANDREW C. SCHULTZ**

Address: **10 AMES ROAD, MARBLEHEAD, MASS. 01945**

Telephone #: **781-990-1323**

Facsimile #: **781-990-1185**

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. ' 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE SECTION 341 MEETING TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

**FIRST AMENDED CHAPTER 13 PLAN** Docket # 05-11663-JNF

DEBTORS: (H) PAOLO CABRAL           SS#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

(W) _____ SS# _____

TERM OF THE PLAN 12 Months NOTE:MONTHLY PAYMENTS ARE BASED ON 60 MONTHS WITH A BALOON PAYMENT UPON THE SALE OF THE DEBTOR'S RESIDENCE WITHIN 12 MONTHS

(If the plan is longer than thirty-six (36) months, a statement of cause pursuant to 11 U.S.C. ' 1322(d) must be attached hereto.)

PLAN PAYMENT: Debtor(s) to pay monthly: $1,110.00

I. SECURED CLAIMS

A. CLAIMS TO BE PAID THROUGH THE PLAN (INCLUDING ARREARS):

Creditor Description of claim (pre- Amount of claim petition arrears, purchase money, etc.)

COUNTRY WIDE HOME LOANS $57,165.68

Total of secured claims to be paid through the Plan $57,166


B. CLAIMS TO BE PAID DIRECTLY TO CREDITORS (Not through Plan):

Creditor Description of Claim

   COUNTRY WIDE HOME LOANS $3,300.00 PER MONTH

CITIZENS BANK (TRUCK LOAN)$654.00 PER MONTH




II. PRIORITY CLAIMS

Creditor Description of claim Amount of claim

2

_INTERNAL REVINUE SERVICE SECURED PRORITY CLAIM $166.209.46 TO BE PAID OUTSIDE OF PLAN AT TIME OF SALE OF DEBTOR'S RESIDENCE WITHIN 12 MONTHS

Total of priority claims to be paid through the plan $0

III. <u>ADMINISTRATIVE CLAIMS</u>

A. Attorneys fees (to be paid through the plan): $0

(to be paid in first 12 months of plan)

B. Miscellaneous fees: $0

Creditor Description of claim Amount of claim

C. The chapter 13 trustee's fee is determined by order of the United States Attorney General. The calculation of the Plan payment set forth below utilizes a 10% trustee's commission.

In the event that the trustee's commission is less than 10%, the additional funds collected by the trustee shall be disbursed to unsecured creditors up to 100% of the allowed claims.

IV. <u>UNSECURED CLAIMS</u>

The general unsecured creditors shall receive a dividend of 10% of their claims.

A. General unsecured claims: <u>$27,587,40</u>

B. Undersecured claims arising after lien avoidance/cramdown:

Creditor Description of Amount of Claim

claim

_____  _____

Total of A + B general unsecured claims: <u>$27,587,40</u>

C. Multiply total by percentage of dividend: <u>$2,758.74</u>

3

(Example: Total of $38,500.00 x .22 dividend = $8,470.00)

D. Separately classified unsecured claims (co-borrower/student loan, etc.):

Creditor Description of claim Amount of claim

_____ _____ $_____

_____ _____ $_____

_____ _____ $_____

Total amount of separately classified

claims payable at 10%: $2,758.74

V. OTHER PROVISIONS

   A. Liquidation of assets to be used to fund plan:
      $900,000 expected sale of Debtor's residence

B. Modification of Secured Claims: Set forth details of modifications below or on attached sheets. This information should include name of creditor and detailed explanation of the modification. The total amount of the secured claim that is to be paid through the plan (inclusive of interest) should be set forth in Section I of this Plan.

C. Miscellaneous provisions:
_____

VI. CALCULATION OF PLAN PAYMENT

a. Secured claims (Section I-A Total): $57,166

b. Priority claims (Section II Total): +$ 0_____

c. Administrative claims (Section III A + B Total):$0

d. General unsecured claims (Section IV-C Total): +$2,758.74

4

e. Separately classified unsecured claims

(Section IV-D Total): +$_____

f. Total of (a) through (e) above: =$_59,924.74

g. Divide (f) by .90 for total including

Trustee=s fee: Cost of Plan =$66,583,04

(This represents the total amount to be paid into the chapter 13 plan)

h. Divide (g) Cost of Plan by Term of plan: 60 months

i. Round up to nearest dollar: Monthly Plan Payment:$1,110.

(Enter this amount on page 1)

Pursuant to 11 U.S.C. ' 1326(a)(1), unless the Court orders otherwise, a debtor shall commence making the payments proposed by a plan within thirty (30) days after the plan is filed.

LIQUIDATION ANALYSIS

I. Real Estate:

Address Fair Market Value Recorded

435 Lafayette St. Salem, Mass.                $900,000.00

First Mortgage Country Wide                   -657,165.68

IRS Tax Lien                                  -166,209.46

Total Net Equity for Real Property: $76,624.86

Less Exemptions (Schedule C): $500,000.00

Available Chapter 7: $0


II. Automobile (Describe year, make and model):

_Truck    Value $_____    Lien $_____    Exemption $_____

_____    Value $12,000 Lien $4,460 Exemption $7575

5

Net Value of Equity: $<u>0</u>

Less Exemptions (Schedule C): $_____

Available Chapter 7: $0

III. All Other Assets (All remaining items on Schedule B): (Itemize as necessary)

Value:$_____    Less Exemptions (Schedule C): $_____

Available Chapter 7: $_____

SUMMARY (Total amount available under Chapter 7):

Net Equity (I and II) Plus Other Assets (III) less all claimed exemptions: $_____

Additional Comments regarding Liquidation Analysis:

_____

Pursuant to the Chapter 13 rules, the debtor or his or her counsel is required to serve a copy of the Amended Plan upon the Chapter 13 trustee, all creditors and interested parties, and to file a certificate of service accordingly.

Debtor's counsel Date May 26, 2005

Debtor's Counsel:<u>/s/</u>**ANDREW C. SCHULTZ**

Address: **10 AMES ROAD, MARBLEHEAD, MASS. 01945**

Telephone #: **781-990-1323**

Facsimile #: **781-990-1185**

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF

OUR KNOWLEDGE AND BELIEF.

<u>/s/ Paolo Cabral</u> _____

```
Debtor  Date May 26, 2005
```

_____  _____

**Last Updated:**
**12/8/2003**

Case 05-11663    Doc 35    Filed 05/26/05    Entered 05/26/05 20:00:27    Desc Main
Document      Page 7 of 7