# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Paulo Cabral     **Case Number:** 05-11663     **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**

28 United States of America Objection to Confirmation of 13 Plan.
(Response due 6/13/05)
N. Ching for IRS
A. Schultz for Debtor

**OUTCOME:**

_____ Granted _____ Denied _____ Approved _____ Sustained
_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled
_____ OSC enforced/released
_____ Continued to:_____ For:_____
_____ Formal order/stipulation to be submitted by:_____ Date due:_____
_____ Findings and conclusions dictated at close of hearing incorporated by reference
_____ Taken under advise ment: Brief(s) due_____ From_____
                               Response(s) due_____ From_____
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by:_____
__28__ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Objection to Confirmation of Plan filed by the IRS is moot as the Debtor filed an amended plan on May 26, 2005. The hearing scheduled for June 30, 2005 at 10:00 AM is cancelled.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Joan N. Feeney

_____               _____ Dated: 06/01/2005
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0101-1           User: pkn              Page 1 of 1              Date Rcvd: Jun 02, 2005
Case: 05-11663                 Form ID: pdf012        Total Served: 3

The following entities were served by first class mail on Jun 04, 2005.
aty         +Andrew C. Schultz,    10 Ames Road,    Marblehead, MA 01945-2702
aty         +Nina Ching,    Special Assistant,    United States Attorney,    10 Causeway St., Room 401,
              Boston, MA 02222-1047
tr          +Doreen B. Solomon,    P. O. Box 8250,    Boston, MA 02114-0950

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 04, 2005**                     **Signature:** _Joseph Speetjens_