UUNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

PAULO CABRAL
    DEBTOR                                                       CHAPTER 13
                                                               #05-11663-JNF

DEBTOR'S RESPONSE TO
OBJECTION OF IRS TO PLAN

To the Honorable Joan N. Feeney, Bankruptcy Judge,

Now comes the Debtor in the above-entitled case and, in opposition to the Objection to Confirmation filed by the IRS, states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. As to the allegations in paragraph 4 of the objection, the Debtor admits that his plan treats the IRS as a secured priority creditor. The Debtor denies all other allegations in said paragraph contained.

5. Admitted.

6. As to the allegations in paragraph 5 of the objection, the Debtor admits that the IRS should retain it's lien until paid in full; that the IRS should receive all funds due it by operation of law or by mutual agreement of the parties. The Debtor denies that the IRS is being paid out side of the plan or that the plan requires further amendment.

7. Further answering the Debtor states that his First Amended Plan ("FAP") meets all requirements of Sec. 1322 of the Bankruptcy Code ("Code"). In support thereof the Debtor states as follows:
    (i). The Code *(Sec. 1322 (a) (2))* requires , and FAP provides, that all priority creditors be paid in full.
    (ii). The Code *(Sec. 1322 (b) (4))* allows, and the FAP provides, that claims of different priority not be paid concurrently. See *In re: Schnabel,* 153 BK 809 (1993) and *In re: Forman,* 136 BR 532, (1992).

1

(iii). The Code *(Sec. 1322 (b) (8))* allows, and the FAP provides, that funding of the plan may come from the liquidation of property.  See *In re: Erikcson,* 176 BR 753 (1995).

Wherefore the Debtor request that this Honorable Court over-rule the objection of the IRS and confirm the Debtor's First Amended Plan.

|  |  |
|---|---|
| | . By his attorney |
| Dated June 21, 2005 | /s/Andrew C. Schultz |
| | ANDREW C. SCHULTZ |
| | BBO # 447560 |
| | 10 Ames Road |
| | Marblehead, Mass. 01945 |
| | Tel # 781-990-1323 |
| | Fax # 781-990-1185 |
| | acschultz@comcast.net |

## CERTIFICATE OF SERVICE

I, Andrew C. Schultz, do hereby certify that I have, this day served a copy of the above pleading upon all on the Electronic Service List and by first class mail, proper postage affixed up on all those listed below.

PAULO CABRAL
435 LARAYETTE STREET
SALEM, MASS. 01970

June 21, 2005                                                                                    /s/Andrew C. Schultz