**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Paulo Cabral, | ) | Bankruptcy No. 05-11663-JNF |
| | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

SUFFOLK, ss.                                                                                   Boston, Massachusetts

I, Nina P. Ching, Special Assistant United States Attorney, hereby certify that on June 24, 2005, a copy of the within **NOTICE OF NONEVIDENTIARY HEARING** was forwarded, electronically or by first-class mail, to the following:

Andrew C. Schultz, Esq.
10 Ames Road
Marblehead, MA 01945

Doreen B. Solomon, Esq.
Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114-0033

Paulo Cabral
435 Lafayette Street
Salem, MA 01970


Date: June 24, 2005                                        /s/ Nina P. Ching
                                                           NINA P. CHING
                                                           Special Assistant
                                                           United States Attorney