UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   CABRAL, Paulo                                                        Chapter 13
                                                                                             Case No. 05-11663-JNF

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
NOTICE OF BAR DATE OBJECTIONS/RESPONSES

    Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case, and in support thereof states as follows:

1. On March 9, 2005 the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On June 7, 2005 the Trustee convened and presided at a meeting of creditors as required by 11 U.S.C §341, at which Debtor's counsel appeared telephonically.

3. At the meeting of creditors, the Trustee requested all business debtor documents, evidence of the non-Debtor spouses income, evidence the Debtor's property is insured as well as amended schedules I and J showing disposable income. The Trustee has not received any of the above referenced documents and cannot recommend the case for Confirmation.

    WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully Submitted,

By:  /s/ **Doreen B. Solomon**
Doreen B. Solomon, BBO #562078
Patricia A. Remer, BBO#639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313

Dated: June 30, 2005

km

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   CABRAL, Paulo                                                                 Chapter 13
                                                                                                          Case No. 05-11663-JNF

ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

ORDERED: that this Chapter 13 case is dismissed.

Dated: _____

U.S. Bankruptcy Judge

km

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   CABRAL, Paulo                                                         Chapter 13
                                                                                             Case No. 05-11663-JNF

NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty (20) days of the date hereof.  If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

Dated: July 15, 2005

/s/ **Doreen B. Solomon**
Doreen B. Solomon

SERVICE LIST

Paulo Cabral
435 Lafayette St.
Salem, MA 01970

Andrew Schultz
10 Ames Rd.
Marblehead, MA 01945

km