UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In Re:                                                          Chapter 13

PAULO CABRAL                                       Case Number 05-11663-JNF

                    Debtor

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF PAPERS

You are hereby given notice that Jeffrey M. Frankel, appears for Countrywide Home Loans, Inc. to represent its interest in this matter. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy rule 2002(g) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Respectfully submitted,

Countrywide Home Loans, Inc.
By its Attorney

/s/ Jeffrey M. Frankel
JEFFREY M. FRANKEL, ESQUIRE
BBO No. 558099
Local Counsel
Law Offices of Jeffrey M. Frankel
258 Elm Street, Suite 200
Somerville, MA 02144
(617) 628-5505
(617) 628-5255 (fax)

Dated: 7/26/05

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

PAULO CABRAL,                                        Chapter 13

    Debtor                                        Case No. 05-11663-JNF

CERTIFICATE OF SERVICE

I, Jeffrey M. Frankel, Esquire, do hereby certify that I have served a copy of the ~~Motion for Relief and~~ Notice of Appearance this 26th day of July 2005, either electronically or by first class mail, postage prepaid, upon the parties listed below.

/s/ Jeffrey M. Frankel
Jeffrey M. Frankel, Esquire, BBO #558099

Chapter 13 Trustee:
Doreen B. Solomon
P.O. Box 8250
Boston, MA 02114

U. S. Trustee, Region 1
Thomas P. O'Neill Federal Building
10 Causeway Street, 11th Floor
Boston, MA 02222

Debtor's Counsel:
Andrew C. Schultz
10 Ames Road
Marblehead, MA 01945
(781) 990-1323

Debtor
Paulo Cabral
435 Lafayette Street
Salem, MA 01970