UUNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

PAULO CABRAL
    DEBTOR                                              CHAPTER 13
                                                           #05-11663-JNF

**DEBTOR'S OBJECTION TO CH. 13**
**TRUSTEE'S MOTION TO DISMISS**

To the Honorable Joan N. Feeney, Bankruptcy Judge:

Now comes the Debtor in the above-entitled matter and, in opposition to the Dismissal Motion of the Chapter 13 Trustee states as follows.

1. Admitted.
2. Admitted.
3. With respect to the allegations in paragraph 3 the debtor states as follows:

    (i).The income of the non-debtor spouse is disclosed on Schedule I as originally filed with the court.
    (ii). The property of the Debtor consists mainly of a Ford Truck and the home at 435 Lafayette Street, Salem Mass. There is attached hereto as Exhibit A a copy of the coverage page for the Truck. The home is insured under a forced place policy obtained by the Debtor's mortgagee, Country Wide Mortgage.
    (iii). There is affixed hereto, as Exhibits B&C copies of Schedules I & J disclosing "disposable income."

4. With respect to the matters required by L.B.R App. 13-1:

    (A).  A statement of Financial Affairs has been previously filed with the Court and a copy served upon the Chapter 13 Trustee.
    (B).   Copies of the Profit & Loss portions of the Debtor's Federal Income tax Returns for the two years prior to filing are affixed hereto as Exhibits D & E.
    (C).The Debtor has no credit, all materials are purchased COD and the Debtor incurs no trade debt.
    (D). A Statement of income and expenses for the year to date is affixed hereto as Exhibit E.
    (E).  (i) Please see paragraph 3 above.
         (ii) The Debtor has opened a "Debtor-in-Possession" account at Eastern Bank, in Salem Massachusetts, account # 03535867.

1

Further answering, the Debtor states that Official Form 8 was filed with his petition and a copy served upon the Chapter 13 Trustee.

Wherefore, the Debtor respectfully requests that this Honorable Court deny the Dismissal Motion of the chapter 13 Trustee.

Dated: August 5, 2005

By his attorney
/s/Andrew C. Schultz
ANDREW C. SCHULTZ
BBO # 447560
10 Ames Road
Marblehead, Mass. 01945
Tel # 781-990-1323
Fax # 781-990-1185
acschultz@comcast.net

**CERTIFICATE OF SERVICE**

I hereby certify, under the pains and penalties of perjury the notice of the above pleading was served upon all on the Electronic mail list and, by first class mail, proper postage affixed, upon the following:

Paolo Cabral
435 Lafayette Street
Salem, Mass.

Dated August 5, 2005                                                                 /s/ Andrew C. Schultz