**COVERAGE SELECTIONS PAGE**  PAGE 1 OF 1

This page and any attached endorsements form a part of your policy

074

This policy is issued By:
ARBELLA MUTUAL INSURANCE CO.

Reason for Coverage Selections Page:
RENEWAL - ISSUED WITH CONDITIONAL PREMIUMS

Bus. Rn: 006

Massachusetts Personal Automobile Policy Number
4HB 629 195

ITEM 1. This policy is issued To:

PAULO CABRAL
435 LAFAYETTE ST
SALEM          MA 01970

Effective Date 2/15/04

Name ends CABRA
Producer YANKEE INSURANCE AGENCY
569 TALBOT AVENUE
DORCHESTER    MA 02124
Producer's No. 44-1114

ITEM 2. This policy is effective from: FEB/15/04 To: FEB/15/05  [12:01 A.M. Eastern Standard Time]

ITEM 3. Description of your Auto:

AUTO # 1  00 FORD  350  1FDWF37F9YEA66917

ITEM 4. This policy provides only the coverages for which a premium charge is shown.

| COVERAGES PARTS 1-12 COMPULSORY INS | AUTO # 1 LIMITS | DEDUCTIBLE | PREMIUM ANNUAL | ADJUSTED | LIMITS | DEDUCTIBLE | PREMIUM ANNUAL |
|---|---|---|---|---|---|---|---|
| 1. Bodily Injury To Others | $ 20,000 / $ 40,000 | None | $ 363.00 | $ | $ / $ | None | $ |
| 2. Personal Injury Protection | $ 8,000 | NONE | $ 125.00 | $ | $ | | $ |
| 3. Bodily Injury Caused By An Uninsured Auto | $ 20,000 / $ 40,000 | None | $ 14.00 | $ | $ / $ | None | $ |
| 4. Damage To Someone Else's Property | $ 25,000 | None | $ 371.00 | $ | $ | None | $ |
| OPTIONAL INSURANCE | | | | | | | |
| 5. Optional Bodily Injury To Others | $ 20,000 / $ 40,000 | None | $ 44.00 | $ | $ / $ | None | $ |
| 6. Medical Payments | $ | None | $ | $ | $ | None | $ |
| 7. Collision | Actual Cash Value | 500 | $ 333.00 | $ | Actual Cash Value | $ | $ |
| 8. Limited Collision | Actual Cash Value | $ | $ | $ | Actual Cash Value | $ | $ |
| 9. Comprehensive | Actual Cash Value | 500 | $ 82.00 | $ | Actual Cash Value | $ | $ |
| 10. Substitute Transportation | Up to $  a day maximum $ | None | $ | $ | Up to $ a day maximum $ | None | $ |
| 11. Towing and Labor | Up to $ for each disablement | None | $ | $ | Up to $ for each disablement | None | $ |
| 12. Bodily Injury Caused By An Underinsured Auto | $ 20,000 / $ 40,000 | None | $ 0.00 | $ | $ / $ | None | $ |
| SAFE DRIVER INSURANCE PLAN | Credit-Step | 14 | $ -87.00 | $ | Credit-Step | | $ |
| | Surcharge-Step | | $ | $ | Surcharge-Step | | $ |
| | | PREMIUM | $ 1245.00 | $ | | PREMIUM | $ |

Identification Numbers of Endorsements Forming a Part of This Policy
M-0101-B 645

TOTAL PREMIUM  $ 1,245

AUTO #1  213
DISCOUNTS: P RESTRAINT 25% ANTI THEFT 20% MULTI CAR 5%

ITEM 5. Place of Principal Garaging:
AUTO # 1  SALEM MA

ITEM 6. Secured Lender/Lessor-Addressee, Insured, Pledged Auto:
CITIZENS BANK OF MAS 1 CITIZENS DRIVE RIVERSIDE RI

**DRIVER INFORMATION**

| Opr No | Operator Name (First, middle initial, last) | Date of Birth | License Number | Lic. State | Operator Status C-Occasional P-Principal E-Excluded O-Other Auto 1 / Auto 2 / Auto 3 / Auto 4 | ADDITIONAL DISCOUNTS |
|---|---|---|---|---|---|---|
| 1 | PAULO CABRAL | 10/01/62 | 031584393 | MA | P | |

Exhibit A

REFER TO OTHER SIDE FOR ADDITIONAL INFORMATION

10AR1172
INSURED COPY

.00

02915

01/02