## COVERAGE SELECTIONS PAGE

This page and any attached endorsements form a part of your policy

PAGE 1 OF 1

074

This policy is issued By:
**ARBELLA MUTUAL INSURANCE CO.**

ITEM 1. This policy is issued To:

**PAULO CABRAL**
**435 LAFAYETTE ST**
**SALEM        MA 01970**

ITEM 2. This policy is effective from:

Reason for Coverage Selections Page:
RENEWAL – ISSUED WITH CONDITIONAL PREMIUMS

Effective Date 2/15/04

Bus. Rn

006

Massachusetts Personal Automobile
Policy Number
4HB 629 195

Name ends CABRA

Producer YANKEE INSURANCE AGENCY
969 TALBOT AVENUE
DORCHESTER      MA 02124
Producer's No. 44-1114

FEB/15/04   To: FEB/15/05   [12:01 A.M. Eastern Standard Time]

ITEM 3. Description of your Auto:

AUTO # 1 00 FORD   350   1FDWF37F9YEA66917

ITEM 4. This policy provides only the coverages for which a premium charge is shown.

| COVERAGES PARTS 1-12 COMPULSORY INS | AUTO # 1 LIMITS | DEDUCTIBLE | PREMIUM ANNUAL | ADJUSTED | LIMITS | DEDUCTIBLE | PREM ANNUAL |
|---|---|---|---|---|---|---|---|
| 1. Bodily Injury To Others | $20,000 / $40,000 | None | $363.00 | | | None | |
| 2. Personal Injury Protection | $8,000 | NONE | $125.00 | | | | |
| 3. Bodily Injury Caused By An Uninsured Auto | $20,000 / $40,000 | None | $14.00 | | | None | |
| 4. Damage To Someone Else's Property | $25,000 | None | $371.00 | | | None | |
| OPTIONAL INSURANCE | | | | | | | |
| 5. Optional Bodily Injury To Others | $20,000 / $40,000 | None | $44.00 | | | None | |
| 6. Medical Payments | | None | | | | None | |
| 7. Collision | Actual Cash Value | 500 | $333.00 | | Actual Cash Value | | |
| 8. Limited Collision | Actual Cash Value | | | | Actual Cash Value | | |
| 9. Comprehensive | Actual Cash Value | 500 | $82.00 | | Actual Cash Value | | |
| 10. Substitute Transportation | | None | | | | None | |
| 11. Towing and Labor | | None | | | | None | |
| 12. Bodily Injury Caused By An Underinsured Auto | $20,000 / $40,000 | None | $0.00 | | | None | |
| SAFE DRIVER INSURANCE PLAN | Credit-Step 14 | | $-87.00 | | Credit-Step | | |
| | Surcharge-Step | | | | Surcharge-Step | | |
| | | PREMIUM | $1245.00 | | | PREMIUM | |

Identification Numbers of Endorsements Forming a Part of This Policy
M-0101-B 645

TOTAL PREMIUM   $1,245

AUTO #1   213
DISCOUNTS: P RESTRAINT 25% ANTI THEFT 20% MULTI CAR 5%

ITEM 6. Place of Principal Garaging
AUTO # 1 SALEM MA

Secured Lender/Lessor Address: Ins, Rel, Pledged Auto
CITIZENS BANK OF MAS 1 CITIZENS DRIVE RIVERSIDE RI

DRIVER INFORMATION

| Opr No | Operator Name | Date of Birth | License Number | Lic State | Operator Status | ADDITIONAL DISCOUNTS |
|---|---|---|---|---|---|---|
| 1 | PAULO CABRAL | 10/01/62 | 031584393 | MA | P | |

*Exhibit A*

10AR1172

REFER TO OTHER SIDE FOR ADDITIONAL INFORMATION   THRHATD COPY

MUN
bJueter

.00

02915

01/02