In re _Paulo Cabral_____
           Debtor

Case No. 05-11...

## SCHEDULE I—CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 and 13 case whe[ther or] not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: MARRIED | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| ISABEL CABRAL | | | |
| JOHNATHAN CABRAL | | 3 YEARS | SON |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | ASSEMBLER |
| Name of employer | | HERLV INDUSTRIES |
| How long employed | | 10 MONTHS |
| Address of employer | | 10 JONNAR DR. WOBURN, MASS. 01801 |

Income: (Estimate of average monthly income)

|  | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $4,0[??].00 | |
| Estimated monthly overtime | | |
| SUBTOTAL | | |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.0 | |
| b. Insurance | | |
| c. Union dues | | |
| d. Other (Specify: ALL DEDUCTIONS Mass withholding Dental Medical Family Ins ) | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | | |
| Income from real property | | |
| Interest and dividends | | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | |
| Social security or other government assistance (Specify) | | |
| Pension or retirement income | | |
| Other monthly income (Specify) | | |
| TOTAL MONTHLY INCOME | $4,200.00 | $1,563 |
| TOTAL COMBINED MONTHLY INCOME | 5,763.00 | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

EXHIBIT B



(down)

ether or

150.00
0.00

119.97

26.00
24.09
93.00
74.0
50.00
0.00
0.00

.00