# SCHEDULE C (Form 1040) — Profit or Loss From Business
## (Sole Proprietorship)

Department of the Treasury — Internal Revenue Service
▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. ...
20...

Name of proprietor: **PAULO CABRAL**
Social security number: 031-58-...

A. Principal business or profession, including product or service (see page C-2): **BUILDER**
B. Enter code from pages ... ▶ 2...
C. Business name. If no separate business name, leave blank.
D. Employer ID number

E. Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

F. Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶
G. Did you "materially participate" in the operation of this business during 2004? If "No," see page C-3 for limit on losses..... [X] Yes
H. If you started or acquired this business during 2004, check here

## Part I — Income

| # | Description | Amount |
|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ [ ] | 3... |
| 2 | Returns and allowances | |
| 3 | Subtract line 2 from line 1 | 3... |
| 4 | Cost of goods sold (from line 42 on page 2) | |
| 5 | Gross profit. Subtract line 4 from line 3 | 2... |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 2... |

## Part II — Expenses. Enter expenses for business use of your home only on line 30.

| # | Description | Amount | # | Description | Amount |
|---|---|---|---|---|---|
| 8 | Advertising | 0 | 19 | Pension and profit-sharing plans | |
| 9 | Car and truck expenses (see page C-3) STMT 4 | 4,747 | 20 | Rent or lease (see page C-5): | |
|  |  |  | a | Vehicles, machinery, and equipment | |
| 10 | Commissions and fees | | b | Other business property | |
| 11 | Contract labor (see page C-4) | | 21 | Repairs and maintenance | |
| 12 | Depletion | | 22 | Supplies (not included in Part III) | |
|  |  |  | 23 | Taxes and licenses STMT 5 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 4,536 | 24 | Travel, meals, and entertainment: | |
|  |  |  | a | Travel | |
| 14 | Employee benefit programs (other than on line 19) | | b | Meals and entertainment | |
| 15 | Insurance (other than health) | | c | Enter nondeductible amount included on line 24b (see page C-5) | |
| 16 | Interest: | | d | Subtract line 24c from line 24b | |
| a | Mortgage (paid to banks, etc.) | | 25 | Utilities | |
| b | Other | 1,373 | 26 | Wages (less employment credits) | |
| 17 | Legal and professional services | | 27 | Other expenses (from line 48 on page 2) | |
| 18 | Office expense | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | | 1... |

29. Tentative profit (loss). Subtract line 28 from line 7
30. Expenses for business use of your home. Attach Form 8829
31. Net profit or (loss). Subtract line 30 from line 29.
  • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
  • If a loss, you must go to line 32.

32. If you have a loss, check the box that describes your investment in this activity (see page C-6).
  • If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
  • If you checked 32b, you must attach Form 6198.
  32a [ ] All investment is at risk
  32b [ ] Some investment is not at risk

LHA  For Paperwork Reduction Act Notice, see Form 1040 instructions.
420001 11-03-04
Schedule C (Form 1040)

*Exhibit D*



004

No.09
(80%)

-4393
en O-7, B, L D
.36100
(E/() Hery

3B [ ] No

1,900.

1,900.
8,969.

2,931.

2,931.

318.
49.

5,944.
5,967.

1,964.

1,964.

1040] 2004