SCHEDULE C
(Form 1040)
Department of the Treasury
Internal Revenue Service

**Profit or Loss From Business**
(Sole Proprietorship)
▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040 or 1041.    ▶ See Instructions for Schedule C (Form 1040).

OMB No.
20[..]

Name of proprietor: PAULO CABRAL
Social security number: 031-58-[..]

A. Principal business or profession, including product or service (see page C-2): BUILDER
B. Enter code from pages ▶ 2[..]

C. Business name. If no separate business name, leave blank.
D. Employer ID number

E. Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

F. Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶
G. Did you "materially participate" in the operation of this business during 2004? If "No," see page C-3 for limit on losses. ... [X] Yes
H. If you started or acquired this business during 2004, check here

**Part I Income**

1. Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ [ ]    1  3[..]
2. Returns and allowances    2
3. Subtract line 2 from line 1    3  3[..]
4. Cost of goods sold (from line 42 on page 2)    4
5. Gross profit. Subtract line 4 from line 3    5  2[..]
6. Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3)    6
7. Gross income. Add lines 5 and 6    ▶  7  2[..]

**Part II Expenses.** Enter expenses for business use of your home only on line 30.

| | | | | |
|---|---|---|---|---|
| 8  Advertising | 8 | 0 | 19  Pension and profit-sharing plans | 19 |
| 9  Car and truck expenses (see page C-3) STMT 4 | 9 | 4,747. | 20  Rent or lease (see page C-5): | |
| 10  Commissions and fees | 10 | | a  Vehicles, machinery, and equipment | 20a |
| 11  Contract labor (see page C-4) | 11 | | b  Other business property | 20b |
| 12  Depletion | 12 | | 21  Repairs and maintenance | 21 |
| 13  Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | 4,536. | 22  Supplies (not included in Part III) | 22 |
| | | | 23  Taxes and licenses STMT 5 | 23 |
| | | | 24  Travel, meals, and entertainment: | |
| 14  Employee benefit programs (other than on line 19) | 14 | | a  Travel | 24a |
| 15  Insurance (other than health) | 15 | | b  Meals and entertainment | |
| 16  Interest: | | | c  Enter nondeductible amount included on line 24b (see page C-5) | |
| a  Mortgage (paid to banks, etc.) | 16a | | d  Subtract line 24c from line 24b | 24d |
| b  Other | 16b | 1,373. | 25  Utilities | 25 |
| 17  Legal and professional services | 17 | | 26  Wages (less employment credits) | 26 |
| 18  Office expense | 18 | | 27  Other expenses (from line 48 on page 2) | 27 |

28. Total expenses before expenses for business use of home. Add lines 8 through 27 in columns    ▶  28  1[..]

29. Tentative profit (loss). Subtract line 28 from line 7    29
30. Expenses for business use of your home. Attach Form 8829    30
31. Net profit or (loss). Subtract line 30 from line 29.
    • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
    • If a loss, you must go to line 32.    31

32. If you have a loss, check the box that describes your investment in this activity (see page C-6).
    • If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
    • If you checked 32b, you must attach Form 6198.    32a [ ] All investment is at risk   32b [ ] Some investment is not at risk

For Paperwork Reduction Act Notice, see Form 1040 instructions.    Schedule C (Form 1040)

*Exhibit D* (handwritten)



004

.09

-4393

.36100

1,900.

1,900.
8,969.

2,931.

2,931.

318.
49.

5,944.
5,967.

1,964.

1,964.

1040] 2004