**SCHEDULE C (Form 1040)**
Department of the Treasury
Internal Revenue Service

**Profit or Loss From Business**
(Sole Proprietorship)
► Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
► Attach to Form 1040 or 1041. ► See Instructions for Schedule C (Form 1040).

Name of proprietor: PAULO CABRAL
Social security number: 031-58-

A. Principal business or profession, including product or service (see page C-2): BUILDER
B. Enter code from pages: ► 23

C. Business name. If no separate business name, leave blank.
D. Employer ID number (EIN)

E. Business address (including suite or room no.) ►
City, town or post office, state, and ZIP code

F. Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ►
G. Did you "materially participate" in the operation of this business during 2003? If "No," see page C-3 for limit on losses.
H. If you started or acquired this business during 2003, check here

**Part I  Income**

| | | |
|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ► | 1 |
| 2 | Returns and allowances | 2 |
| 3 | Subtract line 2 from line 1 | 3 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 |
| 7 | Gross income. Add lines 5 and 6 | 7 |

**Part II  Expenses.** Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | | 19 | Pension and profit-sharing plans | 19 |
| 9 | Car and truck expenses (see page C-3) STMT 4 | 9  2,697. | 20 | Rent or lease (see page C-5): | |
| 10 | Commissions and fees | 10 | a | Vehicles, machinery, and equipment | 20a |
| 11 | Contract labor (see page C-4) | 11 | b | Other business property | 20b |
| 12 | Depletion | 12 | 21 | Repairs and maintenance | 21 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13  4,536. | 22 | Supplies (not included in Part III) | 22 |
| | | | 23 | Taxes and licenses | 23 |
| | | | 24 | Travel, meals and entertainment: | |
| 14 | Employee benefit programs (other than on line 19) | 14 | a | Travel | 24a |
| 15 | Insurance (other than health) | 15 | b | Meals and entertainment | 24b |
| 16 | Interest: | | c | Enter nondeductible amount included on line 24b (see page C-5) | |
| a | Mortgage (paid to banks, etc.) | 16a  10,364. | d | Subtract line 24c from line 24b | 24d |
| b | Other STMT 5 | 16b  2,064. | 25 | Utilities | 25 |
| 17 | Legal and professional services | 17  5,950. | 26 | Wages (less employment credits) | 26 |
| 18 | Office expense | 18 | 27 | Other expenses (from line 48 on page 2) | 27 |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ► | | | | 28  25,611. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | 29  -25,611. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | 30 |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | | | 31  -25,611. |

• If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, and page C-6). Estates and trusts, enter on Form 1041, line 3.
• If a loss, you must go to line 32.

32 If you have a loss, check the box that describes your investment in this activity (see page C-6).
• If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198.

32a [X] All investment is at risk.
32b [ ] Some investment is not at risk.

LHA  For Paperwork Reduction Act Notice, see Form 1040 instructions.
Schedule C (Form 1040) 2003

Exhibit E