## UUNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

**In Re: Chapter 13**
**Paulo Cabral**                                                                                       **# 05-11663-JNF**
<u>**Debtor**</u>

**Country Wide Home Loans,**
Its successors and assigns in interest
**V**
**Paulo Cabral;**
**Doreen B. Solomon, Chapter**
**13 Trustee**

## DEBTOR'S OBJECTION TO MOTION
## OF COUNTRY WIDW MORTGAGE FOR RELIEF FROM STAY

To the Honorable Joan N. Feeney, Bankruptcy Judge;

Now comes the Debtor in the above-entitled matter and, in objection to the motion of Country Wide Mortgage for relief from the automatic stay in effect pursuant to Sec. 362 of the Bankruptcy Code, states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. With respect to the allegations in this paragraph contained, the Debtor is without sufficient to either admit or deny and, therefore, calls upon the Movant to prove the same to the extent they may be material hereto.

5. With respect to the allegations in this paragraph contained, the Debtor is without sufficient to either admit or deny and, therefore, calls upon the Movant to prove the same to the extent they may be material hereto.

6. Admitted.

7. Denied.

8. With respect to the allegations in this paragraph contained, the Debtor is without sufficient to either admit or deny and, therefore, calls upon the Movant to prove the same to the extent they may be material hereto.

9. Admitted.

Wherefore the Debtor requests that this Honorable Court over-rule and deny the Movant's motion.

Dated: August 10, 2005

. By his attorney<br>
/s/Andrew C. Schultz<br>
ANDREW C. SCHULTZ<br>
BBO # 447560<br>
10 Ames Road<br>
Marblehead, Mass. 01945<br>
Tel # 781-990-1323<br>
Fax # 781-990-1185<br>
acschultz@comcast.net

**CERTIFICATE OF SERVICE**

I, Andrew C. Schultz, do hereby certify that I have, this day served a copy of the above pleading upon all on the Electronic Service List and by first class mail, proper postage affixed up on all those listed below.

PAULO CABRAL
435 LARAYETTE STREET
SALEM, MASS. 01970

Dated: August 10, 2005                                                        /s/Andrew C. Schultz

2