# COVERAGE SELECTIONS PAGE

This page and any attached endorsements form a part of your policy

PAGE 1 OF 1

874

This policy is Issued By:
**ARBELLA MUTUAL INSURANCE CO.**

| Reason for Coverage Selections Page: | End. No. |
|---|---|
| RENEWAL - ISSUED WITH CONDITIONAL PREMIUMS | 008 |

Massachusetts Personal Automobile
Policy Number
**4HB 629195**

ITEM 1. This policy is issued To:

**PAULO CABRAL
435 LAFAYETTE ST
SALEM          MA 01970**

Effective Date **2/15/04**

Name code **CABRA**

Producer **YANKEE INSURANCE AGENCY
569 TALBOT AVENUE
DORCHESTER       MA 02124**

ITEM 2. This policy is effective from:    **FEB/15/04**   To: **FEB/15/05**   (12:01 A.M. Eastern Standard Time)

Producer's No. **44-1114**

ITEM 3. Description of your Auto:

**AUTO # 1  00 FORD   350       1FDWF37F9YEA66917**

ITEM 4. This policy provides only the coverages for which a premium charge is shown.

| COVERAGES, PARTS 1-12 | AUTO # 1 | | PREMIUM | | | | PREMIUM | |
|---|---|---|---|---|---|---|---|---|
| COMPULSORY INS. | LIMITS | DEDUCTIBLE | ANNUAL | ADJUSTED | LIMITS | DEDUCTIBLE | ANNUAL | ADJUSTED |
| 1. Bodily Injury To Others | $ 20,000 per person / $ 40,000 per accident | None | $ 363.00 | $ | $ / $ | None | $ | $ |
| 2. Personal Injury Protection | $ 8,000 | $ NONE ☐ yourself ☐ yourself+household mbrs | $ 125.00 | $ | $ | ☐ yourself ☐ yourself+household mbrs | $ | $ |
| 3. Bodily Injury Caused By An Uninsured Auto (COMPULSORY LIMIT $20,000/40,000) | $ 20,000 per person / $ 40,000 per accident | None | $ 14.00 | $ | $ / $ | None | $ | $ |
| 4. Damage To Someone Else's Property (COMPULSORY LIMIT $5,000) | $ 25,000 per accident | None | $ 371.00 | $ | $ | None | $ | $ |
| OPTIONAL INSURANCE | | | | | | | | |
| 5. Optional Bodily Injury To Others | $ 20,000 per person / $ 40,000 per accident | None | $ 44.00 | $ | $ / $ | None | $ | $ |
| 6. Medical Payments | $ | None | $ | $ | $ | None | $ | $ |
| 7. Collision | Actual Cash Value | $ 500 | $ 333.00 | $ | Actual Cash Value | $ | $ | $ |
| 8. Limited Collision | Actual Cash Value | $ | $ | $ | Actual Cash Value | $ | $ | $ |
| 9. Comprehensive | Actual Cash Value | $ 500 | $ 82.00 | $ | Actual Cash Value | $ | $ | $ |
| 10. Substitute Transportation | Up to $ a day maximum $ | None | $ | $ | Up to $ a day maximum $ | None | $ | $ |
| 11. Towing and Labor | Up to $ for each disablement | None | $ | $ | Up to $ for each disablement | None | $ | $ |
| 12. Bodily Injury Caused By An Underinsured Auto | $ 20,000 per person / $ 40,000 per accident | None | $ 0.00 | $ | $ / $ | None | $ | $ |
| SAFE DRIVER INSURANCE PLAN | Credit-Step | 14 | $ -87.00 | $ | Credit-Step | | $ | $ |
| | Surcharge-Step | | $ | $ | Surcharge-Step | | $ | $ |
| | | PREMIUM | $ 1245.00 | $ | | PREMIUM | $ | $ |

Identification Numbers of Endorsements Forming a Part of This Policy

**M-0101-S 645**

TOTAL PREMIUM  $ **1,245.00**

**AUTO #1   213
DISCOUNTS: P RESTRAINT 25%  ANTI THEFT 20%  MULTI CAR   5%**

ITEM 5. Place of Principal Garaging:
**AUTO # 1   SALEM MA**

ITEM 6. Secured Lender/Lessor-Additional Insured, if Rented Auto
**CITIZENS BANK OF MAS 1 CITIZENS DRIVE RIVERSIDE RI 02915**

### DRIVER INFORMATION

| Oper No. | Operator Name (First, middle initial, last) | Date of Birth | License Number | Lic. State | Operator Status O=Occasional P=Principal E=Excluded D=Deferred Auto 1 / Auto 2 / Auto 3 / Auto 4 | ADDITIONAL DISCOUNTS |
|---|---|---|---|---|---|---|
| 1 | PAULO CABRAL | 10 01 62 | 031584393 | MA | P | |

*Exhibit A*

REFER TO OTHER SIDE FOR ADDITIONAL INFORMATION

INSURED COPY

10AR1172 01/02