In re **Paulo Cabral**
_____
Debtor

Case No. 05-11663 JNF
(If known)

# SCHEDULE I--CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 and 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: MARRIED | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | ISABEL CABRAL | | |
| | JOHNATHAN CABRAL | 5 YEARS | SON |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | ASSEMBELER |
| Name of employer | | HERLY INDUSTRIES |
| How long employed | | 10 MONTHS |
| Address of employer | | 10 SONNAR DR. WOBURN, MASS. 01801 |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $4,200.00 | 2150.00 |
| Estimated monthly overtime | | |
| SUBTOTAL | | |
| LESS PAYROLL DEDUCTIONS | $ 0.0 | $ 0.00 |
| a. Payroll taxes and social security | | |
| b. Insurance | | 119.97 |
| c. Union dues | | |
| d. Other (Specify: ALL DEDUCTIONS ) | | |
|   Mass with holding | | 26.00 |
|   Dental | | 124.09 |
|   medical | | 93.00 |
|   Family Ins | | 74.0 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | 150.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | | |
| Income from real property | | |
| Interest and dividends | | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | |
| Social security or other government assistance (Specify) | | |
| Pension or retirement income | | |
| Other monthly income (Specify) | | |
| TOTAL MONTHLY INCOME | $4,200.00 | $1,563.00 |
| OTAL COMBINED MONTHLY INCOME | 5,76300 | |

(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Exhibit B