In re PAULO CABRAL
_____
                Debtor                                              Case No. 05-11663
                                                                          (If known)

# SCHEDULE J--CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average monthly expenses of the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

Rent or home mortgage payment (include lot rented for mobile home)
Are real estate taxes included?   Yes ___   No  X                                           3,300.00
Is property insurance included?   Yes ___   No  X

Utilities    Electricity and heating fuel
             Water and sewer
             Telephone
             Other   CABLE
             Other   GAS
             Other   ELECTRIC                                                                  75.00
                     OIL HEAT                                                                  40.00
Home maintenance (repairs and upkeep)
Food
Clothing                                                                                      645.00
Laundry and dry cleaning                                                                       85.00
Medical and dental expenses

Transportation (not including car payments)                                                    85.00
Recreation, clubs and entertainment, newspapers, magazines, etc.                              $600.00
Charitable contributions
Insurance (not deducted from wages or included in home mortgage payments)                      13.00
        Homeowner's or renter's
        Life                                                                                  130.00
        Health
        Auto                                                                                  228.00
                                                                                              132.00
        Other                                                                                 150.00
        Other

Taxes (not deducted from wages or included in home mortgage payments)
(Specify)
Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)
        Auto
        Other
        Other                                                                                 321.00
        Other
Alimony, maintenance, and support paid to others
Payments for support of additional dependents not living at your home

Other
Other
Other
Other
                                                                        Total                5,795.00
TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)            Income               5,763.00
        Exhibit C                                                       Excess                  -0-