UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Paulo Cabral                          **Case Number:** 05-11663            **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**

#38 United States of America's Objection to Confirmation #35 Amended Plan.
#39 Response by Debtor

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved__38__Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advise ment: Brief(s) due_____From_____
                                Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
_38_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Debtor shall file an amended plan by August 23, 2005

IT IS SO NOTED:                                    IT IS SO ORDERED:

                                                   /s/ Joan N. Feeney

_____                            _____Dated: 08/11/2005
Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0101-1        User: pkn            Page 1 of 1           Date Rcvd: Aug 12, 2005
Case: 05-11663              Form ID: pdf012      Total Served: 3

The following entities were served by first class mail on Aug 14, 2005.
aty       +Andrew C. Schultz,   10 Ames Road,   Marblehead, MA 01945-2702
aty       +Nina Ching,   Special Assistant,   United States Attorney,   10 Causeway St., Room 401,
             Boston, MA 02222-1047
tr        +Doreen B. Solomon,   P. O. Box 8250,   Boston, MA 02114-0950

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 14, 2005**                      Signature:  _Joseph Speetjens_