UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

PAULO CABRAL,

        Debtor

Chapter 13

Case No. 05-11663-JNF

COUNTRYWIDE HOME LOANS, INC.,
its assignees, and/or its successors in
interest
        Movant

and

PAULO CABRAL;
DOREEN B. SOLOMON, Trustee
        Respondents

WAIVER OF REQUIREMENT UNDER 11 U.S.C. §362(e)

Please be advised that the Movant hereby waives the requirements for a hearing within thirty (30) days as required by 11 U.S.C. §362(e).

DATED: 7/26/05         Respectfully submitted

        /s/ Jeffrey M. Frankel
        JEFFREY M. FRANKEL, ESQUIRE
        BBO No. 558099
        Local Counsel
        Law Offices of Jeffrey M. Frankel
        258 Elm Street, Suite 200
        Somerville, MA 02144
        (617) 628-5505
        (617) 628-5255 (fax)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASACHUSETTS
EASTERN DISTRICT

In Re:                                )
                                      )         Chapter 13
PAULO CABRAL,                         )         Case No: 05-11663-JNF
                                      )
       Debtors                        )

## CERTIFICATE OF SERVICE

I, Jeffrey M. Frankel, hereby certify that on August 18, 2005, I served the foregoing WAIVER OF REQUIREMENT UNDER 11 USC 362(e) upon all the electronic service list :

Andrew C. Shultz, Esq
acschultz@comcast.net

JEFFREY M. FRANKEL