**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Paulo Cabral | Chapter: 13 |
| Debtor, | Case No: 05–11663 |
| | Judge Joan N. Feeney |

**NOTICE TO REGISTERED USER**
**REGARDING ELECTRONICALLY FILED DOCUMENT**

The Court has received notice of an electronically filed document by you in the above–referenced case on **AUGUST 18, 2005** as document number **62** . The following has been corrected by the Clerk's office and a Corrective Entry has been entered. This mistake requires no further action by the Registered User however, we request you make note of the error so that it will not occur in the future filings.

☐   **Caption is incorrect** . All PDF documents must include a proper caption MEFR 8(c).

☐   **Missing Signature Information.** See MEFR 8(b) for future filings.

☑   **Docket text modified** to more accurately describe the document filed. (e.g., with Certificate of Service, Attached Declaration Re: Electronic Filing, or a Description of Property in a Motion for Relief from Stay.

☐   **Party filer(s) were added/modified or deleted** to correctly reflect the document filed with the Court

☐   **Linkage was corrected** . To be reviewed properly or considered correctly related documents must be properly linked. (Objection to proper Motion; Response to proper Objection.)

☐   **Missing Information Entered** .

☐   **Other:**

Date:8/19/05                                                                                          By the Court,

                                                                                                      Cynthia Young
                                                                                                      Deputy Clerk
                                                                                                      617–565–7447

64 – 62