**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Paulo Cabral | Chapter: 13 |
| Debtor, | Case No: 05–11663 |
| | Judge Joan N. Feeney |

**NOTICE TO REGISTERED USER
REGARDING ELECTRONICALLY FILED DOCUMENT**

The Court has received notice of an electronically filed document by you in the above−referenced case on **AUGUST 18, 2005** as document number **62** . The following has been corrected by the Clerk's office and a Corrective Entry has been entered. This mistake requires no further action by the Registered User however, we request you make note of the error so that it will not occur in the future filings.

☐    **Caption is incorrect** . All PDF documents must include a proper caption MEFR 8(c).

☐    **Missing Signature Information.** See MEFR 8(b) for future filings.

☑    **Docket text modified** to more accurately describe the document filed. (e.g., with Certificate of Service, Attached Declaration Re: Electronic Filing, or a Description of Property in a Motion for Relief from Stay.

☐    **Party filer(s) were added/modified or deleted** to correctly reflect the document filed with the Court

☐    **Linkage was corrected** . To be reviewed properly or considered correctly related documents must be properly linked. (Objection to proper Motion; Response to proper Objection.)

☐    **Missing Information Entered** .

☐    **Other:**

Date:8/19/05                                                                                    By the Court,

                                                                                                          Cynthia Young
                                                                                                          Deputy Clerk
                                                                                                          617−565−7447

                                                                                                                            64 − 62

# CERTIFICATE OF SERVICE

```
District/off: 0101-1          User: chy              Page 1 of 1              Date Rcvd: Aug 19, 2005
Case: 05-11663                Form ID: ncentry       Total Served: 2

The following entities were served by first class mail on Aug 21, 2005.
aty        +Jeffrey M. Frankel,   Law Office of Jeffrey M. Frankel,   258 Elm Street, Suite 200,
             Somerville, MA 02144-2941
ust        +John Fitzgerald,   Office of the US Trustee,   10 Causeway Street,   Boston, MA 02222-1043

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2005**                                   Signature:    _Joseph Speetjens_