**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In Re:  Paulo Cabral  Debtor, | Chapter: 13  Case No: 05−11663  Judge Joan N. Feeney |

---

NOTICE OF CONTINUED NONEVIDENTIARY HEARING

PLEASE TAKE NOTICE that a hearing will be held on **11/10/05 at 10:00 AM** before the Honorable Judge Joan N. Feeney , Courtroom 1, 10 Causeway Street, 1101 ONeill Federal Building, Boston, MA 02222 to consider the following:

> [45] Motion filed by Creditor Countrywide Home Loans, Inc. for Relief from Stay Re: 435 Lafayette Street, Salem, MA.

OBJECTION/RESPONSE DEADLINE:
(If left blank, response deadline shall be governed by the Local Rules.)

THE MOVING PARTY IS RESPONSIBLE FOR:

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice (7) days after the date of issuance set forth below. If the hearing date is less than (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

NOTICE TO ALL PARTIES SERVED:

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** . (See MLBR 5071−1)

3. The above hearing shall be <u>nonevidentiary</u> . If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule a further evidentiary hearing. <u>If this is a hearing under section 362</u> , it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court sets down an evidentiary hearing.

4. Deadlines to file an objection or response shall be governed by the Local Rules, unless otherwise ordered by the Court. If no objection is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. [See MLBR 9013−1(f)].

Date:10/7/05

By the Court,

<u>Charlotte DiBenedetto</u>
Deputy Clerk
617−565−6076

# CERTIFICATE OF SERVICE

```
District/off: 0101-1          User: cpd              Page 1 of 1           Date Rcvd: Oct 07, 2005
Case: 05-11663                Form ID: hrg           Total Served: 4

The following entities were served by first class mail on Oct 09, 2005.
aty          +Andrew C. Schultz,   10 Ames Road,   Marblehead, MA 01945-2702
aty          +Jeffrey M. Frankel,   Law Office of Jeffrey M. Frankel,   258 Elm Street, Suite 200,
              Somerville, MA 02144-2941
tr           +Doreen B. Solomon,   P. O. Box 8250,   Boston, MA 02114-0950
ust          +John Fitzgerald,   Office of the US Trustee,   10 Causeway Street,   Boston, MA 02222-1043

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 09, 2005**              **Signature:**    *Joseph Speetjens*

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234