UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

PAULO CABRAL
DEBTOR

CHAPTER 13
#05-11663-JNF

DEBTOR'S MOTION TO CONVERT
CHAPTER 13 CASE TO CHAPTER 7

NOV 10 '05 AM 9:52 USB

To the Honorable Joan N. Feeney, Bankruptcy Judge,

Now comes the Debtor in the above-entitled case and, pursuant to Section 1307(a) of the Bankruptcy Code, Moves to convert this Chapter 13 case to a case under Chapter 7.

By his attorney,

Dated Nonember 9, 2005

ANDREW C. SCHULTZ
BBO # 447560
10 Ames Road
Marblehead, Mass. 01945
Tel # 781-990-1323
Fax # 781-990-1185
acschultz@comcast.net

Paulo Cabral, Debtor

CERTIFICATE OF SERVICE

I, Andrew C. Schultz, do hereby certify that I have, this day served a copy of the above pleading upon all on the Electronic Service List and by first class mail, proper postage affixed up on all those listed below.

SHARIRO & KREISMAN
490 BOSTON POST ROAD
SUDBURY, MASS. 01776

COUNTRYWIDE HOME LOANS INC
4500 PARK GRANDA
CALABASAS, CAL. 91301-0266

CITIZEN'S BANK
PO BOX M
PROVOIDENCE, RI 02901

INTERNAL REVENUE SERVICE
ATTN: JUDITH GIARDINA
1 MONTVALE AVE.
STONEMAM, MASS. 02143

HOUSEHOLD FINANCE CO.
PO BOX 17574
BALIMORE, MD 21297

HOMEDEPOT CREDIT SERVICES
PROSSESESSING CENTER
DES MOINES, IA 50364

BNA AMERICA
PO BOX 15137
WILMINGTON, DE 19886

CHASE CARD
PO BOX 15583
WILMINGTON, DE 19886

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES STOP 20800
PO BOX 9112
JFK BUILDING
BOSTON, MASS. 02203

MASS. DEPT. REVENUE
BANKRUPTCY UNIT
PO BOX 55484
BIOSTON, MASS. 02205

DOREEN SOLOMON, ESQ
CHAPTER 13 TRUSTEE.
180 CANAL ST.
 BOX 8250
BOSTON, MASS. 02114

OFFICE OF THE US TRUSTEE
10 CAUSEWAY STREET
BOSTON, MASS. 02222

PAULO CABRAL
435 LARAYETTE STREET
SALEM, MASS. 01970

November 9, 2005

Andrew C. Schultz