**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Paulo Cabral<br>Debtor, | Chapter: 13<br>Case No: 05−11663<br>Judge Joan N. Feeney |

**NOTICE OF FILING FEE DUE ON MOTION**

On **NOVEMBER 10, 2005** you filed a **Conversion to Ch 7 (Fee $15.00)** which requires the fee indicated. Please submit your payment by **NOVEMBER 25, 2005 .**

Date:11/14/05

By the Court,

Pamela Nener
Deputy Clerk
617−565−5917

**PLEASE RETURN THIS FORM WITH YOUR PAYMENT**

**NOTE: DEBTORS CHECKS ARE NOT ACCEPTED.**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DENIAL/DISMISSAL WITHOUT FURTHER NOTICE.**

&#9673; United States Bankruptcy Court
1101 O'Neill Federal Building
10 Causeway Street
Boston, MA 02222−1074

&#9675; United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608−2076

82 − 81