**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Paulo Cabral<br>           Debtor, | Chapter: 13<br>Case No: 05−11663<br>Judge Joan N. Feeney |

**NOTICE OF FILING FEE DUE ON MOTION**

On **NOVEMBER 10, 2005** you filed a **Conversion to Ch 7** (**Fee $15.00**) which requires the fee indicated. Please submit your payment by **NOVEMBER 25, 2005 .**

Date:11/14/05                                                                By the Court,

                                                                             Pamela Nener
                                                                             Deputy Clerk
                                                                             617−565−5917

**PLEASE RETURN THIS FORM WITH YOUR PAYMENT**

**NOTE: DEBTORS CHECKS ARE NOT ACCEPTED.**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DENIAL/DISMISSAL WITHOUT FURTHER NOTICE.**

- ⦿ United States Bankruptcy Court
  1101 O'Neill Federal Building
  10 Causeway Street
  Boston, MA 02222−1074

- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608−2076

82 − 81

# CERTIFICATE OF SERVICE

```
District/off: 0101-1           User: pkn              Page 1 of 1            Date Rcvd: Nov 14, 2005
Case: 05-11663                 Form ID: feedue        Total Served: 2

The following entities were served by first class mail on Nov 16, 2005.
db          +Paulo Cabral,    435 Lafayette St.,    Salem, MA 01970-5337
aty         +Andrew C. Schultz,    10 Ames Road,    Marblehead, MA 01945-2702

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 16, 2005**                          Signature:    _/s/ Joseph Speetjens_