# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Paulo Cabral                     **Case Number:** 05-11663          **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**

Continued Hearing:
#45 Motion of Countrywide Home Loans Inc., for Relief from Stay.
#54 Objection by Debtor
J. Frankel for Countrywide Home Loans
A. Schultz for Debtor

**OUTCOME:**

_45_ Granted _____ Denied _____ Approved _____ Sustained
_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled
_____ OSC enforced/released
_____ Continued to: _____ For: _____
_____ Formal order/stipulation to be submitted by: _____ Date due: _____
_____ Findings and conclusions dictated at close of hearing incorporated by reference
_____ Taken under advise ment: Brief(s) due _____ From _____
                              Response(s) due _____ From _____
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by: _____
_____ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Joan N. Feeney

_____                       _____ Dated: 11/10/2005
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0101-1          User: pkn            Page 1 of 1              Date Rcvd: Nov 14, 2005
Case: 05-11663                Form ID: pdf012      Total Served: 3

The following entities were served by first class mail on Nov 16, 2005.
aty          +Andrew C. Schultz,   10 Ames Road,    Marblehead, MA 01945-2702
aty          +Jeffrey M. Frankel,   Law Office of Jeffrey M. Frankel,   258 Elm Street, Suite 200,
               Somerville, MA 02144-2941
tr           +Doreen B. Solomon,   P. O. Box 8250,   Boston, MA 02114-0950

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 16, 2005**                          Signature: *Joseph Speetjens*