UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Paulo Cabral  **Case Number:** 05-11663  **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**

Continued Hearing:
#43 Motion of Chapter 13 Trustee For Order Dismissing Case.
#47 Objection by Debtor
A. Schultz for Debtor

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advise ment: Brief(s) due_____From_____
                               Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
_43__DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

This Motion is moot in light of the Debtor's motion to convert this case to one under Chapter 7.

IT IS SO NOTED:                           IT IS SO ORDERED:

                                          /s/ Joan N. Feeney

_____            _____ Dated: 11/10/2005
Courtroom Deputy                          Joan N. Feeney, U.S. Bankruptcy Judge

# CERTIFICATE OF SERVICE

```
District/off: 0101-1          User: pkn              Page 1 of 1           Date Rcvd: Nov 14, 2005
Case: 05-11663                Form ID: pdf012        Total Served: 2

The following entities were served by first class mail on Nov 16, 2005.
aty          +Andrew C. Schultz,    10 Ames Road,    Marblehead, MA 01945-2702
tr           +Doreen B. Solomon,    P. O. Box 8250,    Boston, MA 02114-0950
                                                                                             TOTAL: 0
The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2005                          Signature:    _Joseph Speetjens_