UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

PAULO CABRAL
    DEBTOR

CHAPTER 13
#05-11663-JNF

DEBTOR'S MOTION TO CONVERT
CHAPTER 13 CASE TO CHAPTER 7

NOV 10 '05 AM 9:52 USB

To the Honorable Joan N. Feeney, Bankruptcy Judge,

Now comes the Debtor in the above-entitled case and, pursuant to Section 1307(a) of the Bankruptcy Code, Moves to convert this Chapter 13 case to a case under Chapter 7.

By his attorney,

Dated Nonember 9, 2005

ANDREW C. SCHULTZ
BBO # 447560
10 Ames Road
Marblehead, Mass. 01945
Tel # 781-990-1323
Fax # 781-990-1185
acschultz@comcast.net

Paulo Cabral, Debtor

### CERTIFICATE OF SERVICE

I, Andrew C. Schultz, do hereby certify that I have, this day served a copy of the above pleading upon all on the Electronic Service List and by first class mail, proper postage affixed up on all those listed below.

SHARIRO & KREISMAN
490 BOSTON POST ROAD
SUDBURY, MASS. 01776

COUNTRYWIDE HOME LOANS INC
4500 PARK GRANDA
CALABASAS, CAL. 91301-0266