## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

In Re:    Paulo Cabral
Debtor,

Chapter: 7
Case No: 05–11663
Judge Joan N. Feeney

### ORDER TO UPDATE

TO THE DEBTOR: You are hereby ORDERED to electronically file with this Court the document( s ) checked below:

☐ –    Matrix Sheet: YOU MUST FILE THIS WITHIN THREE ( 3 ) DAYS OF ENTRY OF THIS ORDER. See Local Rule MLBR 1007–1 (a)

☐ –    UpLoad Creditor Matrix:
Due on:

☐ –    Statement of Social Security/Tax ID Numbers. Official Form 21
YOU MUST FILE THIS WITHIN THREE ( 3 ) DAYS OF ENTRY OF THIS ORDER.
Due on

☑ –    Declaration Regarding Electronic Filing Official Form 7.
YOU MUST FILE THIS WITHIN THREE (3) DAYS OF ENTRY OF THIS ORDER.
Due on **12/5/05**

☐ –    Corporate Vote ( Corporate Debtor Only )
YOU MUST FILE THIS WITHIN SEVEN (7) DAYS OF ENTRY OF THIS ORDER.
Due on

☐ –    Disclosure of Compensation of Bankruptcy Petition Preparer (Pro–se Debtors Only):
YOU MUST FILE THIS WITHIN (10) DAYS OF ENTRY OF THIS ORDER.
Due on

☑ –    Chapter 7 Individual Debtor's Statement of Intention
YOU MUST FILE THIS STATEMENT BEFORE THE § 341 MEETING OR WITHIN 30 DAYS OF FILING YOUR BANKRUPTCY PETITION, WHICHEVER IS EARLIER.
Due on

☐ –    Other:

### PLEASE SEE NEXT PAGE FOR ADDITIONAL MISSING DOCUMENTS

**NOTE:   CONVENTIONAL AND PRO–SE FILERS MUST FILE ORIGINAL DOCUMENTS; ELECTRONIC FILERS MUST FILE ELECTRONIC ORIGINALS; PURSUANT TO MEFR 7.**

Order to Update (Continued)

Chapter: 7
Case No: 05–11663
Judge Joan N. Feeney

In addition, you must file the checked documents below by **12/15/05** at 4:30 p.m.

- ☐ – Debtor(s) Telephone Number. (Pro–Se Debtors Only)
- ☐ – The petition must be signed by Attorney/Debtor.
- ☐ – Schedule( s )
- ☐ – Exhibit "A" ( Chapter 11 Corporate Debtor )
- ☐ – Exhibit "B" ( Individual Chapter 7 Debtor )
- ☐ – Statement of Financial Affairs
- ☐ – Statement of Attorney Compensation
- ☐ – List of 20 Largest Unsecured Creditors ( Chapter 11 )
- ☐ – Chapter 13 Plan
    - ☐ – Plan filed was incomplete or unsigned.
- ☐ – Chapter 13 Agreement Between Debtor and Counsel (Official form 8)
- ☐ – Verified statement or an unsworn declaration as required by FRBP 1008 and in accordance with 28 USC §1746.
- ☑ – New Schedule listing post–petition creditors ( in converted cases only ): please check one, then sign and date and return to the Court at the address below.
    - ☐ – List and Verified Declaration attached. If filed electronically, Official Form 7 required also.
    - ☐ – No post–petition creditors _____ .
        Signature / Date

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.**

---

⦿ United States Bankruptcy Court
1101 O'Neill Federal Building
10 Causeway Street
Boston, MA 02222–1074

○ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

---

Date:11/30/05

By the Court,

Pamela Nener
Deputy Clerk
617–565–5917