UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

PAULO CABRAL
    DEBTOR

CHAPTER 13
#05-11663-JNF

DEBTOR'S MOTION TO CONVERT
CHAPTER 13 CASE TO CHAPTER 7

NOV 10 '05 AM 9:52 USB

To the Honorable Joan N. Feeney, Bankruptcy Judge,

Now comes the Debtor in the above-entitled case and, pursuant to Section 1307(a) of the Bankruptcy Code, Moves to convert this Chapter 13 case to a case under Chapter 7.

Dated Nonember 9, 2005

By his attorney

ANDREW C. SCHULTZ
BBO # 447560
10 Ames Road
Marblehead, Mass. 01945
Tel # 781-990-1323
Fax # 781-990-1185
acschultz@comcast.net

Paulo Cabral, Debtor

## CERTIFICATE OF SERVICE

I, Andrew C. Schultz, do hereby certify that I have, this day served a copy of the above pleading upon all on the Electronic Service List and by first class mail, proper postage affixed up on all those listed below.

SHARIRO & KREISMAN
490 BOSTON POST ROAD
SUDBURY, MASS. 01776

COUNTRYWIDE HOME LOANS INC
4500 PARK GRANDA
CALABASAS, CAL. 91301-0266

11/28/2005 Allowed.

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0101-1            User: pkn                Page 1 of 1              Date Rcvd: Nov 29, 2005
Case: 05-11663                  Form ID: pdf012          Total Served: 24


The following entities were served by first class mail on Dec 01, 2005.
db         +Paulo Cabral,    435 Lafayette St.,    Salem, MA 01970-5337
aty        +Andrew C. Schultz,    10 Ames Road,    Marblehead, MA 01945-2702
aty        +Jeffrey M. Frankel,    Law Office of Jeffrey M. Frankel,    258 Elm Street, Suite 200,
             Somerville, MA 02144-2941
aty        +John S. McNicholas,    Shapiro & Kreisman,    Chiswick Park,    490 Boston Post Road,
             Sudbury, MA 01776-3367
aty        +Nina Ching,    Special Assistant,    United States Attorney,    10 Causeway St., Room 401,
             Boston, MA 02222-1047
tr         +Doreen B. Solomon,    P. O. Box 8250,    Boston, MA 02114-0950
ust        +John Fitzgerald,    Office of the US Trustee,    10 Causeway Street,    Boston, MA 02222-1043
15527771   +BNA America,    PO Box 15137,    Wilmington, DE 19886-5137
15487235    COUNTRYWIDE HOME LOANS INC,    4500 PARK GRANDA,    CALABASAS, CAL. 91301-0266
15527772   +Chase Card,    PO Box 15583,    Wilmington, DE 19886-1194
15527767   +Citizen's Bank,    PO Box M,    Providence, RI 02901-1683
15527766   +Countrywide Home Loans, Inc.,    4500 Park Granda,    Calabasas, CA 91302-1663
15527775   +Doreen Solomon , Esq.,    Chapter 13 Trustee,    180 Canal Street,    Box 8250,
             Boston, Ma 02114-1804
15527770   +Homedepot Credit Services,    Prossessing Center,    Des Moines, IA 50364-0001
15527769   +Household Finance Co.,    PO Box 17574,    Baltimore, MD 21297-1574
15603399    Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,    P.O. Box 35480,
             Newark, NJ 07193-5480
15527768   +Internal Revenue Service,    Attn: Judith Giardina,    1 Montvale Avenue,    stoneham, Ma 02180-3559
15527773   +Internal Revenue Service,    Special Procedures Stop 20800,    PO Box 9112,    JFK Building,
             Boston, Ma 02203-9112
15527774   +Mass. Dept. Revenue,    Bankruptcy Unit,    PO Box 55484,    Boston, Ma 02205-5484
15527776   +Office Of The US Trustee,    10 Causeway Street,    Boston, Ma 02222-1043
15527777   +Paulo Cabral,    435 Lafayette Street,    Salem, Ma 01970-5337
15487234   +SHAPIRO & KREISMAN,    490 BOSTON POST ROAD,    SUDBURY, MASS 01776-3381
15527765   +Shariro & Kreisman,    490 Boston Post Road,    Sudbury, Mass 01776-3381
15618189    Sherman Acquisition LP., its successors and assign,    P.O. Box 10587,    Greenville, SC 29603-0587

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Countrywide Home Loans, Inc.
cr              United States of America - IRS
15500847        Countrywide Home Loans, Inc.
                                                                                                TOTALS: 3, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 01, 2005**              **Signature:** _Joseph Speetjens_