**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | Paulo Cabral | Chapter: 7 |
| | Debtor, | Case No: 05–11663 |
| | | Judge Joan N. Feeney |

**ORDER TO UPDATE**

TO THE DEBTOR: You are hereby ORDERED to electronically file with this Court the document( s ) checked below:

☐ – Matrix Sheet: YOU MUST FILE THIS WITHIN THREE ( 3 ) DAYS OF ENTRY OF THIS
ORDER. See Local Rule MLBR 1007–1 (a)

☐ – UpLoad Creditor Matrix:
Due on:

☐ – Statement of Social Security/Tax ID Numbers. Official Form 21
YOU MUST FILE THIS WITHIN THREE ( 3 ) DAYS OF ENTRY OF THIS ORDER.
Due on

☑ – Declaration Regarding Electronic Filing Official Form 7.
YOU MUST FILE THIS WITHIN THREE (3) DAYS OF ENTRY OF THIS ORDER.
Due on **12/5/05**

☐ – Corporate Vote ( Corporate Debtor Only )
YOU MUST FILE THIS WITHIN SEVEN (7) DAYS OF ENTRY OF THIS ORDER.
Due on

☐ – Disclosure of Compensation of Bankruptcy Petition Preparer (Pro–se Debtors Only):
YOU MUST FILE THIS WITHIN (10) DAYS OF ENTRY OF THIS ORDER.
Due on

☑ – Chapter 7 Individual Debtor's Statement of Intention
YOU MUST FILE THIS STATEMENT BEFORE THE § 341 MEETING OR WITHIN 30 DAYS OF
FILING YOUR BANKRUPTCY PETITION, WHICHEVER IS EARLIER.
Due on

☐ – Other:

**PLEASE SEE NEXT PAGE FOR ADDITIONAL MISSING DOCUMENTS**

**NOTE: CONVENTIONAL AND PRO–SE FILERS MUST FILE ORIGINAL DOCUMENTS;
ELECTRONIC FILERS MUST FILE ELECTRONIC ORIGINALS;
PURSUANT TO MEFR 7.**

Order to Update (Continued)

Chapter: 7
Case No: 05–11663
Judge Joan N. Feeney

In addition, you must file the checked documents below by **12/15/05** at 4:30 p.m.

- ☐ – Debtor(s) Telephone Number. (Pro–Se Debtors Only)
- ☐ – The petition must be signed by Attorney/Debtor.
- ☐ – Schedule( s )
- ☐ – Exhibit "A" ( Chapter 11 Corporate Debtor )
- ☐ – Exhibit "B" ( Individual Chapter 7 Debtor )
- ☐ – Statement of Financial Affairs
- ☐ – Statement of Attorney Compensation
- ☐ – List of 20 Largest Unsecured Creditors ( Chapter 11 )
- ☐ – Chapter 13 Plan
    - ☐ – Plan filed was incomplete or unsigned.
- ☐ – Chapter 13 Agreement Between Debtor and Counsel (Official form 8)
- ☐ – Verified statement or an unsworn declaration as required by FRBP 1008 and in accordance with 28 USC §1746.
- ☑ – New Schedule listing post–petition creditors ( in converted cases only ): please check one, then sign and date and return to the Court at the address below.
    - ☐ – List and Verified Declaration attached. If filed electronically, Official Form 7 required also.
    - ☐ – No post–petition creditors _____ .
        Signature / Date

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.**

- ◉ United States Bankruptcy Court
  1101 O'Neill Federal Building
  10 Causeway Street
  Boston, MA 02222–1074

- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

Date:11/30/05

By the Court,

Pamela Nener
Deputy Clerk
617–565–5917

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0101-1          User: pkn              Page 1 of 1              Date Rcvd: Nov 30, 2005
Case: 05-11663                Form ID: oldoupdt      Total Served: 1

The following entities were served by first class mail on Dec 02, 2005.
aty          +Andrew C. Schultz,   10 Ames Road,   Marblehead, MA 01945-2702

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 02, 2005**                          Signature:    _Joseph Speetjens_