**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)        Case Number **05–11663 –jnf**

# UNITED STATES BANKRUPTCY COURT
District of Massachusetts

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 3/9/05 and was converted to a case under chapter 7 on 11/28/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office is prohibited from giving legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):
Paulo Cabral
435 Lafayette St.
Salem, MA 01970

| Case Number: | Social Security/Taxpayer ID Nos.: |
|---|---|
| 05–11663 | xxx–xx–4393 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Andrew C. Schultz<br>10 Ames Road<br>Marblehead, MA 01945<br>Telephone number: 781–990–1323 | Harold B. Murphy<br>Hanify & King, P.C.<br>One Beacon Street<br>Boston, MA 02108–3107<br>Telephone number: 617–423–0400 |

### Meeting of Creditors:

Date: **December 20, 2005**   Time: **11:30 AM**
Location: **Thomas P. O'Neill Federal Bldg, 10 Causeway Street, Room 255–B, Boston, MA 02222**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 2/21/06**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| U. S. Bankruptcy Court<br>10 Causeway Street<br>Room 1101<br>Boston, MA 02222<br>Telephone number: 617–565–6054 | Clerk of the Bankruptcy Court:<br>James M. Lynch |
| Hours Open: Monday – Friday 8:30 AM – 5:00 PM<br>On–Line: www.mab.uscourts.gov | Date: 12/1/05 |

**EXPLANATIONS** FORM B9A (12/03)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Abandonment of Estate Property | Notice is hereby given that any creditor or other interested party who wishes to receive notice of the estate representative's intention to abandon property of the estate pursuant to 11 U.S.C. § 554(a) must file with the Court and serve upon the estate representative and the United States trustee a written request for such notice within ten (10) days from the date first scheduled for the meeting of creditors. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office is prohibited from giving legal advice. You may want to consult an attorney to protect your rights. |

–– Refer to Other Side for Important Deadlines and Notices ––

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0101-1           User: cw                    Page 1 of 1              Date Rcvd: Dec 01, 2005
Case: 05-11663                 Form ID: b9aold             Total Served: 28

The following entities were served by first class mail on Dec 03, 2005.
db         +Paulo Cabral,   435 Lafayette St.,   Salem, MA 01970-5337
aty        +Andrew C. Schultz,   10 Ames Road,   Marblehead, MA 01945-2702
aty        +Jeffrey M. Frankel,   Law Office of Jeffrey M. Frankel,   258 Elm Street, Suite 200,
             Somerville, MA 02144-2941
aty        +John S. McNicholas,   Shapiro & Kreisman,   Chiswick Park,   490 Boston Post Road,
             Sudbury, MA 01776-3367
aty        +Nina Ching,   Special Assistant,   United States Attorney,   10 Causeway St., Room 401,
             Boston, MA 02222-1047
tr         +Harold B. Murphy,   Hanify & King, P.C.,   One Beacon Street,   Boston, MA 02108-3131
smg        +COMMONWEALTH OF MASSACHUSETTS,   DIV OF UNEMPLOYMENT ASSISTANCE,   ATTN BANKRUPTCY UNIT 5TH FLOOR,
             19 STANIFORD STREET,   BOSTON, MA 02114-2502
smg         MASS DEPT OF REVENUE,   BANKRUPTCY UNIT,   PO BOX 9564,   BOSTON, MA  02114-9564
smg        +UNITED STATES ATTORNEY,   ONE COURTHOUSE WAY,   SUITE 9200,   BOSTON, MA 02210-3013
smg         US DEPARTMENT OF LABOR,   EMPLOYEE BENEFITS,   JFK FEDERAL BUILDING,   ROOM 575,
             BOSTON, MA  02203
ust        +John Fitzgerald,   Office of the US Trustee,   10 Causeway Street,   Boston, MA 02222-1043
15527771   +BNA America,   PO Box 15137,   Wilmington, DE 19886-5137
15487235    COUNTRYWIDE HOME LOANS INC,   4500 PARK GRANDA,   CALABASAS, CAL. 91301-0266
15527767   +Citizen's Bank,   PO Box M,   Providence, RI 02901-1683
15527775   +Doreen Solomon , Esq.,   Chapter 13 Trustee,   180 Canal Street,   Box 8250,
             Boston, Ma 02114-1804
15527770   +Homedepot Credit Services,   Prossessing Center,   Des Moines, IA 50364-0001
15527769   +Household Finance Co.,   PO Box 17574,   Baltimore, MD 21297-1574
15603399    Household Finance Corporation,   by eCAST Settlement Corporation,   as its agent,   P.O. Box 35480,
             Newark, NJ  07193-5480
15527774   +Mass. Dept. Revenue,   Bankruptcy Unit,   PO Box 55484,   Boston, Ma 02205-5484
15527776   +Office Of The US Trustee,   10 Causeway Street,   Boston, Ma 02222-1043
15527777   +Paulo Cabral,   435 Lafayette Street,   Salem, Ma 01970-5337
15487234   +SHAPIRO & KREISMAN,   490 BOSTON POST ROAD,   SUDBURY, MASS 01776-3381
15527765   +Shariro & Kreisman,   490 Boston Post Road,   Sudbury, Mass 01776-3381
15618189    Sherman Acquisition LP., its successors and assign,   P.O. Box 10587,   Greenville, SC 29603-0587
The following entities were served by electronic transmission on Dec 02, 2005 and receipt of the transmission
was confirmed on:
15527772   +EDI: CHASE.COM Dec 01 2005 21:05:00     Chase Card,   PO Box 15583,   Wilmington, DE 19886-1194
15527766   +EDI: COUNTRYWIDE.COM Dec 01 2005 21:05:00     Countrywide Home Loans, Inc.,   4500 Park Granda,
             Calabasas, CA 91302-1663
15527769   +EDI: HFC.COM Dec 01 2005 21:06:00     Household Finance Co.,   PO Box 17574,
             Baltimore, MD 21297-1574
15527768   +EDI: IRS.COM Dec 01 2005 21:05:00     Internal Revenue Service,   Attn: Judith Giardina,
             1 Montvale Avenue,   stoneham, Ma 02180-3759
15527773   +EDI: IRS.COM Dec 01 2005 21:05:00     Internal Revenue Service,   Special Procedures Stop 20800,
             PO Box 9112,   JFK Building,   Boston, Ma 02203-9112
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Countrywide Home Loans, Inc.
cr              United States of America - IRS
15500847        Countrywide Home Loans, Inc.
                                                                                              TOTALS: 3, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 03, 2005**            **Signature:**    _Joseph Speetjens_