CABRAL, PAULO
05-11663-JNF

MATRIX

SHARIRO & KREISMAN
490 BOSTON POST ROAD
SUDBURY, MASS. 01776

COUNTRYWIDE HOME LOANS INC
4500 PARK GRANDA
CALABASAS, CAL. 91301-0266

CITIZEN'S BANK
PO BOX M
PROVOIDENCE, RI 02901

INTERNAL REVENUE SERVICE
ATTN: JUDITH GIARDINA
1 MONTVALE AVE.
STONEMAM, MASS. 02143

HOUSEHOLD FINANCE CO.
PO BOX 17574
BALIMORE, MD 21297

HOMEDEPOT CREDIT SERVICES
PROSSESESSING CENTER
DES MOINES, IA 50364

BNA AMERICA
PO BOX 15137
WILMINGTON, DE 19886

CHASE CARD
PO BOX 15583
WILMINGTON, DE 19886

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES STOP 20800
PO BOX 9112
JFK BUILDING
BOSTON, MASS. 02203

CABRAL, PAULO
05-11663-JNF

MASS. DEPT. REVENUE
BANKRUPTCY UNIT
PO BOX 55484
BIOSTON, MASS. 02205


OFFICE OF THE US TRUSTEE
10 CAUSEWAY STREET
BOSTON, MASS. 02222

PAULO CABRAL
435 LAFAYETTE STREET
SALEM, MASS. 01970

2