In re  Paulo Cabral                                                    Case No. 05-11663
            **Debtor**                                                                    **(If known)**

# SCHEDULE A--REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G--Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C--Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| ONE FAMILY RESIDENCE | FEE | DEBTOT | 900,000.00 | 657,165.580 |
| 435 Lafayette Street | | | | |
| Salem, Mass. 01970 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total (Report Also on Summary of Schedules) | | $ 900,000.00 | |

3

In re  Paulo Cabral    Case No. 05-11663
**Debtor**    **(If known)**

# SCHEDULE B--PERSONAL PROPERTY
(Continuation Sheet)

| | | | |
|---|---|---|---|
| 11. Interest in IRA, ERISA, Keogh, or other pensions or profit sharing plans. Itemize. | | NONE | 00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | NONE | |
| 13. Interests in partnerships or joint ventures. Itemize. | | NONE | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | NONE | |
| 15. Accounts Receivable. | | Loan made to Pedro Camardo, 591 Lynn St., Malden, Mass. 02148. Loan made pre-petition | $150,000.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | NONE | |
| 17. Other liquidated debts owing debtor include tax refunds. Give particulars. | | NONE | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule or Real property. | | NONE | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | NONE | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to set off claims. Give estimated value of each. | | NONE | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | NONE | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | NONE | |

5

In re  Paulo Cabral  
**Debtor**

Case No. 05-11663  
**(If known)**

# SCHEDULE B--PERSONAL PROPERTY
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles. | | 2002 FORD DUMP TRUCK | | $16,500.00 |
| 24. Boats, motors, and accessories. | | NONE | | |
| 25. Aircraft and accessories. | | NONE | | |
| 26. Office equipment, furnishings, and supplies. | | NONE | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | | NONE | | |
| 28. Inventory. | | NONE | | |
| 29. Animals. | | NONE | | |
| 30. Crops--growing or harvested. Give particulars. | | NONE | | |
| 31. Farming equipment and implements. | | NONE | | |
| 32. Farm supplies, chemicals, and feed. | | NONE | | |
| 33. Other personal property of any kind not already listed. Itemize. | | NONE | | |

Total (Report also on Summary of Schedules) $279,500.00

6

**In re** Paulo Cabral    **Case No.** 05-11663
    **Debtor**    **(If known)**

# SCHEDULE C--PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under (Check one box)

[X] 11 U.S.C. 522(b)(1) Exemptions provided in 11 U.S.C. 522(d).  **Note: These exemptions are available only in certain states.**

[ ] 11 U.S.C. 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| CASH on hand | 522 (d) (5) | $100.00 | $100.00 |
| CASH in Bank | 522 (d) (5) | $100.00 | $100.00 |
| HOUSHOLD GOODS | 522 (d) (3) | $500.00 | $500.00 |
| 2002 Ford Dump Truck | 522(d) (3), (5) &(6) | $8,125.00 under (d) (3), $8,075.00 under (d) (5) $1,625.00 under (d) (5) | $16,500.00 |

7

In re  Paulo Cabral                                                                 Case No. 05-11663
      Debtor                                                                              **(If known)**

# SCHEDULE D--CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of this petition.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetic order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.  37896764<br>Countrywide Home Loans, Inc<br>7105 Corporate Drive<br>Plano, Tex 75024 | | | August 25, 2003<br>FIRST MORTGAGE<br>435 Lafayette St. Salem, Mass.<br>Value:   $900,000.00 | | | | $600,000.00 | ZERO |
| | | | | | | | | ZERO |
| Account No.<br><br>Value: | | | | | | | | |
| Account No.<br><br>Value: | | | | | | | | |
| | | | Subtotal(Total of this page) | | | | $600,000.00 | |
| | | | Total(Use only on last page and on Summary of Schedules) | | | | $   0.00 | |

9

In re   PAULO CABRAL                                                              Case No. 05-11663
        **Debtor**                                                                                    **(If known)**

# SCHEDULE E--CREDITORS HOLDING SECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed on this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims on this Schedule E.


TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order of relief.  11 U.S.C. ' 507(a)(2).

☐   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. ' 507(a)(3).

☐   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. ' 507(a)(4).

☐   **Certain farmers and fisherman**

   Claims of certain farmers and fisherman, up to $4000* per farmer or fisherman, against the debtor as provided in 11 U.S.C. ' 507(a)(5).

☐   **Deposits by individuals**

Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. ' 507(a)(6).

11

| In re | PAULO CABRAL | Case No. | 05-11663 |
|---|---|---|---|
| | **Debtor** | | **(If known)** |

☐ **Alimony, Maintenance or Support**

Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. ' 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. ' 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on the commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. ' 507(a)(9).

\* Amounts are subject to an adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

☐ continuation sheets attached

12

In re　WARE, EMMA　　　　　　　　　　　　　　　　　　　　　　　Case No.
　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE E--CREDITORS HOLDING SECURED PRIORITY CLAIMS
(Continuation Sheet)

**TYPE OF PRIORITY**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZCODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| IRS<br><br>JUDITH GIARDINA<br>1 MONTVALE AVE.<br>STONHAM, MASS. 02143<br>IRS | | 1999 & 2003 | 1999 & 2003 | | | $145,000.00 | $!65,000.00<br>$165,000.00 | IRS<br>$65,000.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

13

In re  PAULO CABRAL                                    Case No. 05-11663
      Debtor                                                  (If known)

# SCHEDULE F--CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of the filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding NONsecured claims on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 528100-10-124351-8<br>HFC<br>PO BOX 17574<br>BALTIMORE, MD 21297 | | | | | | | 6,200.00 |
| Account No. 6035320022577629<br>HOME DEPOT CREDIT SERVICES<br>PROSSESSING CENTER<br>DES MOINES, IA 50364 | | | | | | | 3,300.00 |
| Account No. 5179456149000349<br>CHASE MASTER CARD<br>PO BOX 15583<br>WILMINGTON, DEL 19886 | | | | | | | 7,400.00 |
| Account No. 5490352873038765<br>MBNA AMERICA<br>PO BOX 15137<br>WILMINGTON, DE 19886 | | | | | | | **10,887.40** |
| | | | | | | TOTAL | $27,787.4 |
| Account No. | | | | | | | |

17