**AMANDA CASPERSON**
(617) 423-0400
mxc@hanify.com

January 3, 2006

Clerk's Office
United States Bankruptcy Court
10 Causeway Street
Boston, MA  02222-1074

    Re:    Paulo Cabral
           <u>Chapter 7 Case No. 05-11663-JNF</u>

Dear Sir / Madam:

    Please be advised that this office represents Harold B. Murphy, the Chapter 7 Trustee in Bankruptcy of the above referenced Debtor.  Please be further advised that it appears there will be assets available for distribution to creditors.  Kindly establish a bar date for filing Proofs of Claim and notify creditors.

    Thank you for your anticipated cooperation in this matter.

                              Sincerely,

                              /s/ Harold B. Murphy

MXC:hrs
443716