**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Paulo Cabral<br>          Debtor, | Chapter: 7<br>Case No: 05–11663<br>Judge Joan N. Feeney |

## NOTICE TO CREDITORS TO FILE CLAIMS

It now appears that there may be sufficient funds to pay a dividend to unsecured creditors. The size of the dividend will depend on the claims that are filed and allowed. To participate in any distribution you must file a claim with the **OFFICE OF THE CLERK** , in one of the following locations.

○ United States Bankruptcy Court
  1101 O'Neill Federal Building
  10 Causeway Street
  Boston, MA 02222–1074

○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

A proof of claim form has been included with this notice for your convenience.

NO DIVIDEND CHECK LESS THAN $5.00 WILL BE ISSUED.

The last day of filing a claim is **4/4/06**

For further information, please contact the Trustee:

Harold B. Murphy
Hanify & King, P.C.
One Beacon Street
Boston, MA 02108–3107
617–423–0400

Date:1/4/06

James M. Lynch
Clerk, U.S. Bankruptcy Court