# United States Bankruptcy Court

For The
District of Massachusetts, Boston Division

PAULO CABRAL  
435 LAFAYETTE STREET  
SALEM, MA 01970

Case No.: 05-11663-JNF  
SS #1: XXX-XX-4393

## FINAL REPORT AND ACCOUNT AND MOTION FOR FINAL DECREE

This case was commenced on: 03/09/05

The Plan was confirmed on: 

The Case was concluded on: 12/06/05

Converted To Ch7 Prior To Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors. $ 3,795.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE OR DISCHARGE AMOUNT |
|---|---|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | 001 | Ignore | 57,165.68 | 0.00 | 0.00 | 57,165.68 |
| INTERNAL REVENUE SERVICE | 003 | Ignore | 166,209.46 | 0.00 | 0.00 | 166,209.46 |
| ECAST SETTLEMENT CORP. | 004 | Ignore | 6,187.80 | 0.00 | 0.00 | 6,187.80 |
| SHERMAN ACQUISITION | 005 | Ignore | 7,650.67 | 0.00 | 0.00 | 7,650.67 |
| CHAPTER 13 TRUSTEE | 9E1 | Special | 150.00 | 150.00 | 0.00 | 0.00 |
| PAULO CABRAL | 999 | Refund | 3,645.00 | 3,645.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 223,375.14 | 0.00 | 13,838.47 | 0.00 | 3,795.00 | 241,008.61 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 0.00 | 0.00 | 0.00 | 3,795.00 | 3,795.00 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,795.00 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

DEBTOR'S ATTORNEY: ANDREW C. SCHULTZ, ESQ.  
FEE ALLOWED: 0.00  
FEE PAID: 0.00

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE ADMINISTRATIVE CHARGES | | OTHER COSTS | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

/s/ Doreen B. Solomon  
Doreen B. Solomon, Chapter 13 Trustee

### ORDER

The Chapter 13 Trustee has filed her Final Report and Account of the administration of this estate pursuant to 11 U.S.C. Section 704(9) and 11 U.S.C. Section 1302(b)(1). Therefore, pursuant to 11 U.S.C. Section 350(a), the Court hereby discharges the Chapter 13 Trustee.

Dated: _____

United States Bankruptcy Judge