UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

PAULO CABRAL
    DEBTOR                                                          CHAPTER 13
                                                                    #05-11663-JNF

**DEBTOR'S RESPONSE TO TRUSTEES
OBJECTION TO EXEMPTIONS**

To the Honorable Joan N. Feeney, Bankruptcy Judge,

Now comes the Debtor in the above-entitled action and, in response to the Objections of the Chapter Trustee to claimed Exemptions, states as follows:

1. The trustee's objection relates to the Debtor's 2002 Ford Dump Truck, valued by appraisal at $16,500.00.
2. The Debtor is self-employed carpenter primarily engaged in home remodeling.
3. The truck is the Debtor's sole motor vehicle; it is a necessary tool of his business and his personal life.
4. The Debtor is entitled to an exemption of $2,574.00 under Sec. 522 (d) (2) for the truck, as it is a motor vehicle.
5. The truck is not simply one motor vehicle, it is in fact two items; the truck cab and chassis which is manufactured by Ford Motor Company and purchased from the Ford dealer and the dump bed and hydraulics which are manufactured by a different company and attached to the truck by the dealer. If one so desired, they could by detached and sold separately. Since the truck is the Debtor's sole means of transportation it seems to qualify as two "appliances" for personal use and should entitle the Debtor, under Sec. 522 (d) (3) of the Code, to an exemption of $9,860.00 in the aggregate.
6. Since the Debtor has not claimed any Homestead exemption, then under Sec. 522 (d) (5), Debtor is entitled to the "Wild Card" exemption of $8,925.00, which can also be applied to the truck.

1

2

7. To the extent that it is needed, the Debtor also claimed $1,625.00 under Sec. 522 (d) (6) of the Code. the Trustee complains that this is not the type of property permitted under this section. Given the importance of the truck to the Debtor in his business, it would seem that it a tool and implement of the Debtor's business.

Wherefore the Debtor prays that the court over rule the Trustee's objections.

|  |  |
|---|---|
| Dated February 7, 2006 | By his attorney<br>/s/Andrew C. Schultz<br>ANDREW C. SCHULTZ<br>BBO # 447560<br>10 Ames Road<br>Marblehead, Mass. 01945<br>Tel # 781-990-1323<br>Fax # 781-990-1185<br>acschultz@comcast.net |

2