**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

IN RE:

**PAULO CABRAL**
     **DEBTOR**                                  **CHAPTER 7**
                                              **#05-11663-JNF**

**CERTIFICATE OF SERVICE OF**
**DEBTOR'S RESPONSE TO TRUSTEES**
**OBJECTION TO EXEMPTIONS**

     I hereby certify that I served a copy of DEBTOR'S RESPONSE TO TRUSTEES OBJECTION TO EXEMPTIONS to all entities on the electronic list and to the following:

PAULO CABRAL
435 LARAYETTE STREET
SALEM, MASS. 01970

Dated February  7, 2006                          /s/Andrew C. Schultz
                                          ANDREW C. SCHULTZ
                                          BBO # 447560
                                          10 Ames Road
                                    Marblehead, Mass. 01945
                                    Tel # 781-990-1323
                                    Fax # 781-990-1185