# District of Massachusetts
## Claims Register

### 05-11663 Paulo Cabral
**Judge Joan N. Feeney**
**Debtor Name: CABRAL,PAULO**

| Claim No: 1 | Creditor Name: Countrywide Home Loans, Inc. | Last Date to File Claims: 04/04/2006<br>Last Date to File (Govt): 04/04/2006<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date: 03/21/2005 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Priority | $657165.68 | |
| Total | **$657165.68** | |

*Description:*
*Remarks:*

| Claim No: 2 | Creditor Name: Internal Revenue Service<br>Special Procedures Stop 20800<br>PO Box 9112<br>JFK Building<br>Boston, Ma 02203 | Last Date to File Claims: 04/04/2006<br>Last Date to File (Govt): 04/04/2006<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date: 04/19/2005 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Secured | $166203.46 | |
| Total | **$166203.46** | |

*Description:* taxes
*Remarks:*

| Claim No: 3 | Creditor Name: Household Finance Corporation<br>by eCAST Settlement Corporation<br>as its agent<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | Last Date to File Claims: 04/04/2006<br>Last Date to File (Govt): 04/04/2006<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date: 06/15/2005 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $6187.80 | |
| Total | **$6187.80** | |

*Description:*
*Remarks:*

| Claim No: 4 | Creditor Name: Sherman Acquisition LP., its successors and assign<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Last Date to File Claims: 04/04/2006<br>Last Date to File (Govt): 04/04/2006<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date: 06/29/2005 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $7650.67 | |

| Total | $7650.67 | |
|---|---|---|
| *Description:* | | |
| *Remarks:* | | |

| **Claim No: 5** | *Creditor Name:* Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850 | *Last Date to File Claims:* 04/04/2006<br>*Last Date to File (Govt):* 04/04/2006<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
|---|---|---|
| *Claim Date:* 03/27/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $7650.67 | |
| **Total** | **$7650.67** | |
| *Description:* 0349 | | |
| *Remarks:* | | |

**Claims Register Summary**

**Case Name:** Paulo Cabral
**Case Number:** 2005-11663
**Chapter:** 7
**Date Filed:** 03/09/2005
**Total Number Of Claims:** 5

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $21489.14 | |
| **Secured** | $166203.46 | |
| **Priority** | $657165.68 | |
| **Unknown** | | |
| **Administrative** | | |
| **Total** | **$844858.28** | |