# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Paulo Cabral                                  **Case Number:** 05-11663            **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**

\#99 Chapter 7 Trustee's Objection to Debtor's Claims of Exemption.
\#102 Response by Debtor
E. Jeffery for Chapter 7 Trustee
A. Schultz for Debtor


**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained

\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled

\_\_\_\_\_OSC enforced/released

_99, 102_ Continued to: May 2, 2006 10:00 AM      For:_____

\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____

\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference

\_\_\_\_\_Taken under advise ment: Brief(s) due_____From_____

                                Response(s) due_____From_____

\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____

\_\_\_\_\_No appearance/response by:_____

\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


IT IS SO NOTED:                                        IT IS SO ORDERED:

                                                       _/s/ Joan N. Feeney_

_____                                 _____Dated: 04/11/2006

Courtroom Deputy                                       Joan N. Feeney, U.S. Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0101-1          User: pkn              Page 1 of 1              Date Rcvd: Apr 12, 2006
Case: 05-11663                Form ID: pdf012        Total Served: 2

The following entities were served by first class mail on Apr 14, 2006.
aty          +Andrew C. Schultz,   10 Ames Road,   Marblehead, MA 01945-2702
tr           +Harold B. Murphy,   Hanify & King, P.C.,   One Beacon Street,   Boston, MA 02108-3131

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 14, 2006**               Signature:    *Joseph Speetjens*