**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) **Chapter 7** |
| PAULO CABRAL, | ) |
|  | ) **Case No. 05-11663-JNF** |
| Debtor. | ) |
|  | ) |

**NOTICE OF CONTINUED HEARING ON CHAPTER 7**
**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMS OF EXEMPTION**

PLEASE TAKE NOTICE that the hearing on the *Chapter 7 Trustee's Objection to Debtor's Claims of Exemption* has been continued to May 23, 2006 at 10:15 a.m.

                                              Harold B. Murphy,
                                              Chapter 7 Trustee:
                                              By his counsel,

                                              /s/ D. Ethan Jeffery
                                              Harold B. Murphy, BBO #326610
                                              D. Ethan Jeffery BBO #631941
                                              Hanify & King, P.C.
                                              One Beacon Street

Dated: May 2, 2006                          Boston, MA  02108
                                              (617) 423-0400
                                              (617) 556-8985 (fax)

::ODMA\PCDOCS\DOCS\449393\1