**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re: ) ) ) | Chapter 7 |
| **PAULO CABRAL,** ) ) | Case No. 05-11663-JNF |
| **Debtor.** ) ) |  |

## CERTIFICATE OF SERVICE

I, D. Ethan Jeffery, hereby certify that on May 2, 2006, I caused to be served a copy of the *Notice of Continued Hearing on Chapter 7 Trustee's Objection to Debtor's Claims of Exemption*, via first class mail, postage prepaid, upon the following parties:

Office of the U.S. Trustee
O'Neill Federal Office Building
10 Causeway Street
Boston, MA 02222

Andrew C. Schultz
10 Ames Road
Marblehead, MA 01945

/s/ D. Ethan Jeffery
D. Ethan Jeffery BBO #631941
Hanify & King, P.C.
One Beacon Street
Boston, MA 02108
(617) 423-0400
(617) 556-8985 (fax)

Dated: May 2, 2006
*450519*