**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Paulo Cabral<br>            Debtor, | Chapter: 7<br>Case No: 05–11663<br>Judge Joan N. Feeney |

NOTICE OF CONTINUED HEARING

PLEASE TAKE NOTICE that a hearing will be held on **5/23/06 at 10:15 AM** before the Honorable Judge Joan N. Feeney , Courtroom 1, 10 Causeway Street, 1101 ONeill Federal Building, Boston, MA 02222 to consider the following:

RE: [99] Objection to Debtor's Claim of Exemptions filed by Trustee Harold B. Murphy.

OBJECTION/RESPONSE DEADLINE:
(If left blank, response deadline shall be governed by the Local Rules.)

THE MOVING PARTY IS RESPONSIBLE FOR:

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice (7) days after the date of issuance set forth below. If the hearing date is less than (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

NOTICE TO ALL PARTIES SERVED:

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** . (See MLBR 5071–1)

3. The above hearing shall be nonevidentiary . If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule a further evidentiary hearing. If this is a hearing under section 362 , it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court sets down an evidentiary hearing.

4. Deadlines to file an objection or response shall be governed by the Local Rules, unless otherwise ordered by the Court. If no objection is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. [See MLBR 9013–1(f)].

| | |
|---|---|
| Date:5/2/06 | By the Court,<br><br>Pamela Nener<br>Deputy Clerk<br>617–565–5917 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0101-1           User: pkn                Page 1 of 1             Date Rcvd: May 02, 2006
Case: 05-11663                 Form ID: hrg             Total Served: 3

The following entities were served by first class mail on May 04, 2006.
aty        +Andrew C. Schultz,    10 Ames Road,    Marblehead, MA 01945-2702
aty        +D. Ethan Jeffery,    Hanify & King PC,    One Beacon Street,    Boston, MA 02108-3131
ust        +John Fitzgerald,    Office of the US Trustee,    10 Causeway Street,    Boston, MA 02222-1043

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2006**                    **Signature:** _Joseph Speetjens_