# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:**  Paulo Cabral                    **Case Number:**  05-11663                    **Ch:**  7

**MOVANT/APPLICANT/PARTIES:**

Continued Hearing:
#99 Chapter 7 Trustee's Objection to Debtor's Claims of Exemption.
#102 Response by Debtor
E. Jeffery for Chapter 7 Trustee
A. Schultz for Debtor


**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

#99__Continued to: May 23, 2006 at 10:15 AM  For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____From_____

                              Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


IT IS SO NOTED:                                IT IS SO ORDERED:

                                               _Joan N. Feeney_

_____                        _____ Dated: 05/02/2006
Courtroom Deputy                               Joan N. Feeney, U.S. Bankruptcy Judge

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0101-1          User: pkn              Page 1 of 1              Date Rcvd: May 02, 2006
Case: 05-11663                Form ID: pdf012        Total Served: 2

The following entities were served by first class mail on May 04, 2006.
aty        +Andrew C. Schultz,   10 Ames Road,   Marblehead, MA 01945-2702
aty        +D. Ethan Jeffery,   Hanify & King PC,   One Beacon Street,   Boston, MA 02108-3131

The following entities were served by electronic transmission.
NONE.                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2006**                    **Signature:**    *Joseph Speetjens*