UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Chapter 7 |
| PAULO CABRAL, ) | Case No. 05-11663-JNF |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |

APPLICATION OF CHAPTER 7 TRUSTEE FOR ORDER
AUTHORIZING RETENTION OF COUNSEL

To the Honorable Joan N. Feeney, United States Bankruptcy Judge:

Harold B. Murphy, the chapter 7 trustee (the "Trustee") of the above referenced debtor (the "Debtor"), respectfully request that this Court enter an order authorizing the retention of the law firm of Hanify & King, Professional Corporation ("H&K"), as his counsel pursuant to Section 327 of the United States Bankruptcy Code, Fed. R. Bankr. P. 2014 and MLBR 2014-1. In further support hereof, the Trustee states as follows:

1. On March 9, 2005 (the "Petition Date"), the Debtor commenced a bankruptcy proceeding by filing a petition for relief under Chapter 13 of the United States Bankruptcy Code ("Bankruptcy Code").

2. On November 10, 2005 the Debtor filed a motion to convert case to a Chapter 7.

3. On November 28, 2005 an Order was issued allowing the motion to convert case to a Chapter 7. Thereafter, a bankruptcy estate (the "Estate") was created.

4. The Trustee was appointed interim trustee of the Estate on November 30, 2005 and has continued to serve as Trustee since that date.

5. The Trustee requests authority to retain H&K as his attorneys under a general retainer for services to be rendered regarding the following:

    a. Consultation with the Trustee concerning all matters relating to the administration of the estate;

    b. Providing assistance to the Trustee in preparing the motions, notices, complaints, and any other pleadings and documents that must be prepared by or reviewed by an attorney and which are necessary to the administration of this case;

    c. Directing the activities of accountants or other professionals that are retained during these proceedings;

    d. Negotiating and documenting the sale of assets of the Debtor and preparing such motions and notices as are required in connection herewith;

    e. Assisting the Trustee in determining the existence of avoidable transfers and pursuing the avoidance and recovery of such transfers;

    f. Analyzing and determining the validity, status and priority of claims asserted against the Debtor's bankruptcy estate;

    g. Performing all other legal services for the Trustee which may be appropriate in connection with this case.

5. H&K has substantial experience in bankruptcy proceedings and the varied and substantial resources necessary to advise the Trustee in the performance of his duties with respect to this proceeding.

6. To the best of the Trustee's knowledge, information and belief, no member of H&K has any connection with the Debtor, the Debtor's creditors or any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the office of the United States Trustee, except that H&K may have or had involvement with certain creditors

or their counsel in unrelated proceedings. Each member of H&K is a "disinterested person" as that term is defined in 11 U.S.C. §101(14).

WHEREFORE, the Trustee respectfully requests that this Court issue an order authorizing the Trustee to retain H&K as his counsel, and for such other and further relief this Court deems necessary.

          HAROLD B. MURPHY,
          CHAPTER 7 TRUSTEE
          By his counsel,

          /s/ D. Ethan Jeffery
          D. Ethan Jeffery (BBO# 631941)
          HANIFY & KING
          Professional Corporation
          One Beacon Street
          Boston, MA 02108
          (617) 423-0400
          dej@hanify.com

DATED: May 1, 2006
443721