UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) **Chapter 7** |
| PAULO CABRAL, | ) **Case No. 05-11663-JNF** |
|  | ) |
| Debtor. | ) |
|  | ) |

### DECLARATION REGARDING ELECTRONIC FILING

    I, Harold B. Murphy, hereby declare under penalty of perjury that all of the information contained in the *Affidavit of Harold B. Murphy in Support of Application by Chapter 7 Trustee for Order Authorizing Retention of Counsel*, filed electronically is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Affidavit. I understand that failure to file this DECLARATION may cause the Affidavit to be struck and any request contained or relying thereon to be denied, without further notice.

    I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: May 4, 2006

Signed: /s/ Harold B. Murphy
Harold B. Murphy

443721