UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>PAULO CABRAL,<br><br>           Debtor. | Chapter 7<br>Case No. 05-11663-JNF |

## CERTIFICATE OF SERVICE

I, D. Ethan Jeffery, hereby certify that on May 1, 2006, I caused to be served a copy of (1) Application of Chapter 7 Trustee for Order Authorizing Retention of Counsel; and (2) Affidavit of Harold B. Murphy in Support of Application by Chapter 7 Trustee for Order Authorizing Retention of Counsel via first class mail, postage prepaid, to the following parties:

Andrew C. Schultz, Esq.  
10 Ames Road  
Marblehead, MA  01945

United States Trustee's Office  
1184 O'Neill Federal Office Building  
10 Causeway Street  
Boston, MA  02222

HAROLD B. MURPHY,  
CHAPTER 7 TRUSTEE  
By his counsel,

/s/ D. Ethan Jeffery  
D. Ethan Jeffery (BBO# 631941)  
HANIFY & KING  
Professional Corporation  
One Beacon Street  
Boston, MA 02108  
(617) 423-0400  
dej@hanify.com

Dated: May 1, 2006  
443721

7