**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

|  |  |
|---|---|
| In re: )<br>)<br>PAULO CABRAL, )<br>)<br>Debtor. )<br>) | )<br>) Chapter 7<br>)<br>) Case No.  05-11663-JNF<br>)<br>) |

## CERTIFICATE OF SERVICE

I, D. Ethan Jeffery, hereby certify that on May 8, 2006, I caused to be served a copy of the *Notice of Continued Hearing on Chapter 7 Trustee's Objection to Debtor's Claims of Exemption*, via first class mail, postage prepaid, upon the following parties:

Office of the U.S. Trustee
O'Neill Federal Office Building
10 Causeway Street
Boston, MA  02222

Andrew C. Schultz
10 Ames Road
Marblehead, MA  01945

/s/ D. Ethan Jeffery
D. Ethan Jeffery BBO #631941
Hanify & King, P.C.
One Beacon Street
Boston, MA  02108
(617) 423-0400
(617) 556-8985 (fax)

Dated: May 9, 2006
*450885*