## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

|  |  |
|---|---|
| **In re:** ) | |
| ) | **Chapter 7** |
| **PAULO CABRAL,** ) | **Case No. 05-11663-JNF** |
| ) | |
| **Debtor.** ) | |
|  ) | |

## APPLICATION OF CHAPTER 7 TRUSTEE FOR ORDER
## AUTHORIZING RETENTION OF COUNSEL

To the Honorable Joan N. Feeney, United States Bankruptcy Judge:

Harold B. Murphy, the chapter 7 trustee (the "Trustee") of the above referenced debtor (the "Debtor"), respectfully request that this Court enter an order authorizing the retention of the law firm of Hanify & King, Professional Corporation ("H&K"), as his counsel pursuant to Section 327 of the United States Bankruptcy Code, Fed. R. Bankr. P. 2014 and MLBR 2014-1. In further support hereof, the Trustee states as follows:

1.      On March 9, 2005 (the "Petition Date"), the Debtor commenced a bankruptcy proceeding by filing a petition for relief under Chapter 13 of the United States Bankruptcy Code ("Bankruptcy Code").

2.      On November 10, 2005 the Debtor filed a motion to convert case to a Chapter 7.

3.      On November 28, 2005 an Order was issued allowing the motion to convert case to a Chapter 7. Thereafter, a bankruptcy estate (the "Estate") was created.

4.      The Trustee was appointed interim trustee of the Estate on November 30, 2005 and has continued to serve as Trustee since that date.