*/s/ Joan N. Feeney*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| PAULO CABRAL, | ) | Case No. 05-11663-JNF |
| | ) | |
| Debtor. | ) | |
| | ) | |

## APPLICATION OF CHAPTER 7 TRUSTEE FOR ORDER AUTHORIZING RETENTION OF COUNSEL

To the Honorable Joan N. Feeney, United States Bankruptcy Judge:

Harold B. Murphy, the chapter 7 trustee (the "Trustee") of the above referenced debtor (the "Debtor"), respectfully request that this Court enter an order authorizing the retention of the law firm of Hanify & King, Professional Corporation ("H&K"), as his counsel pursuant to Section 327 of the United States Bankruptcy Code, Fed. R. Bankr. P. 2014 and MLBR 2014-1.

In further support hereof, the Trustee states as follows:

1.  On March 9, 2005 (the "Petition Date"), the Debtor commenced a bankruptcy proceeding by filing a petition for relief under Chapter 13 of the United States Bankruptcy Code ("Bankruptcy Code").

2.  On November 10, 2005 the Debtor filed a motion to convert case to a Chapter 7.

3.  On November 28, 2005 an Order was issued allowing the motion to convert case to a Chapter 7. Thereafter, a bankruptcy estate (the "Estate") was created.

4.  The Trustee was appointed interim trustee of the Estate on November 30, 2005 and has continued to serve as Trustee since that date.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0101-1          User: pkn            Page 1 of 1              Date Rcvd: May 10, 2006
Case: 05-11663                Form ID: pdf012      Total Served: 1
```

The following entities were served by first class mail on May 12, 2006.
aty        +D. Ethan Jeffery,    Hanify & King PC,    One Beacon Street,    Boston, MA 02108-3131

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 12, 2006**                    Signature:  _Joseph Speetjens_