**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re: ) | |
| ) | **Chapter 7** |
| PAULO CABRAL, ) | |
| ) | Case No. 05-11663-JNF |
| Debtor. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I, D. Ethan Jeffery, hereby certify that on May 23, 2006, I caused to be served a copy of the *Notice of Continued Hearing on Chapter 7 Trustee's Objection to Debtor's Claims of Exemption* and an *Order of the Court dated May 23, 2006 regarding the Continued Hearing,* via first class mail, postage prepaid, upon the following parties:

Office of the U.S. Trustee
O'Neill Federal Office Building
10 Causeway Street
Boston, MA  02222

Andrew C. Schultz
10 Ames Road
Marblehead, MA 01945

/s/ D. Ethan Jeffery
D. Ethan Jeffery BBO #631941
Hanify & King, P.C.
One Beacon Street
Boston, MA  02108
(617) 423-0400
(617) 556-8985 (fax)

Dated:  May 23, 2006
*452026*