UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

PAULO CABRAL
DEBTOR

CHAPTER 7
#05-11663-JNF

STIPULATION WITH RESPECT TO
TRUSTEE'S OBJECTION TO EXEMPTIONS

To the Honorable Joan N. Feeney, Bankruptcy Judge,

Now comes Harold B. Murphy, the Chapter 7 Trustee in this case ("Trustee") and Paulo Cabral, the debtor in this case ("Debtor") in this case. and do stipulate that the Trustee's objection to the Debtor's claimed exemptions shall be resolved as follows:

1. The Debtor shall pay to the Trustee, herewith, the sum of $2,500.00, the receipt of which the Trustee does hereby acknowledge.
2. The Trustee does, hereby, with draw his objection to the Debtor's claimed exemption.
3. The parties do hereby request that the hearing on the Trustee's objection to the Debtor's claimed exemptions scheduled for **June 13, 2006** be cancelled.

Dated May      2006

D. Ethan Jeffery
BBO # 631941
HANIFY & KING
One Beacon Street
Boston, Mass. 02108
617-423-0400

by their attorneys,

Andrew C. Schultz
BBO # 447460
10 Ames Road
Marblehead, Mass. 01945
781-990-1323
acschultz@comcast.net