UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

In Re:  Paulo Cabral                    Case Number: 05-11663        Ch: 7

**MOVANT/APPLICANT/PARTIES:**

Continued Hearing:
#99 Trustee's Objection to Debtor's Claim of Exemptions.
#102 Response by Debtor
E. Jeffery for Chapter 7 Trustee
A. Schultz for Debtor

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____ For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____ Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advise ment: Brief(s) due_____ From_____
                                 Response(s) due_____ From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The parties have filed a Stipulation. The Court cancels the 06/13/06 hearing and will issue
an order with respect to the Motion to Approve the Stipulation upon the expiration of
applicable objection periods.

IT IS SO NOTED:                              IT IS SO ORDERED:

_____             _____Dated: 06/07/2006
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge