UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** Paulo Cabral

**Case Number:** 05-11663      **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**

Continued Hearing:
#99 Trustee's Objection to Debtor's Claim of Exemptions.
#102 Response by Debtor
E. Jeffery for Chapter 7 Trustee
A. Schultz for Debtor

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advise ment: Brief(s) due_____From_____

                    Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The parties have filed a Stipulation.  The Court cancels the 06/13/06 hearing and will issue
an order with respect to the Motion to Approve the Stipulation upon the expiration of
applicable objection periods.

IT IS SO NOTED:

_____
Courtroom Deputy

IT IS SO ORDERED:

_Joan N. Feeney_

_____  Dated: 06/07/2006
Joan N. Feeney, U.S. Bankruptcy Judge

Wednesday, June 07, 2006.max

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE  OF  SERVICE

```
District/off: 0101-1          User: pkn              Page 1 of 1              Date Rcvd: Jun 07, 2006
Case: 05-11663               Form ID: pdf012         Total Served: 2


The following entities were served by first class mail on Jun 09, 2006.
aty        +Andrew C. Schultz,   10 Ames Road,   Marblehead, MA 01945-2702
aty        +D. Ethan Jeffery,   Hanify & King PC,   One Beacon Street,   Boston, MA 02108-3131

The following entities were served by electronic transmission.
NONE.                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 09, 2006          Signature:    *Joseph Speetjens*