UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) ) | |
| ) | Chapter 7 |
| PAULO CABRAL, ) ) | |
| ) | Case No. 05-11663-JNF |
| Debtor. ) ) | |

MOTION TO APPROVE STIPULATION
REGARDING DEBTOR'S CLAIMS OF EXEMPTION

Harold B. Murphy (the "Trustee"), the Chapter 7 trustee in the above-captioned case, hereby moves this Court to approve the stipulation (the "Stipulation") between the Trustee and Paulo Cabral (the "Debtor") with respect to the Debtor's claimed exemptions. The Stipulation has been filed contemporaneously with this motion. In support of this motion, the Trustee states as follows:

PRELIMINARY STATEMENT

1. The legal predicates for this motion are Sections 105 and 363 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 9019 and MLBR 2002-1 and 9019-1.

2. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

BACKGROUND

4. On March 9, 2005 (the "Petition Date"), the Debtor commenced a bankruptcy proceeding by filing a petition for relief under Chapter 13 of the United States Bankruptcy Code ("Bankruptcy Code"). The Debtor's bankruptcy proceeding was converted to a case under

[margin annotation: 06/30/2006 No objections. Motion allowed. /s/ Joan N. Feeney]

Friday, June 30, 2006.max