UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>PAULO CABRAL,<br><br>Debtor. | Chapter 7<br><br>Case No. 05-11663-JNF |

MOTION TO APPROVE STIPULATION
REGARDING DEBTOR'S CLAIMS OF EXEMPTION

Harold B. Murphy (the "Trustee"), the Chapter 7 trustee in the above-captioned case, hereby moves this Court to approve the stipulation (the "Stipulation") between the Trustee and Paulo Cabral (the "Debtor") with respect to the Debtor's claimed exemptions. The Stipulation has been filed contemporaneously with this motion. In support of this motion, the Trustee states as follows:

PRELIMINARY STATEMENT

1. The legal predicates for this motion are Sections 105 and 363 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 9019 and MLBR 2002-1 and 9019-1.

2. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

BACKGROUND

4. On March 9, 2005 (the "Petition Date"), the Debtor commenced a bankruptcy proceeding by filing a petition for relief under Chapter 13 of the United States Bankruptcy Code ("Bankruptcy Code"). The Debtor's bankruptcy proceeding was converted to a case under

*[Marginal handwritten note, left side:]* 06/30/2006 No objections. Motion allowed. [signature]

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0101-1           User: pkn              Page 1 of 1              Date Rcvd: Jun 30, 2006
Case: 05-11663                 Form ID: pdf012        Total Served: 1

The following entities were served by first class mail on Jul 02, 2006.
aty          +D. Ethan Jeffery,    Hanify & King PC,    One Beacon Street,    Boston, MA 02108-3131

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2006**                    **Signature:** _Joseph Speetjens_