**Form B18** (Official Form 18)(10/05)

# United States Bankruptcy Court

District of Massachusetts

Chapter: **7**    Date of Petition: 3/9/05
Case No.**05–11663**
Judge Joan N. Feeney

In Re: (Name of Debtor)
  **Paulo Cabral**
  435 Lafayette St.
  Salem, MA 01970
  **xxx–xx–4393**

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 7/7/06

Joan N. Feeney
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0101-1           User: pkn                   Page 1 of 1                  Date Rcvd: Jul 07, 2006
Case: 05-11663                 Form ID: b18                Total Served: 30

The following entities were served by first class mail on Jul 09, 2006.
db         +Paulo Cabral,    435 Lafayette St.,    Salem, MA 01970-5337
aty        +Andrew C. Schultz,    10 Ames Road,    Marblehead, MA 01945-2702
aty        +D. Ethan Jeffery,    Hanify & King PC,    One Beacon Street,    Boston, MA 02108-3131
aty        +Harold B. Murphy,    Hanify & King, P. C.,    One Beacon Street,    21st Floor,
             Boston, MA 02108-3107
aty        +Jeffrey M. Frankel,    Law Office of Jeffrey M. Frankel,    258 Elm Street, Suite 200,
             Somerville, MA 02144-2941
aty        +John S. McNicholas,    Shapiro & Kreisman,    Chiswick Park,    490 Boston Post Road,
             Sudbury, MA 01776-3367
aty        +Nina Ching,    Special Assistant,    United States Attorney,    10 Causeway St., Room 401,
             Boston, MA 02222-1047
tr         +Harold B. Murphy,    Hanify & King, P.C.,    One Beacon Street,    Boston, MA 02108-3131
smg        +COMMONWEALTH OF MASSACHUSETTS,    DIV OF UNEMPLOYMENT ASSISTANCE,    ATTN BANKRUPTCY UNIT 5TH FLOOR,
             19 STANIFORD STREET,    BOSTON, MA 02114-2502
smg         MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    PO BOX 9564,    BOSTON, MA   02114-9564
smg        +UNITED STATES ATTORNEY,    ONE COURTHOUSE WAY,    SUITE 9200,    BOSTON, MA 02210-3013
smg         US DEPARTMENT OF LABOR,    EMPLOYEE BENEFITS,    JFK FEDERAL BUILDING,    ROOM 575,
             BOSTON, MA   02203
ust        +John Fitzgerald,    Office of the US Trustee,    10 Causeway Street,    Boston, MA 02222-1043
15527771   +BNA America,    PO Box 15137,    Wilmington, DE 19886-5137
15487235    COUNTRYWIDE HOME LOANS INC,    4500 PARK GRANDA,    CALABASAS, CAL. 91301-0266
15527767   +Citizen’s Bank,    PO Box M,    Providence, RI 02901-1683
15527775   +Doreen Solomon , Esq.,    Chapter 13 Trustee,    180 Canal Street,    Box 8250,
             Boston, Ma 02114-1804
15527770   +Homedepot Credit Services,    Prossessing Center,    Des Moines, IA 50364-0001
15527769   +Household Finance Co.,    PO Box 17574,    Baltimore, MD 21297-1574
15603399    Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,    P.O. Box 35480,
             Newark, NJ  07193-5480
15527774   +Mass. Dept. Revenue,    Bankruptcy Unit,    PO Box 55484,    Boston, Ma 02205-5484
15527776   +Office Of The US Trustee,    10 Causeway Street,    Boston, Ma 02222-1043
15527777   +Paulo Cabral,    435 Lafayette Street,    Salem, Ma 01970-5337
15487234   +SHAPIRO & KREISMAN,    490 BOSTON POST ROAD,    SUDBURY, MASS 01776-3381
15527765   +Shariro & Kreisman,    490 Boston Post Road,    Sudbury, Mass 01776-3381
15618189    Sherman Acquisition LP., its successors and assign,    P.O. Box 10587,    Greenville, SC 29603-0587

The following entities were served by electronic transmission on Jul 07, 2006 and receipt of the transmission
was confirmed on:
15527772   +EDI: CHASE.COM Jul 07 2006 20:54:00      Chase Bank USA, N.A.,    PO Box 15145,
             Wilmington, DE 19850-5145
15527766   +EDI: COUNTRYWIDE.COM Jul 07 2006 20:54:00      Countrywide Home Loans, Inc.,    4500 Park Granda,
             Calabasas, CA 91302-1663
15527769   +EDI: HFC.COM Jul 07 2006 20:54:00      Household Finance Co.,    PO Box 17574,
             Baltimore, MD 21297-1574
15527768   +EDI: IRS.COM Jul 07 2006 20:54:00      Internal Revenue Service,    Attn: Judith Giardina,
             1 Montvale Avenue,    stoneham, Ma 02180-3559
15527773   +EDI: IRS.COM Jul 07 2006 20:54:00      Internal Revenue Service,    Special Procedures Stop 20800,
             PO Box 9112,    JFK Building,    Boston, Ma 02203-9112
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Countrywide Home Loans, Inc.
cr            United States of America - IRS
15500847      Countrywide Home Loans, Inc.
                                                                                               TOTALS: 3, * 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 09, 2006**                           **Signature:** _Joseph Speetjens_