## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>PAULO CABRAL,<br><br>          Debtor. | )<br>)<br>)   **Chapter 7**<br>)<br>)   **Case No. 05-11663-JNF**<br>)<br>) |

### CERTIFICATE OF SERVICE

    I, D. Ethan Jeffery, hereby certify that on January 9, 2007, I caused to be served a copy of the *Trustee's Motion for Authority to Conduct Rule 2004 Examination of the Keeper of Records of Citizens Bank* via first class mail, postage prepaid, upon the attached service list.

                                                 /s/ D. Ethan Jeffery
                                                 D. Ethan Jeffery BBO #631941
                                                 Hanify & King, P.C.
                                                 One Beacon Street
                                                 Boston, MA  02108
                                                 (617) 423-0400
                                                 (617) 556-8985 (fax)

Dated: January 9, 2007
*465920*

Nina Ching, Esq.
Special Assistant
Unites States Attorney
10 Causeway St., Room 401
Boston MA  02222

John S. McNicholas, Esq.
Shapiro & Kreisman
Chiswick Park
490 Boston Post Road
Sudbury, MA  01776

BNA America
PO Box 15137
Wilmington DE  19886

Citizen's Bank
PO Box M
Providence RI  02901

Household Finance Co.
PO Box 17574
Baltimore, MD  21297

Internal Revenue Service
Special Procedures
Stop 20800
PO Box 9112, JFK Bldg.
Boston MA  02203

Mass. Dept of Revenue
Bankruptcy Unit
PO Box 55484
Boston MA  02205

Jeffrey M. Frankel, Esq.
Law Office of Jeffrey M. Frankel
259 Elm Street, Suite 200
Somerville, MA  02144

Andrew C. Schultz, Esq.
10 Ames Road
Marblehead, MA  01945

Chase Bank USA, NA
PO Box 15145
Wilmington DE 19850

Countrywide Home Loans, Inc.
4500 Park Granda
Calabasas, CA  91301-0266

Home Depot Credit Services
Processing Center
Des Moines, IA  50364

Household Finance Corporation
By eCAST Settlement Corp.
PO Box 35480
Newark NJ  07193-5480

Internal Revenue Service
ATTD:  Judith Giardina
One Montvale Avenue
Stoneham MA  02143

Office of the US Trustee
10 Causeway Street
Boston MA  02222

Paulo Cabral
535 Layfatte Street
Salem, MA  01970

Sherman Acquisition LP
PO Box 10587
Greenville, SC  29603-0587