EXHIBIT B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Chapter 7 |
| PAULO CABRAL, ) | |
| ) | Case No. 05-11663-JNF |
| Debtor. ) | |
| ) | |

**ORDER APPROVING TRUSTEE'S MOTION FOR AUTHORITY
TO CONDUCT RULE 2004 EXAMINATION OF PEDRO CAMORGO**

Harold B. Murphy (the "Trustee") having filed the *Trustee's Motion For Authority to Conduct Rule 2004 Examination of Pedro Camorgo* (the "2004 Motion"); and upon the evidence submitted; and the Court having reviewed all documents in connection therewith; and upon the record compiled in the above captioned bankruptcy proceeding; and after due deliberation and consideration of all of the foregoing; and sufficient cause appearing therefore;

**THIS COURT HEREBY FINDS THAT**:

A. Notice of the 2004 Motion was appropriate given the circumstances.

B. No party will be prejudiced by the entry of this Order.

C. Good and sufficient cause exists to grant the Trustee's request to examine Pedro Camorgo ("Camorgo") pursuant to Federal Rule of Bankruptcy Procedure 2004. Good and sufficient cause exists for the entry of this Order.

**NOW THEREFORE,** taking into consideration the foregoing findings and all of the evidence before the Court, it is **HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The 2004 Motion is GRANTED.

    2.    Camorgo is ordered, within ten (10) days of the service of this Order, to produce to the Trustee the documents on the schedule attached to the 2004 Motion as Exhibit A.

    3.    Camorgo is ordered, at a time reasonable designated by the Trustee, to appear for examination under oath regarding the matters described in the 2004 Motion.

_____
Hon. Joan N. Feeney
United States Bankruptcy Judge

Dated: _____, 2007

::ODMA\PCDOCS\DOCS\465882\1