**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| PAULO CABRAL, ) | |
| ) | Case No. 05-11663-JNF |
| Debtor. ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, D. Ethan Jeffery, hereby certify that on January 10, 2007, I caused to be served a copy of the (1) *Trustee's Motion for Authority to Conduct Rule 2004 Examination of Pedro Camorgo; and (2) Trustee's Motion for Authority to Conduct Rule 2004 Examination of the Keeper of Records of Citizens Bank* via first class mail, postage prepaid, upon the following:

Citizens Financial Group
C/o Legal Department
One Citizens Plaza
Providence RI  02903

Pedro Camorgo
591 Lynn Street
Malden, MA  02148

/s/ D. Ethan Jeffery
D. Ethan Jeffery BBO #631941
Hanify & King, P.C.
One Beacon Street
Boston, MA  02108
(617) 423-0400
(617) 556-8985 (fax)

Dated: January 10, 2007
*465996*