# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) ) ) PAULO CABRAL, ) ) Debtor. ) ) | Chapter 7<br><br>Case No. 05-11663-JNF |

## TRUSTEE'S MOTION FOR AUTHORITY TO CONDUCT RULE 2004 EXAMINATION OF THE KEEPER OF RECORDS OF CITIZENS BANK

Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016, Harold B. Murphy (the "Trustee"), the Chapter 7 trustee in the above captioned proceeding, respectfully moves this Court for authority to conduct an examination of the keeper of records of Citizens Bank ("Citizens"). The Trustee seeks to the production of documents relating to a bank account into which property of the estate was transferred prior to the Petition Date (as defined below). In support of this motion, the Trustee avers as follows:

### BACKGROUND

1. On March 9, 2005 (the "Petition Date"), Paulo Cabral (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code. The Debtor's case was converted to Chapter 7 on November 28, 2005.

2. The Debtor's schedules indicate that he owns a pre-petition loan receivable from Pedro Camorgo ("Camorgo") in the approximate amount of $150,000. The Trustee has since recovered a check, dated December 4, 2002, in the amount of $133,000 made payable to Camorgo (the "Check"). A copy of the Check is attached as Exhibit A. Although the maker of the check is "P.C. Realty Trust," the Debtor has represented to the Trustee that the funds were his and arose from the sale of real estate he had developed.

1/11/2007 Motion allowed.