UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> PAULO CABRAL, <br><br> Debtor. | Chapter 7 <br><br> Case No. 05-11663-JNF |

### TRUSTEE'S MOTION FOR AUTHORITY TO CONDUCT RULE 2004 EXAMINATION OF PEDRO CAMORGO

Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016, Harold B. Murphy (the "Trustee"), the Chapter 7 trustee in the above captioned proceeding, respectfully moves this Court for authority to conduct an examination of Pedro Camorgo ("Camorgo"). The Trustee seeks to compel Camorgo both to produce documents and to attend an examination and answer questions under oath. In support of this motion, the Trustee avers as follows:

### BACKGROUND

1.  On March 9, 2005 (the "Petition Date"), Paulo Cabral (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code. The Debtor's case was converted to Chapter 7 on November 28, 2005.

2.  The Debtor's schedules indicate that he owns a pre-petition loan receivable from Camorgo in the approximate amount of $150,000. The Trustee has since recovered a check, dated December 4, 2002, in the amount of $133,000 made payable to Camorgo. Although the maker of the check is "P.C. Realty Trust," the Debtor has represented to the Trustee that the funds were his and arose from the sale of real estate he had developed.

3.  The Debtor has not produced nor has the Trustee been able to obtain any other documents relating to the loan to Camorgo.

1/11/2007 Motion allowed.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0101-1         User: pkn              Page 1 of 1           Date Rcvd: Jan 11, 2007
Case: 05-11663               Form ID: pdf012        Total Served: 2

The following entities were served by first class mail on Jan 13, 2007.
aty          +Andrew C. Schultz,   10 Ames Road,   Marblehead, MA 01945-2702
aty          +D. Ethan Jeffery,   Hanify & King PC,   One Beacon Street,   Boston, MA 02108-3131

The following entities were served by electronic transmission.                              TOTAL: 0
NONE.

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 13, 2007**                    Signature: *Joseph Speetjens*