# Exhibit A

| Subsequent Transferee Defendants | Official Check, Personal Check, or Item Number | Check Date | Check Amount |
|---|---|---|---|
| Jose M.V. Almeida (payee listed as Jose Azmeida) | 808923706-2 | 12/19/2002 | $4,500.00 |
| Marcelo F. Santo | 808923707-0 | 12/19/2002 | $4,500.00 |
| Josuel Santos (payee listed as Joseuel Santo) | 808923708-8 | 12/19/2002 | $4,500.00 |
| Manuel DeSousa (payee listed as Manny DeSousa) | 808923709-6 | 12/19/2002 | $25,000.00 |
| Sostenes Suoze | 808923710-4 | 12/19/2002 | $7,500.00 |
| Marcelo Ribeiro | 808923711-2 | 12/19/2002 | $7,500.00 |
| Bank of America N.A. as successor to Fleet National Bank | 808923705-4 | 12/19/2002 | $12,444.00 |
| Mario Rodrigues | 055695927-8 | 12/23/2002 | $1,000.00 |
| Mario Rodrigues | 808948702-2 | 12/23/2002 | $10,000.00 |
| Josuel Santos | 186685507-3 | 1/7/2003 | $4,000.00 |
| John Does 1-25 | Various | Various | Unliquidated |