Form 210A (10/06)

# United States Bankruptcy Court

For The   District Of   Massachusetts

In re  PAULO J CABRAL  ,   Case No.  05-11663

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Chase Bank USA, NA | Sherman Acquisition L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Chase Bank USA, NA
PO Box 15145
Wilmington, DE 19850-5145

Court Claim # (if known):  4
Amount of Claim:  $7650.67
Date Claim Filed:  06/29/2005

Sherman Acquisition L.P.
P. O. Box 10587
Greenville, SC. 29603-0587

Phone:  800-238-3267
Last Four Digits of Acct #:  0349

Phone:  1-864-235-7336
Last Four Digits of Acct. #:  0349

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Laura Beckmann   Date:  4/22/2008
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.