210B
10/06

## United States Bankruptcy Court
### District of Massachusetts

**Paulo Cabral**
435 Lafayette St.
Salem, MA 01970
xxx–xx–4393
*No Known Aliases*

Case number: 05–11663
Chapter: 7
Judge Joan N. Feeney

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TO THE PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that an assignment of Court Claim No. **#4** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a *Transfer of Claim Other than for Security* in the clerk's office of this court on **4/22/08 .**

*Transferee*
**Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850**

*Transferor*
**Sherman Acquisition LP., its successors and assign
P.O. Box 10587
Greenville, SC 29603–0587**

– DEADLINE TO OBJECT TO TRANSFER –

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 4/24/08

By the Court,

Pamela Nener
Deputy Clerk
617–565–5917

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0101-1           User: pkn                  Page 1 of 1              Date Rcvd: Apr 24, 2008
Case: 05-11663                 Form ID: trcl210b          Total Served: 10

The following entities were served by first class mail on Apr 26, 2008.
db           +Paulo Cabral,    435 Lafayette St.,    Salem, MA 01970-5337
aty          +Andrew C. Schultz,    10 Ames Road,    Marblehead, MA 01945-2702
aty          +D. Ethan Jeffery,    Hanify & King PC,    One Beacon Street,    Boston, MA 02108-3131
aty          +Harold B. Murphy,    Hanify & King, P. C.,    One Beacon Street,    21st Floor,
               Boston, MA 02108-3107
aty          +Jeffrey M. Frankel,    Law Office of Jeffrey M. Frankel,    258 Elm Street, Suite 200,
               Somerville, MA 02144-2941
aty          +John S. McNicholas,    Ablitt & Charlton,    92 Montvale Avenue, Suite 2950,
               Stoneham, MA 02180-3651
aty          +Nina Ching,    Special Assistant,    United States Attorney,    10 Causeway St., Room 401,
               Boston, MA 02222-1047
tr           +Harold B. Murphy,    Hanify & King, P.C.,    One Beacon Street,    Boston, MA 02108-3131
15527772     +Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145

The following entities were served by electronic transmission on Apr 25, 2008.
15618189      E-mail/Text: resurgentbknotifications@resurgent.com
               Sherman Acquisition LP., its successors and assign,    P.O. Box 10587,
               Greenville, SC 29603-0587
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Countrywide Home Loans, Inc.
cr            United States of America - IRS
                                                                                            TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 26, 2008            Signature: _/s/ Joseph Speetjens_