# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Eastern Division)

| | |
|---|---|
| **In re:**<br><br>**PAULO CABRAL,**<br><br>                    **Debtor.** | Chapter 7<br><br>Case No.  05-11663 (JNF) |
| **HAROLD B. MURPHY, Chapter 7 Trustee,**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**PEDRO L. CAMARGO, JOSE M.V. ALMEIDA, MANUEL DESOUSA, MARCELO RIBEIRO, MARIO RODRIGUES, MARCELO SANTO, JOSUEL SANTOS, SOSTENES SOUZE, BANK OF AMERICA, N.A. (as successor to Fleet National Bank), and JOHN DOES 1-25,**<br><br>                    **Defendants.** | Adversary Proceeding<br>No. 07-01065 (JNF) |

## CERTIFICATE OF SERVICE

I, Christian J. Urbano, hereby certify that on February 25, 2010, I caused a copy of the (a) *Motion to Approve Settlement Stipulation by and between Harold B. Murphy, As Chapter 7 Trustee and Sostenes Souza Regarding Complaint to Avoid and Recover Avoidable Transfers* and the (b) *Settlement Stipulation by and between Harold B. Murphy, As Chapter 7 Trustee and Sostenes Souza Regarding Complaint to Avoid and Recover Avoidable Transfers* to be served by this Court's CM/ECF System and/or by first-class mail, postage prepaid, on the persons and

entities listed on the attached service list.

Dated: February 25, 2010

/s/ Christian J. Urbano
Christian J. Urbano
HANIFY & KING
Professional Corporation
One Beacon Street
Boston, MA  02108
Tel:    (617) 423-0400
Email: cju@hanify.com

(*Counsel to the Plaintiff*)

## Service List

John Fitzgerald, Esq.
Assistant United States Trustee
Office of the United States Trustee
10 Causeway Street
Boston, MA  02222

Jeffrey M. Frankel, Esq.
Law Offices of Jeffrey M. Frankel
258 Elm Street, Ste. 200
Somerville, MA  02144
(Local Counsel to Countrywide Home Loans, Inc.)

Mario J. Rodrigues
46 Bennett Hill Road
Rowley, MA  01969

Sostenes Souza
110 Central Avenue
Malden, MA  02148-3470

Chase Bank USA, N.A.
Attn:  Kelli Milton, Chase Card Services
P.O. Box 15145
Wilmington, DE  19850-5145

Internal Revenue Service
Attn:  Sid Gordon
JFK P.O. Box 9112
Insolvency Group 3
Stop 20800
Boston, MA  02203

Household Financial Corporation, by
eCAST Settlement Corporation, as its agent
P.O. Box 35480
Newark, NJ  07193-5480

Charles Vacca, Esq.
Portnoy & Greene, P.C.
687 Highland Ave.
Needham, MA  02494
*(Counsel to Bank of America, N.A.)*

John S. McNicholas, Esq.
Shapiro & Kreisman
490 Boston Post Road
Sudbury, MA  01776
(Counsel to Countrywide Home Loans, Inc.)

Jose M.V. Almeida
82 Woodburn Drive
Methuen, MA  01844-2829

Marcelo Ribeiro
c/o S&S Real Estate
110 Central Avenue
Malden, MA  02148-3470

Countrywide Home Loans, Inc.
7105 Corporate Drive
Plano, TX 75024
Mail-Stop PTX-B-209

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114

Sherman Acquisition L.P.
c/o Resurgent Capital Service
Attn:  Joyce Montjoy, Recovery Manager
P.O. Box 10587
Greenville, SC  29603-0587