210B
10/06

# United States Bankruptcy Court
### District of Massachusetts

**Paulo Cabral**
435 Lafayette St.
Salem, MA 01970
xxx–xx–4393
*No Known Aliases*

Case number: 05−11663
Chapter: 7
Judge Joan N. Feeney

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TO THE PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that an assignment of Court Claim No. **3** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a *Transfer of Claim Other than for Security* in the clerk's office of this court on **4/21/2010.**

*Transferee*
**eCAST Settlement Corp
POB 35480
Newark, NJ 07193−5480**

*Transferor*
**Household Finance Corporation
by eCAST Settlement Corporation
as its agent
P.O. Box 35480
Newark, NJ 07193−5480**

### − DEADLINE TO OBJECT TO TRANSFER −

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty−one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:5/28/10

By the Court,

Pamela Nener
Deputy Clerk
617−748−5323