United States Bankruptcy Court
District of Massachusetts

210B
10/06

**Paulo Cabral**
435 Lafayette St.
Salem, MA 01970
xxx−xx−4393
*No Known Aliases*

Case number: 05−11663
Chapter: 7
Judge Joan N. Feeney

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TO THE PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that an assignment of Court Claim No. **3** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a *Transfer of Claim Other than for Security* in the clerk's office of this court on **4/21/2010.**

*Transferee*
**eCAST Settlement Corp**
**POB 35480**
**Newark, NJ 07193−5480**

*Transferor*
**Household Finance Corporation**
**by eCAST Settlement Corporation**
**as its agent**
**P.O. Box 35480**
**Newark, NJ 07193−5480**

– DEADLINE TO OBJECT TO TRANSFER –

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty−one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 5/28/10

By the Court,

Pamela Nener
Deputy Clerk
617−748−5323

# CERTIFICATE OF NOTICE

```
District/off: 0101-1          User: pkn                  Page 1 of 1                  Date Rcvd: May 28, 2010
Case: 05-11663                Form ID: trcl210b          Total Noticed: 4

The following entities were noticed by first class mail on May 30, 2010.
db           +Paulo Cabral,    435 Lafayette St.,    Salem, MA 01970-5337
aty          +Andrew C. Schultz,    10 Ames Road,    Marblehead, MA 01945-2702
15603399      Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,
              P.O. Box 35480,    Newark, NJ  07193-5480
17573488      eCAST Settlement Corp,    POB 35480,    Newark, NJ  07193-5480

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 30, 2010**　　　　　　　　　　　**Signature:** _Joseph Speetjens_