UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 7** |
| **PAULO CABRAL,** ) | **Case No. 05-11663-JNF** |
| ) | |
| Debtor. ) | |

## APPLICATION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO RETAIN VERDOLINO & LOWEY, P.C., AS ACCOUNTANTS

Harold B. Murphy, the duly appointed Chapter 7 Trustee (the "Trustee") in the above-captioned Chapter 7 case, respectfully requests authority to retain Craig R. Jalbert, CIRA and the firm of Verdolino & Lowey, P.C., as his accountants (collectively "V&L"), to assist in the performance of his duties as Trustee. In further support hereof, the Trustee states as follows:

### Background

1.   On March 9, 2005 (the "Petition Date"), the Debtor commenced a bankruptcy proceeding by filing a petition for relief under Chapter 13 of the United States Bankruptcy Code ("Bankruptcy Code").

2.   On November 10, 2005 the Debtor filed a motion to convert case to a Chapter 7.

3.   On November 28, 2005 an Order was issued allowing the motion to convert case to a Chapter 7. Thereafter, a bankruptcy estate (the "Estate") was created.

4.   The Trustee was appointed interim trustee of the Estate on November 30, 2005 and has continued to serve as Trustee since that date.

5.  The Trustee hereby requests this Court's authority to retain Craig R. Jalbert, Certified Insolvency and Restructuring Advisor, and the firm of V&L as his accountants under a general retainer.

6.  In connection with the trustee' potential recovery of assets of the estate, it is necessary to retain V&L in this proceeding as the liquidation of assets may have tax implications for the Estate. Accordingly, the Trustee requests authority to retain an accountant to:

(i)  Complete necessary federal and state tax returns; and

(ii) Perform such other accounting and tax services deemed necessary by the Trustee.

7.  Craig Jalbert, CIRA, has substantial experience in proceedings under the Bankruptcy Code and is familiar with the Debtor's financial affairs. Mr. Jalbert and V&L have the varied and substantial resources necessary to advise the Trustee in the performance of his duties in this proceeding.

8.  Subject to this Court's jurisdiction with respect to professional fees, the Trustee has agreed to compensate V&L for its professional services described above at its usual hourly rates in effect at the time services are rendered, subject to adjustment with the consent of the Trustee and V&L. The Trustee has also agreed to reimburse V&L for its cash disbursements and for such expenses as V&L customarily bills to its clients. V&L will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the services described above, by category and nature of the service rendered.

## Disinterestedness of V&L

9.  Craig R. Jalbert has filed an affidavit in connection with this application, including a statement pursuant to Section 329(a) of the Bankruptcy Code.

10. As set forth in greater detail in the attached Affidavit, V&L has no involvement with the Trustee, the Debtor, professionals employed in the Debtor's case, creditors, or other interested parties to the Debtor, except as provided in the Affidavit.

11. To the best of the Trustee's knowledge, V&L has not represented, nor does now represent, any interest adverse to the Trustee with respect to the matters on which V&L is to be retained, and V&L and its principals and employees are otherwise disinterested persons with respect to the Trustee and the Debtor as that term is defined in the Bankruptcy Code, except as may be provided in the affidavit of Mr. Jalbert.

**WHEREFORE,** the Trustee respectfully requests that this Court enter an Order:

(i) Authorizing him to retain Craig R. Jalbert and the firm of Verdolino & Lowey, P.C. as his accountants

(ii) Granting such other relief as is just and proper.

HAROLD B. MURPHY,
CHAPTER 7 TRUSTEE

By his counsel,

/s/ Kathleen R. Cruickshank
Kathleen R. Cruickshank (BBO# 550675)
HANIFY & KING
Professional Corporation
One Beacon Street
Boston, MA  02110
Telephone: (617) 423-0400
Email: *krc@hanify.com*

Dated:  September 17, 2010
*575430*

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| Paulo Cabral, ) | Chapter 7 |
| ) | Case No. 05-11663-JNF |
| Debtor. ) | |
| ) | |

SIGNED STATEMENT OF CRAIG R. JALBERT, CIRA
IN SUPPORT OF APPLICATION FOR EMPLOYMENT PURSUANT
TO BANKRUPTCY RULE 2014(a) AND LOCAL RULE 2014-1

I, Craig R. Jalbert, being duly sworn, do hereby depose and state as follows:

1. I am a Certified Insolvency and Restructuring Advisor and a principal of the accounting firm of Verdolino & Lowey, P.C. (the "Firm"), whose office is located at 124 Washington Street, Foxborough, Massachusetts. I am generally familiar with the business of the Firm and have made inquiry concerning the facts set forth herein prior to making this Affidavit.

2. I hereby represent that neither I nor any member of my Firm holds or represents any interest adverse to the estates of the above-named Debtor.

3. My and my Firm's connection with the Debtor, any Creditor, or other party of interest, their respective attorneys and accountants are as follows:

(a) My Firm represents Harold B. Murphy, Esq. ("Murphy"),
    the Chapter 7 Trustee in this case, in his capacity as

Chapter 7 and 11 Trustee in many wholly unrelated matters, including, but not limited to: William D. Kwiatek (Case No. 07-11753-WCH); Maureen H. Remington (Case No. 07-15220-JNF); Barbara F. Carter (Case No. 07-10952-RS); Kyle F. Russell (Case No. 07-13260-JBR); John R. and Neeru Peterson (Case No. 08-10435-WCH); Lexington Jewelers Exchange, Inc. dba Alpha Omega Jewelers (Case No. 08-10042-WCH); Kenneth F. and Linda G. McCarthy (Case No. 08-11474-WCH); Paul F. McNealy (Case No 08-15250-JNF); Steven E. and Tali Bloom (Case No. 05-18123-JNF); Christopher J. Brown, Inc. (Case No. 05-18123-JNF); Lama Gas, Inc. (Case No. 08-17419-JNF); Maria Psiakis (Case No. 08-16719-FJB); Darren J. Glassman (Case No. 08-17795-FJB); Mohabir Balgobin (Case No. 08-19288-FJB); Ralph and Linda Herrick (Case No. 08-18883-JNF); Mary Ellen Torraco (Case No. 09-10239-WCH); Suburban Paving and Sealcoating, Inc. (Case No. 09-17110-JNF); San-Pen Corporation (Case No. 09-12201-JNF); Dana M. Tower and Tiffany L. Brack (Case No. 07-17572-JNF); Brown Glass & Aluminum, Inc. (Case No. 98-15174-WCH); Eustance A. Patterson (Case No. 07-17166-WCH); Christopher M. Lyons and Patricia Tracy-Lyons (Case No. 09-14752-FJB); Barry A. Grossman (Case No. 09-16102-WCH); Edward C. Jarvis (Case No. 07-14314-WCH); Anthony Centrella (Case No. 09-22303-FJB); Mark Harris Parets

(Case No. 09-17488-FJB); Farhalla M. Mashali (Case No. 08-19606-JNF); Anesthetics of Lowell, P.C. (Case No. 09-15780-JNF); Anesthetics of Lawrence, P.C. (Case No. 09-15779-JNF); Anesthetics of Brockton, P.C. (Case No. 09-15776-JNF); Anesthetics of Worcester, P.C. (Case No. 08-19748-JNF); Carol Ann Yahoub (Case No. 09-19850-JNF); Lionel and Blance I. Flores-Avila (Case No. 09-13458-JNF; Catherine C. Dionne (Case No. 09-11162-JNF); and various Creditors Trusts where Murphy is the Trustee and the Firm is Trustee's Accountant.

(b) Murphy is a shareholder/employee of Hanify & King, P.C. ("Hanify"). Murphy and Hanify represent various parties of interest in many wholly unrelated bankruptcy cases in which the Firm and its employees are employed, including, but not limited to: divine, Inc. (Case No. 03-11472-JNF) where Hanify represents a Creditor and the Firm is the Debtor's Tax Preparer; Lapointe Hudson Broach Corporation (Case No. 03-45951-HJB) where Hanify represented the Official Committee of Unsecured Creditors and the Firm was the Committee's Accountant and my partner, Keith D. Lowey, is the post confirmation liquidating supervisor and Hanify is his counsel; Gitto Global Corporation (Case No. 04-45386-JBR) where Hanify represented the Debtor and the Firm was the Forensic Accountant to the Examiner and is the Chapter 7

Trustee's Accountant; Robotic Vision Systems, Inc. and Auto Image ID, Inc. (Case No. 04-14151-JMD-NH) where Hanify represents a Creditor and the Firm is the Trustee's Accountant; Foss Manufacturing Company, Inc. (Case No. 05-13724-JMD) where Hanify is Counsel to the Trustee and the Firm is the Trustee's Accountant; Payton Construction Corporation (Case No. 07-11522-RS) where Hanify was Counsel to the Committee of Unsecured Creditors and the Firm was the Committee's Accountant and Financial Advisor and I am the post-confirmation Liquidating Trustee and Hanify is his Counsel; Hub Technologies, Inc. (Case No. 07-17138-RS) where Hanify represents a Creditor and the Firm is the case Examiner; Dean C. and Vilma W. Putnam (Case No. 07-16945-WCH) where Hanify is Counsel to the Trustee and the Firm is the Trustee's Accountant; Joseph P. Krieger (Case No. 06-13577-JR) where Hanify represents a Creditor and the Firm is the Trustee's Accountant; John A. Komari (Case No. 06-41118-JBR) where Hanify represents a Creditor and the Firm is the Trustee's Accountant; Cynthia R. Place (Case No. 08-11263-FJB) where Hanify is counsel to the Trustee and the Firm is the Trustee's Accountant; Investment Realty Funding, Inc. (Case No. 09-12279-WCH) where Hanify is counsel to the Trustee and the Firm is the Trustee's Accountant; Mary Ann Walsh (Case No. 09-

16031-WCH) where Hanify represents the Debtor and the Firm is the Trustee's Accountant; Robert A. Reposa (Case No. 09-13702-WCH) where Hanify represents an Interested Party and the Firm is the Trustee's Accountant; John C. McBride (Case No. 09-14485-FJB) where Hanify represents the Debtor and the Firm is Debtor's Accountant; Robert N. Lupo (Case No. 09-21945-FJB) where Hanify represented the Debtor and the Firm is the Trustee's Accountant; Joan Marie and John T. Russo (Case No. 07-18074-JNF) where Hanify represents an Interested Party and the Firm is the Trustee's Accountant; Guido L. and Dorothy A. Beschi (Case No. 09-21413-WCH) where Hanify is Counsel to the Trustee and the Firm is the Trustee's Accountant; GPX International Tire Corporation (Case No. 09-20170-JNF) where Hanify represents the Debtor and the Firm is the Trustee's Accountant; and Arthur J. Workman (Case No. 09-22430-FJB) where Hanify is Counsel to the Trustee and the Firm is the Trustee's Accountant.

(c) Andrew C. Schultz, Esq. ("Schultz") represents the Debtor in this case. Schultz represents various parties of interest in other wholly unrelated bankruptcy cases where the Firm and its employees are employed. The Firm does not represent Schultz or his client in this case.

4. I hereby represent that I have agreed not to share with any persons the compensation to be paid for the accounting

services rendered in this case, except with the Firm.

5. Neither I nor my Firm has received a retainer in connection with this matter.

6. I shall amend this statement immediately upon my learning that (a) any of the within representations are incorrect or (b) there is any change of circumstance relating thereto.

7. I have reviewed the provisions of Rule MLBR 2016(a)(1) of the Local Rules of Bankruptcy Procedure for this District.

8. Not withstanding the foregoing, I hereby represent that I and each member of my Firm are "disinterested persons" as that term is defined in 11 U.S.C. Sec. 101(14).

Signed under the pains and penalties of perjury this 15th day September 2010.

_____
Craig R. Jalbert, CIRA
Verdolino & Lowey, P.C.
124 Washington Street
Foxboro, MA 02035
(508) 543-1720

# VERDOLINO & LOWEY, P.C.

## Certified Public Accountants

## Professional Rates (Hourly)

| | |
|---|---|
| Principals | $390.00 |
| Managers | $245.00 - $340.00 |
| Staff | $125.00 - $295.00 |
| Bookkeepers | $110.00 - $165.00 |
| Clerical | $80.00 |

On September 1st of each year, the Firm reviews and adjusts the hourly rates of all employees. These rates will be in effect until August 31, 2011.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>PAULO CABRAL,<br><br>        Debtor. | )<br>)<br>)   **Chapter 7**<br>)   **Case No. 05-11663-JNF**<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I, Kathleen R. Cruickshank, hereby certify that on September 17, 2010, I caused a copy of the (1) *Application of Chapter 7 Trustee for Authority to Retain Verdolino & Lowey, P.C., as Accountants*, (2) *Affidavit of Craig R. Jalbert in Support of Application of Chapter 7 Trustee for Authority to Retain Verdolino & Lowey, P.C., as Accountants*; and (3) *Declaration of Electronic Filing* to be served via this Court's ECF system, electronic mail or first class mail, postage prepaid to the parties on the attached service list.

                                                    /s/ Kathleen R. Cruickshank
                                                    Kathleen R. Cruickshank (BBO #550675)
                                                    HANIFY & KING
                                                    Professional Corporation
                                                    One Beacon Street
                                                    Boston, MA 02108
                                                    Tel: (617) 423-0400
                                                    Email: *krc@hanify.com*

DATED: September 17, 2010
575430

**BY ECF:**

- Paul W. Carey    pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
- Nina Ching    Nina.P.Ching@IRSCounsel.Treas.Gov, bankruptcy.boston@irscounsel.treas.gov
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Jeffrey M. Frankel    jmfbky@yahoo.com
- John S. McNicholas    jmcnicholas@kordeassoc.com
- Andrew C. Schultz    acschultz@comcast.net

**BY U.S. MAIL:**

Charles M Vacca
Portnoy and Greene , P.C.
687 Highland Ave.
Needham, MA 02494