UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 7 |
| PAULO CABRAL, | ) Case No. 05-11663-JNF |
| | ) |
| Debtor. | ) |
| | ) |

**APPLICATION OF CHAPTER 7 TRUSTEE FOR AUTHORITY
TO RETAIN VERDOLINO & LOWEY, P.C., AS ACCOUNTANTS**

Harold B. Murphy, the duly appointed Chapter 7 Trustee (the "Trustee") in the above-captioned Chapter 7 case, respectfully requests authority to retain Craig R. Jalbert, CIRA and the firm of Verdolino & Lowey, P.C., as his accountants (collectively "V&L"), to assist in the performance of his duties as Trustee. In further support hereof, the Trustee states as follows:

**Background**

1. On March 9, 2005 (the "Petition Date"), the Debtor commenced a bankruptcy proceeding by filing a petition for relief under Chapter 13 of the United States Bankruptcy Code ("Bankruptcy Code").

2. On November 10, 2005 the Debtor filed a motion to convert case to a Chapter 7.

3. On November 28, 2005 an Order was issued allowing the motion to convert case to a Chapter 7. Thereafter, a bankruptcy estate (the "Estate") was created.

4. The Trustee was appointed interim trustee of the Estate on November 30, 2005 and has continued to serve as Trustee since that date.

09/17/2010 Application granted. [signature: Joan N. Feeney]

5. The Trustee hereby requests this Court's authority to retain Craig R. Jalbert, Certified Insolvency and Restructuring Advisor, and the firm of V&L as his accountants under a general retainer.

6. In connection with the trustee' potential recovery of assets of the estate, it is necessary to retain V&L in this proceeding as the liquidation of assets may have tax implications for the Estate. Accordingly, the Trustee requests authority to retain an accountant to:

 (i) Complete necessary federal and state tax returns; and

 (ii) Perform such other accounting and tax services deemed necessary by the Trustee.

7. Craig Jalbert, CIRA, has substantial experience in proceedings under the Bankruptcy Code and is familiar with the Debtor's financial affairs. Mr. Jalbert and V&L have the varied and substantial resources necessary to advise the Trustee in the performance of his duties in this proceeding.

8. Subject to this Court's jurisdiction with respect to professional fees, the Trustee has agreed to compensate V&L for its professional services described above at its usual hourly rates in effect at the time services are rendered, subject to adjustment with the consent of the Trustee and V&L. The Trustee has also agreed to reimburse V&L for its cash disbursements and for such expenses as V&L customarily bills to its clients. V&L will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the services described above, by category and nature of the service rendered.

### Disinterestedness of V&L

9. Craig R. Jalbert has filed an affidavit in connection with this application, including a statement pursuant to Section 329(a) of the Bankruptcy Code.

10. As set forth in greater detail in the attached Affidavit, V&L has no involvement with the Trustee, the Debtor, professionals employed in the Debtor's case, creditors, or other interested parties to the Debtor, except as provided in the Affidavit.

11. To the best of the Trustee's knowledge, V&L has not represented, nor does now represent, any interest adverse to the Trustee with respect to the matters on which V&L is to be retained, and V&L and its principals and employees are otherwise disinterested persons with respect to the Trustee and the Debtor as that term is defined in the Bankruptcy Code, except as may be provided in the affidavit of Mr. Jalbert.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an Order:

(i) Authorizing him to retain Craig R. Jalbert and the firm of Verdolino & Lowey, P.C. as his accountants

(ii) Granting such other relief as is just and proper.

HAROLD B. MURPHY,
CHAPTER 7 TRUSTEE

By his counsel,

/s/ Kathleen R. Cruickshank
Kathleen R. Cruickshank (BBO# 550675)
HANIFY & KING
Professional Corporation
One Beacon Street
Boston, MA 02110
Telephone: (617) 423-0400
Email: krc@hanify.com

Dated: September 17, 2010
575430

# CERTIFICATE OF NOTICE

```
District/off: 0101-1          User: dk                  Page 1 of 1                  Date Rcvd: Sep 20, 2010
Case: 05-11663                Form ID: pdf012           Total Noticed: 9

The following entities were noticed by first class mail on Sep 22, 2010.
db           +Paulo Cabral,    435 Lafayette St.,    Salem, MA 01970-5337
aty          +Andrew C. Schultz,    10 Ames Road,    Marblehead, MA 01945-2702
aty          +Christian J. Urbano,    Hanify & King, P.C.,    One Beacon Street,    21st Floor,
               Boston, MA 02108-3131
aty          +Donald Ethan Jeffery,    Hanify & King, Professional Corporation,    One Beacon Street,
               Boston, MA 02108-3131
aty          +Harold B. Murphy,    Hanify & King, P. C.,    One Beacon Street,    21st Floor,
               Boston, MA 02108-3131
aty          +Kathleen R. Cruickshank,    Hanify & King P.C.,    One Beacon Street,    Boston, MA 02108-3131
tr           +Harold B. Murphy,    Hanify & King, P.C.,    One Beacon Street,    Boston, MA 02108-3131
ust          +John Fitzgerald,    Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3934
acc          +Craig Jalbert,    Verdolino & Lowey, P.C.,    124 Washington Street,    Foxboro, MA 02035-1368

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2010**               **Signature:** _Joseph Speetjens_