### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 7** |
| **PAULO CABRAL,** | ) | |
| | ) | **Case No.  05-11663-JNF** |
| Debtor. | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to MLBR 2091-1, Christian J. Urbano, Esq. hereby withdraws his appearance as counsel to Harold B. Murphy, Chapter 7 Trustee in the above-captioned matter.

Respectfully submitted,

/s/ Christian J. Urbano_____
Christian J. Urbano (BBO #644471)

Dated: October 29, 2010
579664-v1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| ) | |
| In re:                                    ) | |
| ) | **Chapter 7** |
| **PAULO CABRAL,**              ) | |
| ) | **Case No.  05-11663-JNF** |
| Debtor.              ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Christian J. Urbano, hereby certify that on October 29, 2010, I caused a copy of the attached *Notice of Withdrawal of Appearance* to be served by this Court's CM/ECF System and/or by first-class mail, postage prepaid, on the persons and entities listed on the attached service list.

/s/ Christian J. Urbano
Christian J. Urbano (BBO #644471)

Dated:  October 29, 2010

Paulo Cabral
Service List

## VIA ECF

- Paul W. Carey    pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
- Nina Ching    Nina.P.Ching@IRSCounsel.Treas.Gov, bankruptcy.boston@irscounsel.treas.gov
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Jeffrey M. Frankel    jmfbky@yahoo.com
- John S. McNicholas    jmcnicholas@kordeassoc.com
- Andrew C. Schultz    acschultz@comcast.net

## VIA FIRST CLASS MAIL

BNA America
PO Box 15137
Wilmington, DE 19886

COUNTRYWIDE HOME LOANS INC.
4500 PARK GRANDA
CALABASAS, CA 91301-0266

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850

Citizen's Bank
PO Box M
Providence, RI 02901

Countrywide Home Loans, Inc.
4500 Park Granda
Calabasas, CA 91301-0266

Household Finance Co.
PO Box 17574
Baltimore, MD 21297

Home Depot Credit Services
Possessing Center
Des Moines, IA 50364

Internal Revenue Service
Attn: Judith Giardina
1 Montvale Avenue
Stoneham, MA 02143

Household Finance Corporation
by eCAST Settlement Corporation
as its agent
P.O. Box 35480
Newark, NJ 07193-5480

Massachusetts Dept. of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA  02114-9564

Internal Revenue Service
Special Procedures Stop 20800
PO Box 9112
JFK Building
Boston, MA 02203

Shapiro & Kreisman
490 Boston Post Road
Sudbury, MA 01776

Paulo Cabral
435 Lafayette Street
Salem, MA 01970

Charles M. Vacca, Esq.
Portnoy and Greene , P.C.
687 Highland Ave.
Needham, MA 02494

Nina Ching
Special Assistant
United States Attorney
10 Causeway St., Room 401
Boston, MA 02222-1061
*(United States of America – IRS)*

Sherman Acquisition LP., its successors
P.O. Box 10587
Greenville, SC 29603-0587

Sostenes Souza
110 Central Avenue
Malden, MA 02148-3470

Craig Jalbert
Verdolino & Lowey, P.C.
124 Washington Street
Foxboro, MA 02035