## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Eastern Division)

| | |
|---|---|
| In re:<br><br>**PAULO CABRAL,**<br><br>　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 05-11663 (JNF) |

### CERTIFICATE OF SERVICE – NOTICE OF NONEVIDENTIARY HEARING

I, Kathleen R. Cruickshank, hereby certify that I caused a copy of the attached *Notice of Nonevidentiary Hearing* to be served by this Court's CM/ECF System, electronic mail and/or first-class mail, postage prepaid, on the persons and entities listed on the attached service list.

　　　　　　　　　　　　　　　　　　　　　　/s/ Kathleen R. Cruickshank
　　　　　　　　　　　　　　　　　　　　　　Kathleen R. Cruickshank (BBO 550675)
　　　　　　　　　　　　　　　　　　　　　　MURPHY & KING, Professional Corporation
　　　　　　　　　　　　　　　　　　　　　　One Beacon Street
　　　　　　　　　　　　　　　　　　　　　　Boston, MA  02108
　　　　　　　　　　　　　　　　　　　　　　Tel: (617) 423-0400
Dated: July 31, 2012　　　　　　　　　　　　Email: krc@murphyking.com
631162

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In Re:  Paulo Cabral
        Debtor,

Chapter: 7
Case No: 05-11663
Judge Joan N. Feeney

## NOTICE OF NONEVIDENTIARY HEARING

PLEASE TAKE NOTICE that a hearing will be held on **9/19/12 at 10:00 AM** before the Honorable Judge Joan N. Feeney 12th Floor, Courtroom 1, J.W. McCormack Post Office & Court House, 5 Post Office Square, Boston, MA 02109-3945 to consider the following:

   [156] Objection to Claim 1,2 of Claimant (1) Countrywide Home Loans, Inc. and (2) Internal Revenue Service filed by Trustee Harold B. Murphy

OBJECTION/RESPONSE DEADLINE: **AUGUST 31, 2012 4:30 PM**
(If left blank, response deadline shall be governed by the Local Rules.)

THE MOVING PARTY IS RESPONSIBLE FOR:

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice (7) days after the date of issuance set forth below. If the hearing date is less than (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

NOTICE TO ALL PARTIES SERVED:

1. <u>**Your rights may be affected.**</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION**. (See MLBR 5071-1)

3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule a further evidentiary hearing. <u>If this is a hearing under section 362</u>, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court sets down an evidentiary hearing.

4. Deadlines to file an objection or response shall be governed by the Local Rules, unless otherwise ordered by the Court. If no objection is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. [See MLBR 9013-1(f)].

Date: 7/30/12

By the Court,

<u>Peggy Defren</u>
Deputy Clerk
617-748-5352

**PAULO CABRAL**
**SERVICE LIST**

### VIA FIRST CLASS MAIL on July 31, 2012:

Countrywide Home Loans Inc.
4500 Park Granda
Calabasas, CA 91301-0266

Charles M. Vacca, Esq.
Portnoy and Greene, P.C.
687 Highland Ave.
Needham, MA 02494

Internal Revenue Service
Special Procedures Stop 20800
PO Box 9112 - JFK Building
Boston, MA 02203

Internal Revenue Service
Attn: Judith Giardina
1 Montvale Avenue
Stoneham, MA 02143

### VIA CM/ECF on July 30, 2012:

- Paul W. Carey    pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com

- Nina Ching    Nina.P.Ching@IRSCounsel.Treas.Gov, bankruptcy.boston@irscounsel.treas.gov

- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV

- Jeffrey M. Frankel    jmfbky@yahoo.com

- John S. McNicholas    jmcnicholas@kordeassoc.com

- Andrew C. Schultz    acschultz@comcast.net