United States Bankruptcy Court
District of Massachusetts

In re:  
Paulo Cabral  
    Debtor

Case No. 05-11663-jnf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: peggy     Page 1 of 2     Date Rcvd: Jul 30, 2012  
                        Form ID: hrg     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2012.  
aty        +Kathleen R. Cruickshank,    Murphy & King P.C.,    One Beacon Street,    Boston, MA 02108-3107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2012**                    **Signature:**     /s/ Joseph Speetjens

```
District/off: 0101-1          User: peggy                 Page 2 of 2                   Date Rcvd: Jul 30, 2012
                              Form ID: hrg                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2012 at the address(es) listed below:

        Andrew C. Schultz    on behalf of Debtor Paulo Cabral acschultz@comcast.net
        Christian J. Urbano    on behalf of Plaintiff Harold Murphy maddenurbano@verizon.net, ddk@hanify.com
        Donald Ethan Jeffery    on behalf of Trustee Harold Murphy dej@murphyking.com, pas@murphyking.com
        Harold B. Murphy    on behalf of Trustee Harold Murphy bankruptcy@murphyking.com, ddk@murphyking.com
        Harold B. Murphy    mxc@hanify.com, ma33@ecfcbis.com
        Jeffrey M. Frankel    on behalf of Creditor   Countrywide Home Loans, Inc. jmfbky@yahoo.com
        John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
        John S. McNicholas    on behalf of Creditor   Countrywide Home Loans, Inc. jmcnicholas@kordeassoc.com
        Kathleen R. Cruickshank    on behalf of Plaintiff Harold Murphy bankruptcy@murphyking.com, krc@murphyking.com
        Nina Ching    on behalf of Creditor   United States of America - IRS Nina.P.Ching@IRSCounsel.Treas.Gov, bankruptcy.boston@irscounsel.treas.gov
        Paul W. Carey    on behalf of Defendant   Bank of America, N.A. (as successor to Fleet National Bank) pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com

        TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Paulo Cabral<br>         Debtor, | Chapter: 7<br>Case No: 05−11663<br>Judge Joan N. Feeney |

NOTICE OF NONEVIDENTIARY HEARING

PLEASE TAKE NOTICE that a hearing will be held on **9/19/12 at 10:00 AM** before the Honorable Judge Joan N. Feeney 12th Floor, Courtroom 1, J.W. McCormack Post Office & Court House, 5 Post Office Square, Boston, MA 02109−3945 to consider the following:

   [156] Objection to Claim 1,2 of Claimant (1) Countrywide Home Loans, Inc. and (2)
   Internal Revenue Service filed by Trustee Harold B. Murphy

OBJECTION/RESPONSE DEADLINE: **AUGUST 31, 2012 4:30 PM**
(If left blank, response deadline shall be governed by the Local Rules.)

THE MOVING PARTY IS RESPONSIBLE FOR:

  1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

  2. Filing a certificate of service with respect to this notice (7) days after the date of issuance set forth below. If the hearing date is less than (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

NOTICE TO ALL PARTIES SERVED:

  1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

  2. Any request for a continuance **MUST** be made by **WRITTEN MOTION**. (See MLBR 5071−1)

  3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule a further evidentiary hearing. If this is a hearing under section 362, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court sets down an evidentiary hearing.

  4. Deadlines to file an objection or response shall be governed by the Local Rules, unless otherwise ordered by the Court. If no objection is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. [See MLBR 9013−1(f)].

Date:7/30/12                                                                            By the Court,

                                                                                        Peggy Defren
                                                                                        Deputy Clerk
                                                                                        617−748−5352