# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: | ) |
| | ) |
| | ) Bankruptcy No. 05-11663-JNF |
| Paulo Cabral | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |

### UNITED STATES OF AMERICA'S RESPONSE TO THE
### OBJECTION TO THE PROOF OF CLAIM
### OF THE INTERNAL REVENUE SERVICE

COMES NOW the United States of America, on behalf of its agency, the Internal Revenue Service (the "Service"), and opposes the objection to its Proof of Claim. IN SUPPORT THEREOF, the United States of America responds as follows:

1. Admits, except denies that the petition was filed under Chapter 7 of the United States Bankruptcy Code ("Bankruptcy Code"); alleges petition was filed under Chapter 13 of the Bankruptcy Code and converted on November 28, 2005.

2. Admits.

3. No response is necessary.

4. No response is necessary.

5. No response is necessary.

6. Admits.

7. First paragraph:

First sentence: admits trustee recovered funds as a result of a suit to avoid a fraudulent transfer (the "Transfer"); denies remainder.

Second sentence: denies the existence of a fraudulent transfer for lack of knowledge.

Third sentence: denies; alleges the funds in question recovered by the Trustee may partially consist of an account receivable identified on the debtor's amended Schedule B filed with the Court on December 19, 2005, to which the Service assessment liens under 26 U.S.C. § 6321 would have attached on June 16, 2003 for the 2000 tax year and on July 7, 2003 for the 1999 tax year. The Service filed notices of federal tax lien for

the 1999 and 2000 tax years with the U.S. District Court for the District of Massachusetts on March 11, 2004.

Fourth sentence: admits; alleges the "Liened Property" includes the alleged fraudulently transferred funds recovered by the Trustee.

Fifth sentence: admits; alleges the "Liened Property" includes the alleged fraudulently transferred funds recovered by the Trustee.

Second paragraph ["RECOMMENDATION"]:

First and second sentences: although no response to this prayer for relief is required, the Service requests that the prayer be denied.

8. Admits.

9. Admits.

IN FURTHER SUPPORT, the Unites States of America alleges the following:

1. On the debtor's amended Schedule B filed with the Court on December 19, 2005, the debtor identifies, as personal property, an account receivable in the amount of $150,000. The account receivable is further described as "Loan made to Pedro Camardo, 591 Lynn St., Malden, Mass. 02148. Loan made pre-petition."

2. In the complaint to avoid and recover avoidable transfers, the Trustee alleges that there occurred a fraudulent transfer in the amount of $133,000 between the debtor and Pedro L. Camargo on December 9, 2002. The service address for Pedo L. Camargo is identified as 591 Lynn St., Malden, MA 02148.

3. It appears that Pedro Camardo and Pedro Camargo may be the same person, and that the alleged fraudulent transfer was a loan from debtor to Pedro Camardo/Camargo.

4. Pedro L. Camardo did not file an answer to the Trustee's complaint to avoid transfers and a default judgment was entered against him on May 22, 2007. Accordingly, the issue of whether a fraudulent transfer occurred between Mr. Camardo and the debtor was not decided on the merits. To that end, it respectfully noted that the debtor may not have been rendered insolvent by the transfer. According to the debtor's amended schedules filed on December 19, 2005, he was not insolvent on the day his Chapter 13 petition was filed. Also, the Trustee did not establish in the adversary case (No. 07-1065) that the transfer was made without adequate consideration.

5. To the extent that the funds in dispute constitute a loan or account receivable, the Service's liens would attach thereto as of the relevant assessment dates.

WHEREFORE the United States respectfully requests that the objection of the debtor to its claim be denied, and that its claim be determined to be valid, proper in amount, and entitled to the status stated in the claim.

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorneys,
        CARMEN M. ORTIZ
        United States Attorney

Date: August 30, 2012    By: /s/ Patrick Gallagher
        PATRICK F. GALLAGHER
        (BBO 654563)
        Special Assistant
        United States Attorney
        10 Causeway Street, Room 401
        Boston, MA  02222-1061
        Tel. No. (617) 565-7880
        Fax No. (617) 565-7894
        patrick.f.gallagher@irscounsel.treas.gov

## CERTIFICATE OF SERVICE

      I, Patrick F. Gallagher, Special Assistant United States Attorney, hereby state that the within UNITED STATES OF AMERICA'S RESPONSE TO THE OBJECTION TO THE PROOF OF CLAIM OF THE INTERNAL REVENUE SERVICE will be electronically sent to the parties who are currently on the list to receive e-mail notices for this case. and to the following by first-class mail.

        Verdolino & Lowey, P.C.
        124 Washington Street
        Foxboro, MA 02035

        Charles M. Vacca
        Charles M.Vacca, Jr.
        687 Highland Avenue
        Needham, MA 02494

Date:  August 30, 2012                By: /s/ Patrick F. Gallagher
                                          PATRICK F. GALLAGHER
                                          Special Assistant
                                          United States Attorney