United States Bankruptcy Court
District of Massachusetts

In re:                                                                                   Case No. 05-11663-jnf
Paulo Cabral                                                                             Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1          User: mnd                Page 1 of 2              Date Rcvd: Aug 28, 2012
                              Form ID: hrg             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2012.
```
db         +Paulo Cabral,    435 Lafayette St.,     Salem, MA 01970-5337
aty        +Andrew C. Schultz,    10 Ames Road,     Marblehead, MA 01945-2702
aty        +Donald Ethan Jeffery,    Murphy & King, Professional Corporation,   One Beacon Street,
             21st Floor,    Boston, MA 02108-3196
aty        +Harold B. Murphy,    Murphy & King, P. C.,    One Beacon Street,   21st Floor,
             Boston, MA 02108-3196
aty        +John S. McNicholas,    Korde & Associates,    321 Billerica Road, Suite 210,
             Chelmsford, MA 01824-4100
aty        +Kathleen R. Cruickshank,    Murphy & King P.C.,    One Beacon Street,   Boston, MA 02108-3107
aty         Nina Ching,    Special Assistant,    United States Attorney,    10 Causeway St., Room 401,
             Boston, MA  02222-1061
tr          Harold B. Murphy,    Murphy & King, P.C.,   One Beacon Street,    Boston, MA  02108-3107
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust        +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Aug 29 2012 00:07:45     John Fitzgerald,
             Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
             5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3934
acc        +E-mail/Text: ebn@vlpc.com Aug 29 2012 00:07:34      Craig Jalbert,   Verdolino & Lowey, P.C.,
             124 Washington Street,    Foxboro, MA 02035-1368
                                                                                              TOTAL: 2
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Christian J. Urbano
aty         ##+Jeffrey M. Frankel,   Law Office of Jeffrey M. Frankel,    258 Elm Street, Suite 200,
             Somerville, MA 02144-2941
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 30, 2012**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0101-1          User: mnd                 Page 2 of 2                  Date Rcvd: Aug 28, 2012
                              Form ID: hrg              Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2012 at the address(es) listed below:

          Andrew C. Schultz    on behalf of Debtor Paulo Cabral acschultz@comcast.net
          Christian J. Urbano    on behalf of Plaintiff Harold Murphy maddenurbano@verizon.net,
           ddk@hanify.com
          Donald Ethan Jeffery    on behalf of Trustee Harold Murphy dej@murphyking.com,  pas@murphyking.com
          Harold B. Murphy    mxc@hanify.com, ma33@ecfcbis.com
          Harold B. Murphy    on behalf of Trustee Harold Murphy bankruptcy@murphyking.com,
           ddk@murphyking.com
          Jeffrey M. Frankel    on behalf of Creditor   Countrywide Home Loans, Inc. jmfbky@yahoo.com
          John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
          John S. McNicholas    on behalf of Creditor   Countrywide Home Loans, Inc.
           jmcnicholas@kordeassoc.com
          Kathleen R. Cruickshank    on behalf of Plaintiff Harold Murphy bankruptcy@murphyking.com,
           krc@murphyking.com
          Nina  Ching    on behalf of Creditor   United States of America - IRS
           Nina.P.Ching@IRSCounsel.Treas.Gov,   bankruptcy.boston@irscounsel.treas.gov
          Paul W. Carey    on behalf of Defendant   Bank of America, N.A. (as successor to Fleet National
           Bank) pcarey@mirickoconnell.com,   bankrupt@mirickoconnell.com

                                                                                                  TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Paulo Cabral | Chapter: 7 |
| Debtor, | Case No: 05–11663 |
| | Judge Joan N. Feeney |

## NOTICE OF RESCHEDULED NONEVIDENTIARY HEARING

PLEASE TAKE NOTICE that a hearing will be held on **9/20/12 at 10:00 AM** before the Honorable Judge Joan N. Feeney , 12th Floor, Courtroom 1, J.W. McCormack Post Office & Court House, 5 Post Office Square, Boston, MA 02109–3945 to consider the following:

   [156] Objection to Claim 1,2 of Claimant Countrywide Home Loans, Inc. and (2) Internal Revenue Service filed by Trustee Harold B. Murphy

OBJECTION/RESPONSE DEADLINE: **AUGUST 31, 2012 4:30 PM**
(If left blank, response deadline shall be governed by the Local Rules.)

THE MOVING PARTY IS RESPONSIBLE FOR:

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice (7) days after the date of issuance set forth below. If the hearing date is less than (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

NOTICE TO ALL PARTIES SERVED:

1. **<u>Your rights may be affected.</u>** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. (See MLBR 5071–1)

3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule a further evidentiary hearing. <u>If this is a hearing under section 362</u>, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court sets down an evidentiary hearing.

4. Deadlines to file an objection or response shall be governed by the Local Rules, unless otherwise ordered by the Court. If no objection is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. [See MLBR 9013–1(f)].

| | |
|---|---|
| Date:8/28/12 | By the Court, |
| | <u>Mary Donnellan</u> |
| | Deputy Clerk |
| | 617–748–5327 |