UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re:<br><br>PAULO CABRAL,<br>        Debtor. | Chapter 7<br>Case No. 05-11663-JNF |

### REPORT AND HEARING AGENDA REGARDING
### CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIMS OF (1) COUNTRYWIDE HOME LOANS, INC. AND (2) INTERNAL REVENUE SERVICE

Harold B. Murphy, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the above-captioned debtors respectfully submits this report and hearing agenda (the "Agenda") in compliance with MLBR 3007-1(e) with respect to the *Objection to Claims of (1) Countrywide Home Loans, Inc. and (2) Internal Revenue Service* (the "Objection") [Docket No. 156]. The Court fixed August 31, 2012 at 4:30 p.m. as the deadline by which creditors or other parties-in-interest must file responses to the Objection. One creditor, the Internal Revenue Service (the "IRS"), filed a response to the Objection. No other creditors have filed responses to the Objection. A hearing on the Objection is scheduled for September 20, 2012 at 10:00 a.m. (the "Hearing"). The Trustee has attached her proposed order hereto as <u>Exhibit A</u>.

  1. <u>Objections for Which No Responses Were Received</u>. The Trustee did not receive a response to the Objection from Countrywide Home Loans, Inc. ("Countrywide"). In the Objection, the Trustee had requested that the Countrywide retain its collateral but any claim asserted against the Estate shall be limited solely to that collateral unless Countrywide filed an amended proof of claim prior which establishes an unsecured deficiency claim and such amended claim is allowed. The Trustee further requested that the Court enter an order holding

that the Countrywide Claim, number one (1) on the Claims Register, be disallowed and expunged as a claim against the Estate.

Proposed Disposition: The Trustee requests that the Court sustain the Objection as it pertains to Countrywide and order that Countrywide shall retain its collateral but that the Countrywide Claim, which is number one (1) on the Claims Register, be disallowed and expunged as a claim against the Estate.

2.  Response of Internal Revenue Service. The Trustee has not reached a resolution with the IRS with respect to its response.

Proposed Disposition. In light of the Response, the Trustee requests that the Hearing go forward.

### Proposed Order

Pursuant to MLBR 3007-1, the Trustee has submitted a proposed form of Order attached hereto as Exhibit A consistent with the Trustee's proposed disposition of the Objection.

Respectfully submitted,

HAROLD B. MURPHY,
CHAPTER 7 TRUSTEE,

By his attorneys,

/s/ Kathleen R. Cruickshank
Kathleen R. Cruickshank (BBO #550675)
MURPHY & KING, Professional Corporation
One Beacon Street, 21st Floor
Boston, MA 02108
Tel:   (617) 423-0400
Fax:   (617) 423-0498
Email: krc@murphyking.com

Dated: September 19, 2012
634737

2