# Exhibit A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>PAULO CABRAL,<br>                 Debtor. | Chapter 7<br>Case No. 05-11663-JNF |

## ORDER ON CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM OF COUNTRYWIDE HOME LOANS, INC.

This matter having come before me on the Chapter 7 Trustee's objection (the "Objection") to the claim of Countrywide Home Loans, Inc. ("Countrywide"); a response deadline to the Objection having being set for August 31, 2012; no response to the Objection having been filed by Countrywide; and all parties-in-interest having been notified and due cause appearing therefore, it is hereby ordered that:

1. The Objection is sustained.

2. Countrywide shall retain its collateral but Countrywide's proof of claim, which is number one (1) on the Claims Register, shall be disallowed and expunged as a claim against the Estate.

                                                                         Honorable Joan N. Feeney
                                                                         United States Bankruptcy Judge

634739

1