UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re:<br><br>PAULO CABRAL,<br><br>　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 05-11663 (JNF) |

## CERTIFICATE OF SERVICE

I, Kathleen R. Cruickshank, hereby certify that on September 19, 2012, I caused a copy of the *Report and Hearing Agenda Regarding Chapter 7 Trustee's Objection to Claims of (1) Countrywide Home Loans, Inc. and (2) Internal Revenue Service* to be served by this Court's CM/ECF System, electronic mail and/or first-class mail, postage prepaid, on the persons and entities listed on the attached service list.

　　　　　　　　　　　　　　　　　　　　/s/ Kathleen R. Cruickshank
　　　　　　　　　　　　　　　　　　　　Kathleen R. Cruickshank (BBO 550675)
　　　　　　　　　　　　　　　　　　　　MURPHY & KING, Professional Corporation
　　　　　　　　　　　　　　　　　　　　One Beacon Street
　　　　　　　　　　　　　　　　　　　　Boston, MA  02108
　　　　　　　　　　　　　　　　　　　　Tel: (617) 423-0400
Dated: September 19, 2012　　　　　　　Email: krc@murphyking.com
634751

**PAULO CABRAL**
**SERVICE LIST**

**VIA FIRST CLASS MAIL:**

Countrywide Home Loans Inc.
4500 Park Granda
Calabasas, CA 91301-0266

Internal Revenue Service
Special Procedures Stop 20800
PO Box 9112 - JFK Building
Boston, MA 02203

Charles M. Vacca, Esq.
Portnoy and Greene, P.C.
687 Highland Ave.
Needham, MA 02494

Internal Revenue Service
Attn: Judith Giardina
1 Montvale Avenue
Stoneham, MA 02143

**VIA CM/ECF:**

- Paul W. Carey    pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
- Nina Ching    Nina.P.Ching@IRSCounsel.Treas.Gov, bankruptcy.boston@irscounsel.treas.gov
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Jeffrey M. Frankel    jmfbky@yahoo.com
- Patrick F Gallagher    patrick.f.gallagher@irscounsel.treas.gov, &Bankruptcy.Boston@irscounsel.treas.gov
- John S. McNicholas    jmcnicholas@kordeassoc.com
- Andrew C. Schultz    acschultz@comcast.net