UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In Re: )
)
) Bankruptcy No. 05-11663-JNF
Paulo Cabral ) Chapter 7
)
Debtor. )
)

UNITED STATES OF AMERICA'S SUPPLEMENTAL RESPONSE
TO THE OBJECTION TO THE PROOF OF CLAIM
OF THE INTERNAL REVENUE SERVICE

COMES NOW the United States of America, on behalf of its agency, the Internal Revenue Service (the "Service"), and supplements its response dated August 30, 2012 as follows:

1. Attached hereto as Exhibit A is a copy of the Notice of Federal Tax Lien filed by the Service on March 11, 2004 in the United States District Court Clerk's Office for the District of Massachusetts in connection with the debtor's 1999 and 2000 taxable year liabilities.

WHEREFORE the United States respectfully requests that the objection of the debtor to its claim be denied, and that its claim be determined to be valid, proper in amount, and entitled to the status stated in the claim.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,
CARMEN M. ORTIZ
United States Attorney

Date: September 20, 2012        By: /s/ Patrick Gallagher
                                PATRICK F. GALLAGHER
                                (BBO 654563)
                                Special Assistant
                                United States Attorney
                                10 Causeway Street, Room 401
                                Boston, MA 02222-1061
                                Tel. No. (617) 565-7880
                                Fax No. (617) 565-7894
                                patrick.f.gallagher@irscounsel.treas.gov

## CERTIFICATE OF SERVICE

    I, Patrick F. Gallagher, Special Assistant United States Attorney, hereby state that the within UNITED STATES OF AMERICA'S SUPPLEMENTAL RESPONSE TO THE OBJECTION TO THE PROOF OF CLAIM OF THE INTERNAL REVENUE SERVICE will be electronically sent to the parties who are currently on the list to receive e-mail notices for this case. and to the following by first-class mail.

        Verdolino & Lowey, P.C.
        124 Washington Street
        Foxboro, MA 02035

        Charles M. Vacca
        Charles M.Vacca, Jr.
        687 Highland Avenue
        Needham, MA 02494

Date: September 20, 2012        By: /s/ Patrick F. Gallagher
                                      PATRICK F. GALLAGHER
                                      Special Assistant
                                      United States Attorney

In Re Paulo Cabral
No. 05-11663-JNF
U.S.A. Supplemental Response
To The Objection To The Proof
Of Claim Of The IRS
Exhibit A

U.S. DISTRICT COURT - STATE OF MASSACHUSETTS

Request for Copies or Information

Name and Address of Debtor :

PAULO & ISABEL C CABRAL
244 BROADWAY 1
SOMERVILLE, MA 02145-3034

Name and Address of Secured Party :

Internal Revenue Service
MANHATTAN, NY

For Filing Officer Use:

09/20/2012  10:09AM
XXX-XX-4393

Documents Selected: 1 lien(s)

| NUM | IRS Serial Number | DATE and HOUR of FILING | Assessed Balance Due | UCC Number | Date Released |
|---|---|---|---|---|---|
| 1 | 161701404 | 03/11/2004-05:00PM | 157759.79 | IRS1617014 | \*\*/\*\*/\*\*\*\* |

Federal Tax Lien Research

U.S. DISTRICT COURT

```
                                              COURT RECORDING DATA
        INTERNAL REVENUE SERVICE              | Lien Recorded      : 03/11/2004 - 17:00PM
FACSIMILE FEDERAL TAX LIEN DOCUMENT           | Recording Number: 01008CAB2453076
                                              | UCC Number         : IRS161701404
                                              | Liber              :
                                              | Page               :
-------------------------------------------+-----------------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #1      |  IRS Serial Number: 161701404
Lien Unit Phone: (800) 913-6050            |
-------------------------------------------+-----------------------------------------------

            This Lien Has Been Filed in Accordance with
            Internal Revenue Regulation 301.6323(f)-1.
```

Name of Taxpayer :
PAULO & ISABEL C CABRAL

Residence :
244 BROADWAY 1
SOMERVILLE, MA 02145-3034

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1999 | XXX-XX-4393 | 07/07/2003 | 08/06/2013 | 33790.49 |
| 1040 | 12/31/2000 | XXX-XX-4393 | 06/16/2003 | 07/16/2013 | 123969.30 |

Total  $  157759.79

Filed at:  U.S. District Court
           USDC ELECTRONIC
           Boston, MA  02210

This notice was prepared and executed at MANHATTAN, NY
on this, the 10th day of March, 2004.

Authorizing Official:
MICHAEL MORRIS

Title:
REVENUE OFFICER    21-06-1268