# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Paulo Cabral            Case Number: 05-11663            Ch: 7

**MOVANT/APPLICANT/PARTIES:**

#156 Objection of Trustee Murphy to Objection to Claim 1 and 2 of Countrywide Home Loans, Inc. and IRS
#161 Response of IRS
#164 Report and Hearing Agenda

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                               Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
_156_ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. The IRS shall submit to the court a copy of the lien recorded in U.S. District Court by September 25, 2012. The Trustee shall file an affidavit setting forth his analysis of the account receivable listed on Schedule B. The Court took the matter under advisement.

IT IS SO NOTED:                                IT IS SO ORDERED:

                                               /s/ Joan N. Feeney
_____                         _____ Dated: 09/20/2012
Courtroom Deputy                               Joan N. Feeney, U.S. Bankruptcy Judge