```
                         United States Bankruptcy Court
                            District of Massachusetts
In re:                                                    Case No. 05-11663-jnf
Paulo Cabral                                              Chapter 7
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0101-1          User: slandry              Page 1 of 2              Date Rcvd: Sep 19, 2012
                              Form ID: pdf012            Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2012.
```
db           +Paulo Cabral,    435 Lafayette St.,    Salem, MA 01970-5337
aty          +Andrew C. Schultz,    10 Ames Road,    Marblehead, MA 01945-2702
15487235      COUNTRYWIDE HOME LOANS INC,    4500 PARK GRANDA,    CALABASAS, CAL. 91301-0266
15527766      Countrywide Home Loans, Inc.,    4500 Park Granda,    Calabasas, CA 91301-0266
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Christian J. Urbano
15500847      Countrywide Home Loans, Inc.
                                                                                          TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 21, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0101-1           User: slandry              Page 2 of 2                   Date Rcvd: Sep 19, 2012
                               Form ID: pdf012            Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2012 at the address(es) listed below:

        Andrew C. Schultz    on behalf of Debtor Paulo Cabral acschultz@comcast.net
        Christian J. Urbano    on behalf of Plaintiff Harold Murphy maddenurbano@verizon.net, ddk@hanify.com
        Donald Ethan Jeffery    on behalf of Trustee Harold Murphy dej@murphyking.com, pas@murphyking.com
        Harold B. Murphy    on behalf of Trustee Harold Murphy bankruptcy@murphyking.com, ddk@murphyking.com
        Harold B. Murphy    mxc@hanify.com, ma33@ecfcbis.com
        Jeffrey M. Frankel    on behalf of Creditor  Countrywide Home Loans, Inc. jmfbky@yahoo.com
        John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
        John S. McNicholas    on behalf of Creditor  Countrywide Home Loans, Inc. jmcnicholas@kordeassoc.com
        Kathleen R. Cruickshank    on behalf of Plaintiff Harold Murphy bankruptcy@murphyking.com, krc@murphyking.com
        Nina  Ching    on behalf of Creditor  United States of America - IRS Nina.P.Ching@IRSCounsel.Treas.Gov, bankruptcy.boston@irscounsel.treas.gov
        Patrick F Gallagher    on behalf of Creditor  Internal Revenue Service\IRS patrick.f.gallagher@irscounsel.treas.gov, &Bankruptcy.Boston@irscounsel.treas.gov
        Paul W. Carey    on behalf of Defendant  Bank of America, N.A. (as successor to Fleet National Bank) pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com

                                                                                                                                TOTAL: 12

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

PAULO CABRAL,

               Debtor.

Chapter 7
Case No. 05-11663-JNF

## ORDER ON CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM OF COUNTRYWIDE HOME LOANS, INC.

This matter having come before me on the Chapter 7 Trustee's objection (the "Objection") to the claim of Countrywide Home Loans, Inc. ("Countrywide"); a response deadline to the Objection having being set for August 31, 2012; no response to the Objection having been filed by Countrywide; and all parties-in-interest having been notified and due cause appearing therefore, it is hereby ordered that:

1. The Objection is sustained.

2. Countrywide shall retain its collateral but Countrywide's proof of claim, which is number one (1) on the Claims Register, shall be disallowed and expunged as a claim against the Estate.

_____  09/19/2012
Honorable Joan N. Feeney
United States Bankruptcy Judge

634739

1