United States Bankruptcy Court
District of Massachusetts

In re:                                                          Case No. 05-11663-jnf
Paulo Cabral                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1       User: slandry         Page 1 of 2              Date Rcvd: Sep 21, 2012
                           Form ID: pdf012       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2012.
db         +Paulo Cabral,    435 Lafayette St.,    Salem, MA 01970-5337
aty        +Andrew C. Schultz,    10 Ames Road,    Marblehead, MA 01945-2702
aty        +Patrick F Gallagher,    10 Causeway Street,    Room 401,   Boston, MA 02222-1047
cr        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  Internal Revenue Service/IRS,    10 Causeway Street,   Room 401,
             Boston, MA  02222,   U.S.A.)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0101-1           User: slandry              Page 2 of 2                   Date Rcvd: Sep 21, 2012
                               Form ID: pdf012            Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2012 at the address(es) listed below:

      Andrew C. Schultz    on behalf of Debtor Paulo Cabral acschultz@comcast.net
      Christian J. Urbano    on behalf of Plaintiff Harold Murphy maddenurbano@verizon.net, ddk@hanify.com
      Donald Ethan Jeffery    on behalf of Trustee Harold Murphy dej@murphyking.com, pas@murphyking.com
      Harold B. Murphy    on behalf of Trustee Harold Murphy bankruptcy@murphyking.com, ddk@murphyking.com
      Harold B. Murphy    mxc@hanify.com, ma33@ecfcbis.com
      Jeffrey M. Frankel    on behalf of Creditor  Countrywide Home Loans, Inc. jmfbky@yahoo.com
      John    Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
      John S. McNicholas    on behalf of Creditor  Countrywide Home Loans, Inc. jmcnicholas@kordeassoc.com
      Kathleen R. Cruickshank    on behalf of Plaintiff Harold Murphy bankruptcy@murphyking.com, krc@murphyking.com
      Nina    Ching    on behalf of Creditor  United States of America - IRS Nina.P.Ching@IRSCounsel.Treas.Gov, bankruptcy.boston@irscounsel.treas.gov
      Patrick F Gallagher    on behalf of Creditor  Internal Revenue Service\IRS patrick.f.gallagher@irscounsel.treas.gov, &Bankruptcy.Boston@irscounsel.treas.gov
      Paul W. Carey    on behalf of Defendant  Bank of America, N.A. (as successor to Fleet National Bank) pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com

                                                                                                TOTAL: 12

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Paulo Cabral  **Case Number:** 05-11663  **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**

#156 Objection of Trustee Murphy to Objection to Claim 1 and 2 of Countrywide Home Loans, Inc. and IRS
#161 Response of IRS
#164 Report and Hearing Agenda

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
156   DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.  The IRS shall submit to the court a copy of the lien recorded in U.S. District Court by September 25, 2012. The Trustee shall file an affidavit setting forth his analysis of the account receivable listed on Schedule B. The Court took the matter under advisement.

IT IS SO NOTED:                          IT IS SO ORDERED:

_____                  _____/s/ Joan N. Feeney_____ Dated: 09/20/2012
Courtroom Deputy                         Joan N. Feeney, U.S. Bankruptcy Judge