UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 7 |
| PAULO CABRAL, | ) Case No. 05-11663-JNF |
| | ) |
| Debtor. | ) |
| | ) |

### DECLARATION REGARDING ELECTRONIC FILING

I, Harold B. Murphy, hereby declare under penalty of perjury that all of the information contained in the *Affidavit of Harold B. Murphy in Support of Chapter 7 Trustee's Objection to Claim of Internal Revenue Service*, filed electronically is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Affidavit. I understand that failure to file this DECLARATION may cause the Affidavit to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Signed: _____
Harold B. Murphy (BBO #326610)
MURPHY & KING
Professional Corporation
One Beacon Street
Boston, MA 02108
Tel: (617) 423-0400
Email: *hbm@murphyking.com*

Dated: September 27, 2012
605053

4