United States Bankruptcy Court
District of Massachusetts

In re:                                                                  Case No. 05-11663-jnf
Paulo Cabral                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: admin               Page 1 of 2              Date Rcvd: Sep 25, 2012
                              Form ID: transcrp         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2012.
```
db         +Paulo Cabral,    435 Lafayette St.,    Salem, MA 01970-5337
aty        +Andrew C. Schultz,    10 Ames Road,    Marblehead, MA 01945-2702
aty        +Donald Ethan Jeffery,    Murphy & King, Professional Corporation,    One Beacon Street,
             21st Floor,    Boston, MA 02108-3196
aty        +Harold B. Murphy,    Murphy & King, P. C.,    One Beacon Street,    21st Floor,
             Boston, MA 02108-3196
aty        +John S. McNicholas,    Korde & Associates,    321 Billerica Road, Suite 210,
             Chelmsford, MA 01824-4100
aty        +Kathleen R. Cruickshank,    Murphy & King P.C.,    One Beacon Street,    Boston, MA 02108-3107
aty         Nina Ching,    Special Assistant,    United States Attorney,    10 Causeway St., Room 401,
             Boston, MA  02222-1061
aty        +Patrick F Gallagher,    10 Causeway Street,    Room 401,    Boston, MA 02222-1047
tr          Harold B. Murphy,    Murphy & King, P.C.,    One Beacon Street,    Boston, MA  02108-3107
cr        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  Internal Revenue Service/IRS,    10 Causeway Street,    Room 401,
             Boston, MA   02222,    U.S.A.)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust        +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Sep 26 2012 00:23:25     John Fitzgerald,
             Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
             5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3934
acc        +E-mail/Text: ebn@vlpc.com Sep 26 2012 00:23:24      Craig Jalbert,    Verdolino & Lowey, P.C.,
             124 Washington Street,    Foxboro, MA 02035-1368
                                                                                              TOTAL: 2
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Christian J. Urbano
aty       ##+Jeffrey M. Frankel,    Law Office of Jeffrey M. Frankel,    258 Elm Street, Suite 200,
             Somerville, MA 02144-2941
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 27, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0101-1          User: admin              Page 2 of 2              Date Rcvd: Sep 25, 2012
                              Form ID: transcrp        Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2012 at the address(es) listed below:

        Andrew C. Schultz    on behalf of Debtor Paulo Cabral acschultz@comcast.net
        Christian J. Urbano    on behalf of Plaintiff Harold Murphy maddenurbano@verizon.net, ddk@hanify.com
        Donald Ethan Jeffery    on behalf of Trustee Harold Murphy dej@murphyking.com,  pas@murphyking.com
        Harold B. Murphy    mxc@hanify.com, ma33@ecfcbis.com
        Harold B. Murphy    on behalf of Trustee Harold Murphy bankruptcy@murphyking.com, ddk@murphyking.com
        Jeffrey M. Frankel    on behalf of Creditor   Countrywide Home Loans, Inc. jmfbky@yahoo.com
        John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
        John S. McNicholas    on behalf of Creditor   Countrywide Home Loans, Inc. jmcnicholas@kordeassoc.com
        Kathleen R. Cruickshank    on behalf of Plaintiff Harold Murphy bankruptcy@murphyking.com, krc@murphyking.com
        Nina  Ching    on behalf of Creditor   United States of America - IRS Nina.P.Ching@IRSCounsel.Treas.Gov,  bankruptcy.boston@irscounsel.treas.gov
        Patrick F Gallagher    on behalf of Creditor   Internal Revenue Service\IRS patrick.f.gallagher@irscounsel.treas.gov,  &Bankruptcy.Boston@irscounsel.treas.gov
        Paul W. Carey    on behalf of Defendant   Bank of America, N.A. (as successor to Fleet National Bank) pcarey@mirickoconnell.com,  bankrupt@mirickoconnell.com

                                                                                                               TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| In Re: | Paulo Cabral | Chapter: 7 |
|---|---|---|
| | Debtor, | Case No: 05−11663 |
| | | Judge Joan N. Feeney |

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION, REDACTION AND RELEASE

**Notice is hereby given** that an official transcript has been filed in the above referenced case. The following deadlines for restriction, redaction and release of the transcript apply:

1. The parties have twenty−one (21) calendar days from the date of filing of the transcript to file a *Request for Redaction* with the court and a Certificate of Service stating that the request was served on the other parties to the case and on the transcriber. **Please contact the court's Electronic Court Recorder Operator for the name and address of the transcriber**.

    The attorney or pro se party filing a *Request for Redaction* must attach a list of information to be redacted with the request. The information should be identified by type of identifier (e.g., minor's name, birth date, etc) with page and line number where the information appears in the transcript. Redaction requires that only the last four(4) digits of an individual's social security number or the last four(4) digits of a financial account number be shown; only a minor's initials, not his/her name, should be shown; and for birth dates only the year of birth should be shown. Specificity will reduce errors. **Please note: The Request for Redaction is a public document – do not include the actual identifiers in the Request or the attached list.**

2. If a *Request for Redaction* is filed, the redacted transcript is due 31 calendar days from the date of filing of the transcript.

3. If no *Request for Redaction* is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 90 calendar days from the date of filing of the transcript unless extended by court order.

To review the transcript for redaction purposes, you may view the transcript at no cost from any public terminal in the Clerk's office. The document may not be printed from these terminals until the 90 day restriction period has elapsed. You may also purchase a copy of the transcript from the transcriber at the rate established by the Judicial Conference.

ECF Users who purchase the transcript may also be given remote access to the transcript through the Court's ECF system. Subsequent to the purchase, the transcriber will contact the Court so that the ECF Users' access may be activated. **Please note: Remote access is not the same as purchasing the transcript. Remote access is not free; PACER charges will apply. The 30 page cap does NOT apply to transcripts. The full per page price will be charged to the ECF Users' PACER statement.**

Date:9/25/12                              By the Court,


                                          James M. Lynch
                                          Clerk, U.S. Bankruptcy Court