# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Eastern Division)

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **PAULO CABRAL,** | |
| **Debtor.** | **Case No. 05-11663 (JNF)** |

## **CERTIFICATE OF SERVICE**

I, Kathleen R. Cruickshank, hereby certify that on September 28, 2012, I caused a copy of the *Affidavit of Harold B. Murphy in Support of Chapter 7 Trustee's Objection to Claim of Internal Revenue Service* to be served by this Court's CM/ECF System and/or first-class mail, postage prepaid, on the persons and entities listed on the attached service list.

/s/ Kathleen R. Cruickshank
Kathleen R. Cruickshank (BBO 550675)
MURPHY & KING, Professional Corporation
One Beacon Street
Boston, MA 02108
Tel: (617) 423-0400
Email: krc@murphyking.com

Dated: September 28, 2012
635512-v1

**PAULO CABRAL**
**SERVICE LIST**

**VIA CM/ECF:**

- Paul W. Carey     pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
- Nina Ching     Nina.P.Ching@IRSCounsel.Treas.Gov, bankruptcy.boston@irscounsel.treas.gov
- John Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV
- Jeffrey M. Frankel     jmfbky@yahoo.com
- Patrick F Gallagher     patrick.f.gallagher@irscounsel.treas.gov, &Bankruptcy.Boston@irscounsel.treas.gov
- John S. McNicholas     jmcnicholas@kordeassoc.com
- Andrew C. Schultz     acschultz@comcast.net

**VIA FIRST CLASS MAIL:**

Charles M. Vacca, Esq.
Portnoy and Greene , P.C.
687 Highland Ave.
Needham, MA 02494

Internal Revenue Service
Attn: Judith Giardina
1 Montvale Avenue
Stoneham, MA 02143

Internal Revenue Service
Special Procedures Stop 20800
PO Box 9112 - JFK Building
Boston, MA 02203