# UNITED STATES BANKRUPTCY COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re
**PAULO CABRAL,**                              Chapter 7
    Debtor                              Case No. 05-11663-JNF

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## ORDER

    In accordance with the Memorandum dated November 2, 2012, the Court sustains

the Chapter 7 Trustee's Objection to the Claim of the Internal Revenue Service.

        By the Court,

        Joan N. Feeney
        United States Bankruptcy Judge

Dated:  November 2, 2012

1