United States Bankruptcy Court
District of Massachusetts

In re:  
Paulo Cabral  
    Debtor

Case No. 05-11663-jnf  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0101-1 | User: slandry  Form ID: pdf012 | Page 1 of 2  Total Noticed: 1 | Date Rcvd: Nov 02, 2012 |
|---|---|---|---|

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2012.
db     +Paulo Cabral,   435 Lafayette St.,   Salem, MA 01970-5337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0101-1          User: slandry             Page 2 of 2                  Date Rcvd: Nov 02, 2012
                              Form ID: pdf012           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2012 at the address(es) listed below:

      Andrew C. Schultz   on behalf of Debtor Paulo Cabral acschultz@comcast.net
      Christian J. Urbano   on behalf of Plaintiff Harold Murphy maddenurbano@verizon.net,
       ddk@hanify.com
      Donald Ethan Jeffery   on behalf of Trustee Harold Murphy dej@murphyking.com, pas@murphyking.com
      Harold B. Murphy   on behalf of Trustee Harold Murphy bankruptcy@murphyking.com,
       ddk@murphyking.com
      Harold B. Murphy   mxc@hanify.com, ma33@ecfcbis.com
      Jeffrey M. Frankel   on behalf of Creditor Countrywide Home Loans, Inc. jmfbky@yahoo.com
      John Fitzgerald   USTPRegion01.BO.ECF@USDOJ.GOV
      John S. McNicholas   on behalf of Creditor Countrywide Home Loans, Inc.
       jmcnicholas@kordeassoc.com
      Kathleen R. Cruickshank   on behalf of Plaintiff Harold Murphy bankruptcy@murphyking.com,
       krc@murphyking.com
      Nina Ching   on behalf of Creditor United States of America - IRS
       Nina.P.Ching@IRSCounsel.Treas.Gov, bankruptcy.boston@irscounsel.treas.gov
      Patrick F Gallagher   on behalf of Creditor Internal Revenue Service\IRS
       patrick.f.gallagher@irscounsel.treas.gov, &Bankruptcy.Boston@irscounsel.treas.gov
      Paul W. Carey   on behalf of Defendant Bank of America, N.A. (as successor to Fleet National
       Bank) pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com

                                                                                                 TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~

In re
**PAULO CABRAL,**                                Chapter 7
   Debtor                                        Case No. 05-11663-JNF

~~~~~~~~~~~~~~~~~~~~~~~~~~

**ORDER**

In accordance with the Memorandum dated November 2, 2012, the Court sustains the Chapter 7 Trustee's Objection to the Claim of the Internal Revenue Service.

By the Court,

*[signature]*

Joan N. Feeney
United States Bankruptcy Judge

Dated: November 2, 2012