# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| In re: CABRAL, PAULO | § Case No. 05-11663 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 09, 2005. The undersigned trustee was appointed on November 28, 2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $         12,835.51

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,345.35 |
| Bank service fees | 443.89 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 11,046.27 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/04/2006 and the deadline for filing governmental claims was 09/05/2005. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,033.55. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,033.55, for a total compensation of $2,033.55.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/29/2013        By:/s/HAROLD B. MURPHY
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 05-11663　　　　　　　　　　　Trustee:　(410300)　HAROLD B. MURPHY
Case Name: CABRAL, PAULO　　　　　　　　Filed (f) or Converted (c): 11/28/05 (c)
　　　　　　　　　　　　　　　　　　　　　§341(a) Meeting Date: 12/20/05
Period Ending: 01/29/13　　　　　　　　　　Claims Bar Date: 04/04/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - SALEM, MA | 900,000.00 | 242,834.42 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 250.00 | 0.00 | DA | 0.00 | FA |
| 6 | ACCOUNTS RECEIVABLE | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES | 12,000.00 | 12,000.00 | DA | 2,500.00 | FA |
| 8 | CLAIMS/CAUSES OF ACTION | Unknown | 0.00 | | 10,000.00 | 0.00 |
| 9 | Tax refund | 0.00 | 0.00 | | 284.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 51.51 | Unknown |
| 10 | Assets   Totals (Excluding unknown values) | $912,950.00 | $254,834.42 | | $12,835.51 | $0.00 |

**Major Activities Affecting Case Closing:**

　　Still pursuing default judgments; obtained executions; in negotiations

Initial Projected Date Of Final Report (TFR):    December 31, 2007　　　　Current Projected Date Of Final Report (TFR):    March 1, 2013

Printed: 01/29/2013 07:09 AM    V.13.11

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-11663 | | Trustee: | HAROLD B. MURPHY (410300) |
|---|---|---|---|---|
| Case Name: | CABRAL, PAULO | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****36-65 - Money Market Account |
| Taxpayer ID #: | **-***0213 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 01/29/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/08/06 | {7} | Eastern Bank | Settlement of objection to exemption | 1129-000 | 2,500.00 | | 2,500.00 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.04 | | 2,501.04 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.70 | | 2,502.74 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.70 | | 2,504.44 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.59 | | 2,506.03 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.75 | | 2,507.78 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.64 | | 2,509.42 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.59 | | 2,511.01 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.67 | | 2,512.68 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.25 | | 2,513.93 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.34 | | 2,515.27 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.38 | | 2,516.65 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.38 | | 2,518.03 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.29 | | 2,519.32 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.43 | | 2,520.75 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.39 | | 2,522.14 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.25 | | 2,523.39 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.48 | | 2,524.87 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.31 | | 2,526.18 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.28 | | 2,527.46 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.15 | | 2,528.61 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.51 | | 2,529.12 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.46 | | 2,529.58 |
| 04/28/08 | {8} | Bank of America | Settlement re: adversary/fraudulent transfer | 1149-000 | 8,000.00 | | 10,529.58 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.39 | | 10,529.97 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.31 | | 10,531.28 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.33 | | 10,532.61 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.33 | | 10,533.94 |
| 08/11/08 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2008 FOR CASE #05-11663 | 2300-000 | | 27.84 | 10,506.10 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.25 | | 10,507.35 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.37 | | 10,508.72 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.14 | | 10,509.86 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.82 | | 10,510.68 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 10,511.42 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,511.84 |

Subtotals: $10,539.68    $27.84

{} Asset reference(s)    Printed: 01/29/2013 07:09 AM    V.13.11

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-11663 | | Trustee: | HAROLD B. MURPHY (410300) |
| Case Name: | CABRAL, PAULO | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****36-65 - Money Market Account |
| Taxpayer ID #: | **-***0213 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 01/29/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/19/09 | 1002 | Farmer Arsenault Brock LLC | Cancellation Fee for 2/9/09 depo | 2990-000 | | 250.00 | 10,261.84 |
| 02/19/09 | 1003 | Farmer Arsenault Brock LLC | Cancellation Fee for depo | 2990-000 | | 250.00 | 10,011.84 |
| 02/26/09 | 1004 | DHR & Associates, Inc. | Service of deposition subpoenas Voided on 03/05/09 | 2990-000 | | 207.00 | 9,804.84 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,805.23 |
| 03/05/09 | 1004 | DHR & Associates, Inc. | Service of deposition subpoenas Voided: check issued on 02/26/09 | 2990-000 | | -207.00 | 10,012.23 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,012.66 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,013.06 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,013.45 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,013.88 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,014.30 |
| 08/13/09 | 1005 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/13/2009 FOR CASE #05-11663 | 2300-000 | | 7.88 | 10,006.42 |
| 08/31/09 | {8} | Sostenes Souza | Per Settlement Stipulation | 1149-000 | 2,000.00 | | 12,006.42 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 12,006.84 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 12,007.32 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 12,007.80 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 12,008.30 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 12,008.80 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 12,009.27 |
| 02/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.04 | | 12,009.31 |
| 02/02/10 | | Wire out to BNYM account 9200******3665 | Wire out to BNYM account 9200******3665 | 9999-000 | -12,009.31 | | 0.00 |

| | | | ACCOUNT TOTALS | 535.72 | 535.72 | $0.00 |
|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | -12,009.31 | 0.00 | |
| | | | Subtotal | 12,545.03 | 535.72 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | NET Receipts / Disbursements | $12,545.03 | $535.72 | |

{} Asset reference(s)

Printed: 01/29/2013 07:09 AM   V.13.11

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-11663 | | Trustee: | HAROLD B. MURPHY (410300) |
| Case Name: | CABRAL, PAULO | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****568266 - Checking Account |
| Taxpayer ID #: | **-***0213 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 01/29/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 11,060.03 | | 11,060.03 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 14.76 | 11,045.27 |
| 01/09/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1.00 | | 11,046.27 |
| | | | **ACCOUNT TOTALS** | | 11,061.03 | 14.76 | $11,046.27 |
| | | | Less: Bank Transfers | | 11,061.03 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 14.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$14.76** | |

{} Asset reference(s)                                                                                    Printed: 01/29/2013 07:09 AM    V.13.11

Case 05-11663    Doc 179    Filed 04/03/13    Entered 04/03/13 12:28:01    Desc Main
Document      Page 7 of 18

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-11663 | | Trustee: | HAROLD B. MURPHY (410300) |
|---|---|---|---|---|
| Case Name: | CABRAL, PAULO | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******36-65 - Checking Account |
| Taxpayer ID #: | **-***0213 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 01/29/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | 9999-000 | 12,009.31 | | 12,009.31 |
| 02/26/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.62 | | 12,009.93 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.71 | | 12,010.64 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.69 | | 12,011.33 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.72 | | 12,012.05 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.69 | | 12,012.74 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.71 | | 12,013.45 |
| 08/09/10 | 11006 | ESTATE OF | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2010 FOR CASE #05-11663, Bond Payment Voided on 08/09/10 | 2300-000 | | 8.22 | 12,005.23 |
| 08/09/10 | 11006 | ESTATE OF | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2010 FOR CASE #05-11663, Bond Payment Voided: check issued on 08/09/10 | 2300-000 | | -8.22 | 12,013.45 |
| 08/09/10 | 11007 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2010 FOR CASE #05-11663, Bond Payment | 2300-000 | | 8.22 | 12,005.23 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.71 | | 12,005.94 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,006.03 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,006.13 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,006.22 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,006.32 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,006.42 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,006.51 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,006.61 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,006.70 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,006.80 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,006.89 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,006.99 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 22.20 | 11,984.79 |
| 08/04/11 | 11008 | ESTATE OF | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2011 FOR CASE #05-11663 Voided on 08/04/11 | 2300-000 | | 9.22 | 11,975.57 |
| 08/04/11 | 11008 | ESTATE OF | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2011 FOR CASE #05-11663 | 2300-000 | | -9.22 | 11,984.79 |

Subtotals :  $12,015.21  $30.42

{} Asset reference(s)                                                                                                          Printed: 01/29/2013 07:09 AM   V.13.11

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 05-11663 | | Trustee: | HAROLD B. MURPHY (410300) |
|---|---|---|---|---|
| Case Name: | CABRAL, PAULO | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******36-65 - Checking Account |
| Taxpayer ID #: | **-***0213 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 01/29/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 08/04/11 | | | | |
| 08/04/11 | 11009 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2011 FOR CASE #05-11663 | 2300-000 | | 9.22 | 11,975.57 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 11,975.67 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.91 | 11,947.76 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.82 | 11,948.58 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,948.67 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,923.67 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 11,923.77 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,898.77 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,898.86 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.08 | 11,872.78 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 11,872.88 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,847.88 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 11,847.93 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 11,847.98 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.89 | 11,822.09 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,797.09 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,772.09 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,747.09 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.47 | 11,720.62 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,695.62 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.56 | 11,670.06 |
| 08/22/12 | 11010 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/22/2012 FOR CASE #05-11663, Bond #016027600 | 2300-000 | | 7.19 | 11,662.87 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,637.87 |
| 09/26/12 | 11011 | Commonwealth of Massachusetts | MA Form 2 - August 31, 2007 - Tax ID#13-7530213<br>Stopped on 01/02/13 | 2820-000 | | 1.00 | 11,636.87 |
| 09/26/12 | 11012 | Commonwealth of Massachusetts | MA Form 2 - August 31, 2008 - Tax ID#13-7530213 | 2820-000 | | 663.00 | 10,973.87 |
| 09/26/12 | 11013 | Commonwealth of Massachusetts | MA Form 2 - August 31, 2010 - Tax ID#13-7530213 | 2820-000 | | 122.00 | 10,851.87 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,826.87 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.84 | 10,801.03 |

Subtotals :    $0.58    $1,184.34

{} Asset reference(s)    Printed: 01/29/2013 07:09 AM    V.13.11

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 05-11663 | | Trustee: | HAROLD B. MURPHY (410300) |
|---|---|---|---|---|
| Case Name: | CABRAL, PAULO | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******36-65 - Checking Account |
| Taxpayer ID #: | **-***0213 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 01/29/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/05/12 | {9} | The Commonwealth of Massachusetts | Refund of late filing penalties and interest | 1124-000 | 240.00 | | 11,041.03 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,016.03 |
| 12/17/12 | {9} | The Commonwealth of Massachusetts | Tax refund | 1124-000 | 44.00 | | 11,060.03 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001041030088 20121220 | 9999-000 | | 11,060.03 | 0.00 |
| 01/02/13 | 11011 | Commonwealth of Massachusetts | MA Form 2 - August 31, 2007 - Tax ID#13-7530213 Stopped: check issued on 09/26/12 | 2820-000 | | -1.00 | 1.00 |
| 01/08/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001041030088 20130108 | 9999-000 | | 1.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,299.79 | 12,299.79 | $0.00 |
| | | | Less: Bank Transfers | | 12,009.31 | 11,061.03 | |
| | | | Subtotal | | 290.48 | 1,238.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $290.48 | $1,238.76 | |

| Net Receipts : | 12,835.51 |
|---|---|
| Net Estate : | $12,835.51 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****36-65 | 12,545.03 | 535.72 | 0.00 |
| Checking # ****568266 | 0.00 | 14.76 | 11,046.27 |
| Checking # 9200-******36-65 | 290.48 | 1,238.76 | 0.00 |
| | $12,835.51 | $1,789.24 | $11,046.27 |

{} Asset reference(s)    Printed: 01/29/2013 07:09 AM    V.13.11

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-11663  
Case Name: CABRAL, PAULO  
Trustee Name: HAROLD B. MURPHY  

**Balance on hand:** $ 11,046.27

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00  
Remaining balance: $ 11,046.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - HAROLD B. MURPHY | 2,033.55 | 0.00 | 2,033.55 |
| Attorney for Trustee, Fees - Murphy & King, P.C. | 22,686.00 | 0.00 | 6,104.39 |
| Attorney for Trustee, Expenses - Murphy & King, P.C. | 2,035.94 | 0.00 | 2,035.94 |
| Accountant for Trustee, Fees - Verdolino & Lowey, P.C., Accountants to Trustee | 1,960.50 | 0.00 | 527.54 |
| Accountant for Trustee, Expenses - Verdolino & Lowey, P.C., Accountants to Trustee | 94.85 | 0.00 | 94.85 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses: $ 11,046.27  
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00  
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 187,692.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | 166,203.46 | 0.00 | 0.00 |
| 3 | Household Finance Corporation | 6,187.80 | 0.00 | 0.00 |
| 4 | Sherman Acquisition LP., its successors and assign | 7,650.67 | 0.00 | 0.00 |
| 5 | Chase Bank USA, N.A. | 7,650.67 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

# Claims Register

**Case: 05-11663    CABRAL, PAULO**

Claims Bar Date: 04/04/06

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Farmer Arsenault Brock LLC <2990-00 Other Chapter 7 Administrative Expenses>, 200 | Admin Ch. 7 11/28/05 | steno services | $500.00 $500.00 | $500.00 | $0.00 |
| | International Sureties, Ltd. Suite 1700 210 Baronne Street New Orleans, LA 70112 <2300-00 Bond Payments>, 200 | Admin Ch. 7 11/28/05 | | $42.91 $42.91 | $42.91 | $0.00 |
| | HAROLD B. MURPHY MURPHY & KING, P.C. 1 BEACON ST., 21ST FLOOR BOSTON, MA 02108-3107 <2100-00 Trustee Compensation>, 200 | Admin Ch. 7 11/28/05 | | $2,033.55 $2,033.55 | $0.00 | $2,033.55 |
| 1 | Countrywide Home Loans, Inc. <4110-00 Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured 03/21/05 | Claim disallowed against the estate pursuant to Court order dated 9/19/12.. | $657,165.68 * $0.00 | $0.00 | $0.00 |
| 2 | Internal Revenue Service Special Procedures Stop 20800 PO Box 9112,JFK Building Boston, MA 02203 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 04/19/05 | Pursuant to an order by the Court sustaining the Trustee's objection to the IRS' secured claim, the IRS holds an unsecured, non-priority claim. Description: taxes | $166,203.46 * $166,203.46 | $0.00 | $166,203.46 |
| 3 | Household Finance Corporation by eCAST Settlement Corporation as its agent,P.O. Box 35480 Newark, NJ 07193-5480 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 06/15/05 | Unsecured | $6,187.80 $6,187.80 | $0.00 | $6,187.80 |
| 4 | Sherman Acquisition LP., its successors and assign P.O. Box 10587 Greenville, SC 29603-0587 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 06/29/05 | Unsecured | $7,650.67 $7,650.67 | $0.00 | $7,650.67 |
| 5 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850 <7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured 03/27/06 | Unsecured Description: 0349 | $7,650.67 $7,650.67 | $0.00 | $7,650.67 |

(*) Denotes objection to Amount Filed

# Claims Register

## Case: 05-11663    CABRAL, PAULO

Claims Bar Date: 04/04/06

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| APFEE | U.S. Bankruptcy Court<br>John McCormack Post Office & Courthouse<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109<br><2700-00  Clerk of the Court Costs (includes adversary and other filing fees)>, 200 | Admin Ch. 7<br>11/28/05 | | $0.00<br>$250.00 | $0.00 | $250.00 |
| V&LEXP | Verdolino & Lowey, P.C., Accountants to Trustee<br>124 Washington Street<br>Pine Brook Office Park<br>Foxboro, MA 02035<br><3320-00  Accountant for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>11/28/05 | | $94.85<br>$94.85 | $0.00 | $94.85 |
| ATTYEXP | Murphy & King, P.C.<br>One Beacon Street<br>21st Floor<br>Boston, MA 02108<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>11/28/05 | | $2,035.94<br>$2,035.94 | $0.00 | $2,035.94 |
| ATTYFEE | Murphy & King, P.C.<br>One Beacon Street<br>21st Floor<br>Boston, MA 02108<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>, 250 | Admin Ch. 7<br>11/28/05 | | $22,686.00<br>$22,686.00 | $0.00 | $22,686.00 |
| V&LFEES | Verdolino & Lowey, P.C., Accountants to Trustee<br>124 Washington Street<br>Pine Brook Office Park<br>Foxboro, MA 02035<br><3410-00  Accountant for Trustee Fees (Other Firm)>, 250 | Admin Ch. 7<br>11/28/05 | | $1,960.50<br>$1,960.50 | $0.00 | $1,960.50 |
| | | | Case Total: | | $542.91 | $216,753.44 |

# District of Massachusetts
# Claims Register

### 05-11663 Paulo Cabral Converted 11/28/2005

**Judge:** Joan N. Feeney  **Chapter:** 7
**Office:** Boston  **Last Date to file claims:**
**Trustee:** Harold B. Murphy  **Last Date to file (Govt):**

| | | |
|---|---|---|
| **Creditor:** (15500847)<br>Countrywide Home Loans, Inc. | **Claim No: 1**<br>Original Filed Date: 03/21/2005<br>Original Entered Date: 03/21/2005 | **Status:**<br>Filed by: CR<br>Entered by: John S. McNicholas<br>Modified: 09/19/2012 |

Amount claimed: $657165.68
Priority claimed: $657165.68

**History:**

Details  1-1  03/21/2005  Claim #1 filed by Countrywide Home Loans, Inc., Amount claimed: $657165.68 (McNicholas, John )

  156  07/19/2012  Objection to Claim 1,2 of Claimant Countrywide Home Loans, Inc. and (2) Internal Revenue Service. with certificate of service filed by Trustee Harold B. Murphy. (Cruickshank, Kathleen)

  165  09/19/2012  Order dated 9/19/2012 on Chapter 7 Trustee's Objection to Claim of Countrywide Home Loans, Inc. Re: 156 Objection to Claim 1,2 of Claimant Countrywide Home Loans, Inc. and (2) Internal Revenue Service. SUSTAINED. (See Order for Full Text) (sl)

  176  11/02/2012  Order dated 11/02/2012 Re: 156 Objection to Claim 1,2 of Claimant Countrywide Home Loans, Inc. and (2) Internal Revenue Service filed by Trustee Harold B. Murphy. IN ACCORDANCE WITH THE MEMORANDUM DATED NOVEMBER 2, 2012, THE COURT SUSTAINS THE CHAPTER 7 TRUSTEE'S OBJECTION TO THE CLAIM OF THE INTERNAL REVENUE SERVICE. (sl)

**Description:**
Remarks: (1-1) Per Court's Order dated 9/19/2012. Doc. #165

| | | |
|---|---|---|
| **Creditor:** (15527773)<br>Internal Revenue Service<br>Special Procedures Stop 20800<br>PO Box 9112<br>JFK Building<br>Boston, Ma 02203 | **Claim No: 2**<br>Original Filed Date: 04/19/2005<br>Original Entered Date: 04/19/2005 | **Status:**<br>Filed by: CR<br>Entered by: ras<br>Modified: |

Amount claimed: $166203.46
Secured claimed: $166203.46

**History:**

Details  2-1  04/19/2005  Claim #2 filed by Internal Revenue Service, Amount claimed: $166203.46 (ras)

  156  07/19/2012  Objection to Claim 1,2 of Claimant Countrywide Home Loans, Inc. and (2) Internal Revenue Service. with certificate of service filed by Trustee Harold B. Murphy. (Cruickshank, Kathleen)

  167  09/20/2012  Order dated 9/20/2012 Re: 156 Objection to Claim 1,2 of Claimant Countrywide Home Loans, Inc. and (2) Internal Revenue Service. HEARINHG HELD. THE IRS SHALL SUBMIT TO THE COURT A COPY OF THE LIEN RECORDED IN U.S. DISTRICT COURT BY SEPTEMBER 25, 2012. THE TRUSTEE SHALL FILE AN AFFIDAVIT SETTING FORTH HIS ANALYSIS OF THE ACCOUNT RECEIVABLE LISTED ON SCHEDULE B. THE COURT TOOK THE MATTER UNDER ADVISEMENT. (sl)

  176  11/02/2012  Order dated 11/02/2012 Re: 156 Objection to Claim 1,2 of Claimant Countrywide Home Loans, Inc. and (2) Internal Revenue Service filed by Trustee Harold B. Murphy. IN ACCORDANCE WITH THE MEMORANDUM DATED NOVEMBER 2, 2012, THE COURT SUSTAINS THE CHAPTER 7 TRUSTEE'S OBJECTION TO THE CLAIM OF THE INTERNAL REVENUE SERVICE. (sl)

Description: (2-1) taxes
Remarks:

| | | |
|---|---|---|
| **Creditor:** (15603399)<br>Household Finance Corporation<br>by eCAST Settlement Corporation<br>as its agent | **Claim No: 3**<br>Original Filed Date: 06/15/2005<br>Original Entered Date: 06/15/2005 | **Status:**<br>Filed by: CR<br>Entered by: Thomas A. Lee, III<br>Modified: 05/28/2010 |

Amount   claimed: $6187.80
Unsecured claimed: $6187.80

History:

Details   3-1   06/15/2005   Claim #3 filed by Household Finance Corporation, Amount claimed: $6187.80 (Lee, Thomas )
Description:
Remarks: (3-1) #149 Transferred to eCAST Settlement

| | |
|---|---|
| Creditor:   (15618189)<br>Sherman Acquisition LP., its successors and assign<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 4**<br>Original Filed Date: 06/29/2005<br>Original Entered<br>Date: 06/29/2005 |

Status:
Filed by: CR
Entered by: Susan I. Gaines
Modified: 04/24/2008

Amount   claimed: $7650.67
Unsecured claimed: $7650.67

History:

Details   4-1   06/29/2005   Claim #4 filed by Sherman Acquisition LP., its successors and assign, Amount claimed: $7650.67 (Gaines, Susan )
Description:
Remarks: (4-1) #139 Transferred to: Chase Bank USA NA

Creditor:   (15527772)
Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850

**Claim No: 5**
Original Filed Date: 03/27/2006
Original Entered
Date: 04/07/2006

Status:
Filed by: CR
Entered by: kmp
Modified:

Amount   claimed: $7650.67
Unsecured claimed: $7650.67

History:

Details   5-1   03/27/2006   Claim #5 filed by Chase Bank USA, N.A., Amount claimed: $7650.67 (kmp)
Description: (5-1) 0349
Remarks:

# Claims Register Summary

**Case Name:** Paulo Cabral
**Case Number:** 05-11663
**Chapter:** 7
**Date Filed:** 03/09/2005
**Total Number Of Claims:** 5

| Total Amount Claimed* | $844858.28 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $166203.46 | |
| Priority | $657165.68 | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/29/2013 06:59:26 | | | |
| **PACER Login:** | hk0007 | **Client Code:** | paulo cabral |
| **Description:** | Claims Register | **Search Criteria:** | 05-11663 Filed or Entered From: 1/1/1990 Filed or Entered To: 1/29/2013 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| IN RE: | Chapter 7 |
|---|---|
| PAULO CABRAL | Case Number 05-11663-JNF |
| DEBTOR | |

## ORDER APPROVING TRUSTEE'S FINAL REPORT

The Trustee's Final Report and attachments thereto having come for hearing before the Court, and after due consideration thereof,

**IT IS ORDERED** that the Trustee's Final Report is hereby **APPROVED** including all requests for compensation and expenses set forth therein and other attachments thereto.

DATED: _____    _____
                                  JOAN N. FEENEY
                                  United States Bankruptcy Judge