**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: <br><br> Paulo Cabral, <br><br> Debtor | Chapter 7 <br><br> Case No. 05-11663-JNF |

**Certificate of Review**

    The United States Trustee has reviewed the foregoing report of prior administration, and the attachments thereto and has no objection to the same.

                                               William K. Harrington
                                               United States Trustee, Region 1

Dated: 3/22/2013                                    By: /s/ Paula R.C. Bachtell
                                                   Paula R.C. Bachtell, BBO# 564155
                                                   U.S. Department of Justice
                                                   Office of the U.S. Trustee
                                                   John W. McCormack Post Office and
                                                   Courthouse
                                                   5 Post Office Square, Suite 1000
                                                   Boston, MA 02109-3934
                                                   TEL:  (617) 788-0406
                                                   FAX: (617) 565-6368
                                                   Paula.bachtell@usdoj.gov