UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re                                                    Chapter 7

Paulo Cabral                                             Case No. 05-11663-JNF

FINAL APPLICATION FOR FEE AND EXPENSES OF
ACCOUNTANT FOR THE CHAPTER 7 TRUSTEE

 We, Verdolino & Lowey, P.C., having been employed as ACCOUNTANTS FOR THE TRUSTEE in the above entitled case, and as such having rendered the services described in the itemized bill annexed hereto and having actually incurred the expenses set forth therein, hereby request that we be allowed the sum of __$1,960.50__ for said services and __$94.85__ for out-of-pocket expenses for a total of __$2,055.35__ be paid from the Debtor's Estate.

 We hereby state that the compensation, fee and allowance herein claimed belongs wholly to us and will not be divided, shared or pooled, directly or indirectly with any other person or firm.

 This application is made under the penalty of perjury.

Dated: September 24, 2012

             _____
             Verdolino & Lowey, P.C.
             Craig R. Jalbert, CIRA
             124 Washington Street
             Foxboro, MA 02035
             Telephone (508) 543-1720

ORDER

 Upon consideration of the within application, notice of the pendency thereof having been given to creditors, IT IS HEREBY ORDERED that an allowance of $_____ for services and $_____ for expenses be and hereby is made to the applicant and that the same may be paid from the funds of the debtor estates.

Dated:                                  _____
             United States Bankruptcy Judge



*/s/ Joan N. Feeney*

09/17/2010 Application granted.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| PAULO CABRAL, ) | Case No. 05-11663-JNF |
| ) | |
| Debtor. ) | |

## APPLICATION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO RETAIN VERDOLINO & LOWEY, P.C., AS ACCOUNTANTS

Harold B. Murphy, the duly appointed Chapter 7 Trustee (the "Trustee") in the above-captioned Chapter 7 case, respectfully requests authority to retain Craig R. Jalbert, CIRA and the firm of Verdolino & Lowey, P.C., as his accountants (collectively "V&L"), to assist in the performance of his duties as Trustee. In further support hereof, the Trustee states as follows:

### Background

1. On March 9, 2005 (the "Petition Date"), the Debtor commenced a bankruptcy proceeding by filing a petition for relief under Chapter 13 of the United States Bankruptcy Code ("Bankruptcy Code").

2. On November 10, 2005 the Debtor filed a motion to convert case to a Chapter 7.

3. On November 28, 2005 an Order was issued allowing the motion to convert case to a Chapter 7. Thereafter, a bankruptcy estate (the "Estate") was created.

4. The Trustee was appointed interim trustee of the Estate on November 30, 2005 and has continued to serve as Trustee since that date.

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re                                           Chapter 7

Paulo Cabral                                    Case No. 05-11663-JNF

SUMMARY OF SERVICES OF ACCOUNTANTS FOR TRUSTEE

The accountants provided tax return preparation and other services for the Trustee in the above referenced case. As a result, the Accountants prepared, including all necessary research and record keeping, the fiscal years ended August 31, 2006, 2007, 2008, 2009, 2010, 2011 and 2012 U.S. Income Tax Returns for Estates and Trusts(Form 1041) and Massachusetts Fiduciary Income Tax Returns (Form 2), a transmittal letter to the respective taxing authorities requesting expedited review of each return and filing instructions for the Trustee.

A summary of the hours and fees incurred in performing the aforementioned work is as follows:

| Name | Description | Hours | Fees |
|---|---|---|---|
| Craig R. Jalbert[1] | Income tax preparation | 0.5 | $  207.50 |
| Heather Medeiros | Income tax preparation | 5.4 | 1,458.00 |
| Jane Morris | Income tax preparation | 0.5 | 87.50 |
| Craig R. Jalbert | Fee App. Preparation | 0.5 | 207.50 |
| | Total fees | | $1,960.50 |

---

1    Mr. Jalbert's hourly billing rate was increased from $360.00 to $375.00 on September 1, 2008 to $390.00 on September 1, 2009 to $405.00 on September 1, 2011 and to $415.00 September 1, 2012.

Exhibit I, attached hereto, are the biographies of the individuals performing the aforementioned services for the Trustee and Exhibit II is the detail of out-of-pocket expenses.

Dated:   September 24, 2012

*(signature)*
Verdolino & Lowey, P.C.
Craig R. Jalbert, CIRA
124 Washington Street
Foxboro, MA 02035
Telephone (508) 543-1720

Exhibit I

Paulo Cabral
Chapter 7
Case No. 05-11663-JNF

Selected Biographical Data of Accountants

Craig R. Jalbert - Principal; Verdolino & Lowey, P.C. Certified
    Public Accountants

    Graduate of Boston College, Bachelor of Science degree in
    Accountancy with honors. In public accounting since 1983.
    Worked in the Boston office of Arthur Andersen & Co. in the
    commercial audit division for four years, with a wide variety
    of client experience including real estate and manufacturing
    companies. Has been and currently is Principal of Verdolino &
    Lowey, P.C. (and its predecessors) since 1987 with primary
    responsibility for bankruptcy engagements.

Heather Medeiros, CPA - Staff Accountant - Verdolino & Lowey, P.C.
    Certified Public Accountants

    Heather, a Certified Public Accountant joined Verdolino &
    Lowey, P.C. in June 1998 as a Staff Accountant. At that time,
    Heather worked on audits, tax preparation and various special
    projects including investigations of fraud inside and outside
    of bankruptcy, preference and claims analyses in Chapter 7 and
    11 cases and records retention. Currently, Heather's
    responsibilities include working on various tax engagements in
    and out of bankruptcy. She spends most of her time on
    consolidated and multi-state corporate tax return preparation.
    Heather graduated from Framingham State College with a
    Bachelor of Science in Business Administration, and a major in
    Accounting.

Jane P. Morris - Tax Preparer and Bookkeeper;
    Verdolino & Lowey, P.C., Certified Public Accountants

    Graduate of Mary Washington College of the University of
    Virginia. Is licensed as an Enrolled Agent and has worked at
    Verdolino & Lowey, P.C. since 1995 doing tax return
    preparation and bookkeeping. Worked for four years as an
    assistant to Stephen F. Carr, CPA preparing tax returns and
    performing bookkeeping and accounting services and six years
    for H&R Block preparing tax returns.

                                                          Exhibit II

Paulo Cabral
Chapter 7
Case No. 05-11663-JNF

Detail of Necessary Out-of-Pocket Expenses

    Postage and delivery                                $ 32.48

    Photocopying ($.15 per copy)                          57.30

    Communication and facsimile                            5.07

        Total necessary out-of-pocket expenses      $ 94.85

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re                                              Chapter 7

Paulo Cabral                                       Case No. 05-11663-JNF

DECLARATION RE:   ELECTRONIC FILING

I, Craig R. Jalbert, hereby declare under penalty of perjury that all of the information contained in Verdolino and Lowey, P.C.'s *Final Application for Fee and Expenses of Accountant to the Chapter 7 Trustee* (the "Document"), filed electronically, is true and correct. I understand that this declaration is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Executed this 24th day of September, 2012.

_____
Craig R. Jalbert, CIRA