UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: <br><br> PAULO CABRAL, <br> Debtor. | Chapter 7 <br> Case No. 05-11663-JNF |

## SUPPLEMENTAL STATEMENT REGARDING FINAL APPLICATION FOR FEE AND EXPENSES OF ACCOUNTANT FOR THE CHAPTER 7 TRUSTEE

Verdolino & Lowey, P.C. ("V&L") hereby seeks allowance of its fees in the amount of $1,960.50 but voluntarily reduces its request for payment of fees from $1,960 to $527.54 due to the administrative insolvency of this case. V&L's expense request remains the same. V&L further requests that any interest that accrues on the Trustee's funds on hand be applied to its allowed, unpaid fees on a *pro rata* basis with other unpaid, administrative claims.

VERDOLINO & LOWEY, P.C.

By: _____
Craig R. Jalbert, CIRA
Verdolino & Lowey, P.C.
124 Washington Street
Foxboro, MA 02035
(508)543-1720

Dated: January 29, 2013

643849