```
                         United States Bankruptcy Court
                            District of Massachusetts

In re:                                                          Case No. 05-11663-jnf
Paulo Cabral                                                    Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0101-1           User: slandry              Page 1 of 3          Date Rcvd: Apr 05, 2013
                               Form ID: pdf012            Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2013.
db           +Paulo Cabral,    435 Lafayette St.,    Salem, MA 01970-5337
cr          ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service/IRS,    10 Causeway Street,    Room 401,
               Boston, MA   02222,   U.S.A.)
15527771     +BNA America,   PO Box 15137,    Wilmington, DE 19886-5137
15487235      COUNTRYWIDE HOME LOANS INC,    4500 PARK GRANDA,    CALABASAS, CAL. 91301-0266
15527772     +Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15527766      Countrywide Home Loans, Inc.,    4500 Park Granda,    Calabasas, CA  91301-0266
15527775     +Doreen Solomon , Esq.,    Chapter 13 Trustee,   180 Canal Street,   Box 8250,
               Boston, Ma 02114-1804
15527770     +Homedepot Credit Services,    Prossessing Center,   Des Moines, IA 50364-0001
15527769     #+Household Finance Co.,    PO Box 17574,   Baltimore, MD 21297-1574
15603399      Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,
               P.O. Box 35480,   Newark, NJ  07193-5480
15527774      Mass. Dept. Revenue,    Bankruptcy Unit,   PO Box 55484,    Boston, Ma  02205
15487234     +SHAPIRO & KREISMAN,    490 BOSTON POST ROAD,   SUDBURY, MASS 01776-3367
15527765     +Shariro & Kreisman,    490 Boston Post Road,   Sudbury, Mass 01776-3367
17573488      eCAST Settlement Corp,    POB 35480,   Newark, NJ  07193-5480
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
acc          +E-mail/Text: ebn@vlpc.com Apr 05 2013 23:24:30     Craig Jalbert,    Verdolino & Lowey, P.C.,
               124 Washington Street,   Foxboro, MA 02035-1368
15527768      E-mail/Text: cio.bncmail@irs.gov Apr 05 2013 23:18:01      Internal Revenue Service,
               Attn: Judith Giardina,   1 Montvale Avenue,    stoneham, Ma  02143
15527773      E-mail/Text: cio.bncmail@irs.gov Apr 05 2013 23:18:01      Internal Revenue Service,
               Special Procedures Stop 20800,    PO Box 9112,   JFK Building,    Boston, Ma  02203
15527776     +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Apr 05 2013 23:24:42       Office Of The US Trustee,
               10 Causeway Street,   Boston, Ma 02222-1043
15618189      E-mail/Text: resurgentbknotifications@resurgent.com Apr 05 2013 23:20:33
               Sherman Acquisition LP., its successors and assign,    P.O. Box 10587,
               Greenville, SC 29603-0587
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15500847      Countrywide Home Loans, Inc.
15527777*    +Paulo Cabral,    435 Lafayette Street,   Salem, Ma 01970-5337
15527767    ##+Citizen's Bank,    PO Box M,   Providence, RI 02901-1683
                                                                                  TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0101-1          User: slandry           Page 2 of 3             Date Rcvd: Apr 05, 2013
                              Form ID: pdf012         Total Noticed: 19
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2013**               **Signature:**     *Joseph Speetjens*

```
District/off: 0101-1          User: slandry             Page 3 of 3                  Date Rcvd: Apr 05, 2013
                              Form ID: pdf012           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2013 at the address(es) listed below:

          Andrew C. Schultz    on behalf of Debtor Paulo Cabral acschultz@comcast.net
          Christian J. Urbano    on behalf of Plaintiff Harold Murphy maddenurbano@verizon.net,
           ddk@hanify.com
          Donald Ethan Jeffery    on behalf of Trustee Harold Murphy dej@murphyking.com,  pas@murphyking.com
          Harold B. Murphy    mxc@hanify.com, ma33@ecfcbis.com
          Harold B. Murphy    on behalf of Trustee Harold Murphy bankruptcy@murphyking.com,
           pas@murphyking.com
          Jeffrey M. Frankel    on behalf of Creditor   Countrywide Home Loans, Inc. jmfbky@yahoo.com
          John   Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
          John S. McNicholas    on behalf of Creditor   Countrywide Home Loans, Inc.
           jmcnicholas@kordeassoc.com
          Kathleen R. Cruickshank    on behalf of Plaintiff Harold Murphy bankruptcy@murphyking.com,
           krc@murphyking.com
          Nina   Ching    on behalf of Creditor   United States of America - IRS
           Nina.P.Ching@IRSCounsel.Treas.Gov,  bankruptcy.boston@irscounsel.treas.gov
          Patrick F Gallagher    on behalf of Creditor   Internal Revenue Service\IRS
           patrick.f.gallagher@irscounsel.treas.gov,  &Bankruptcy.Boston@irscounsel.treas.gov
          Paul W. Carey    on behalf of Defendant   Bank of America, N.A. (as successor to Fleet National
           Bank) pcarey@mirickoconnell.com,  bankrupt@mirickoconnell.com

                                                                                                                                 TOTAL: 12

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Paulo Cabral                    §           Case No.05-11663-JNF
                                §
        Debtor                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR), OBJECTION/RESPONSE DEADLINE AND HEARING DATE

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that **Harold B. Murphy**, trustee of the above styled estate, has filed a final report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The trustee's complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

The following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved, or to the Final Report, must file a written objection with the Court at the address above on or before **May 3, 2013** by **4:30PM** and serve a copy of the objection(s) upon the trustee, any party whose application is being challenged, and the United States Trustee.

### HEARING

A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a.m.** on **June 6, 2013** in Courtroom 1, 12th floor at the John W. McCormack Post Office and Court House, 5 Post Office Square, Boston. MA 02109-3945. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay the applications and dividends pursuant to FRBP 3009 without further order of the Court.

If no objections are timely filed, the court at its discretion may cancel the hearing.

Date Mailed: 4/05/13                                By: Stefanie Landry
                                                        Deputy Clerk
Harold B. Murphy
Muprhy & King, P.C.
One Beacon Street
Boston, MA 02108-3107

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: CABRAL, PAULO | § | Case No. 05-11663 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,835.51 |
| and approved disbursements of | $ | 1,789.24 |
| leaving a balance on hand of [1] | $ | 11,046.27 |
| **Balance on hand:** | $ | 11,046.27 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 11,046.27 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - HAROLD B. MURPHY | 2,033.55 | 0.00 | 2,033.55 |
| Attorney for Trustee, Fees - Murphy & King, P.C. | 22,686.00 | 0.00 | 6,104.39 |
| Attorney for Trustee, Expenses - Murphy & King, P.C. | 2,035.94 | 0.00 | 2,035.94 |
| Accountant for Trustee, Fees - Verdolino & Lowey, P.C., Accountants to Trustee | 1,960.50 | 0.00 | 527.54 |
| Accountant for Trustee, Expenses - Verdolino & Lowey, P.C., Accountants to Trustee | 94.85 | 0.00 | 94.85 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 11,046.27 |
| Remaining balance: | $ | 0.00 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 187,692.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | 166,203.46 | 0.00 | 0.00 |
| 3 | Household Finance Corporation | 6,187.80 | 0.00 | 0.00 |
| 4 | Sherman Acquisition LP., its successors and assign | 7,650.67 | 0.00 | 0.00 |
| 5 | Chase Bank USA, N.A. | 7,650.67 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/HAROLD B. MURPHY
Trustee

HAROLD B. MURPHY
MURPHY & KING, P.C.
1 BEACON ST., 21ST FLOOR
BOSTON, MA 02108-3107
(617) 423-0400

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)