## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:

   Paulo Cabral

   Debtor

Hearing Date: June 6, 2013 at 9:30 am

Case No. 05-11663-JNF
Chapter 7

**ORDER**

|  | (Fee Req) | (Expenses) | (Total) | (Allowed) |
|---|---|---|---|---|
| **Harold B. Murphy**<br>Trustee's Commission | $2,033.55 | $0.00 | $2,033.55 | $2,033.55 |
| **Murphy & King, P.C.**<br>Attorney for the Trustee | $22,686.00 | $2,035.94 | $24,721.94 | $8,140.33 |
| **Verdolino & Lowey, P.C.**<br>Accountant's Fee | $1,960.50 | $94.85 | $2,055.35 | $622.39 |
| **U.S. Bankruptcy Court**<br>Miscellaneous Charges | $0.00 | $250.00 | $250.00 | $250.00 |
| (Totals) | $26,930.05 | $2,130.79 | $29,060.84 |  |

#179 Trustee's Final Report and Account Before Distribution is Approved. Fees and expenses are allowed as requested. The hearing scheduled for June 6, 2013 at 9:30 am is canceled.

Date: June 3, 2013

Joan N. Feeney
United States Bankruptcy Judge