```
                          United States Bankruptcy Court
                            District of Massachusetts

In re:                                                         Case No. 05-11663-jnf
Paulo Cabral                                                   Chapter 7
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0101-1          User: slandry            Page 1 of 3             Date Rcvd: Jun 03, 2013
                              Form ID: pdf012          Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2013.
db           +Paulo Cabral,   435 Lafayette St.,   Salem, MA 01970-5337
cr           ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service/IRS,   10 Causeway Street,   Room 401,
               Boston, MA  02222,   U.S.A.)
15527771     +BNA America,   PO Box 15137,   Wilmington, DE 19886-5137
15487235      COUNTRYWIDE HOME LOANS INC,   4500 PARK GRANDA,   CALABASAS, CAL. 91301-0266
15527772     +Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15527766      Countrywide Home Loans, Inc.,   4500 Park Granda,   Calabasas, CA  91301-0266
15527775     +Doreen Solomon , Esq.,   Chapter 13 Trustee,   180 Canal Street,   Box 8250,
               Boston, Ma 02114-1804
15527770     +Homedepot Credit Services,   Prossessing Center,   Des Moines, IA 50364-0001
15527769     #+Household Finance Co.,   PO Box 17574,   Baltimore, MD 21297-1574
15603399      Household Finance Corporation,   by eCAST Settlement Corporation,   as its agent,
               P.O. Box 35480,   Newark, NJ  07193-5480
15527774      Mass. Dept. Revenue,   Bankruptcy Unit,   PO Box 55484,   Boston, Ma  02205
15487234     +SHAPIRO & KREISMAN,   490 BOSTON POST ROAD,   SUDBURY, MASS 01776-3367
15527765     +Shariro & Kreisman,   490 Boston Post Road,   Sudbury, Mass 01776-3367
17573488      eCAST Settlement Corp,   POB 35480,   Newark, NJ  07193-5480
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
acc          +E-mail/Text: ebn@vlpc.com Jun 04 2013 00:14:27     Craig Jalbert,   Verdolino & Lowey, P.C.,
               124 Washington Street,   Foxboro, MA 02035-1368
15527768      E-mail/Text: cio.bncmail@irs.gov Jun 04 2013 00:13:39     Internal Revenue Service,
               Attn: Judith Giardina,   1 Montvale Avenue,   stoneham, Ma  02143
15527773      E-mail/Text: cio.bncmail@irs.gov Jun 04 2013 00:13:39     Internal Revenue Service,
               Special Procedures Stop 20800,   PO Box 9112,   JFK Building,   Boston, Ma  02203
15527776     +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jun 04 2013 00:14:27     Office Of The US Trustee,
               10 Causeway Street,   Boston, Ma 02222-1043
15618189      E-mail/Text: resurgentbknotifications@resurgent.com Jun 04 2013 00:13:44
               Sherman Acquisition LP., its successors and assign,   P.O. Box 10587,
               Greenville, SC 29603-0587
                                                                                              TOTAL: 5
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15500847      Countrywide Home Loans, Inc.
15527777*    +Paulo Cabral,   435 Lafayette Street,   Salem, Ma 01970-5337
15527767    ##+Citizen's Bank,   PO Box M,   Providence, RI 02901-1683
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0101-1           User: slandry              Page 2 of 3                Date Rcvd: Jun 03, 2013
                               Form ID: pdf012            Total Noticed: 19
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2013**                                **Signature:**   *Joseph Speetjens*

```
District/off: 0101-1           User: slandry              Page 3 of 3                   Date Rcvd: Jun 03, 2013
                               Form ID: pdf012            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2013 at the address(es) listed below:

          Andrew C. Schultz   on behalf of Debtor Paulo  Cabral acschultz@comcast.net
          Christian J. Urbano   on behalf of Plaintiff Harold B. Murphy maddenurbano@verizon.net,
          ddk@hanify.com
          Christian J. Urbano   on behalf of Trustee Harold B. Murphy maddenurbano@verizon.net,
          ddk@hanify.com
          Donald Ethan Jeffery   on behalf of Trustee Harold B. Murphy dej@murphyking.com,
          pas@murphyking.com
          Harold B. Murphy   mxc@hanify.com, ma33@ecfcbis.com
          Harold B. Murphy   on behalf of Trustee Harold B. Murphy bankruptcy@murphyking.com,
          ddk@murphyking.com
          Jeffrey M. Frankel   on behalf of Creditor   Countrywide Home Loans, Inc. jmfbky@yahoo.com
          John  Fitzgerald   USTPRegion01.BO.ECF@USDOJ.GOV
          John S. McNicholas   on behalf of Creditor   Countrywide Home Loans, Inc.
          jmcnicholas@kordeassoc.com
          Kathleen R. Cruickshank   on behalf of Trustee Harold B. Murphy bankruptcy@murphyking.com,
          krc@murphyking.com;jmc@murphyking.com
          Kathleen R. Cruickshank   on behalf of Plaintiff Harold B. Murphy bankruptcy@murphyking.com,
          krc@murphyking.com;jmc@murphyking.com
          Nina  Ching   on behalf of Creditor   United States of America – IRS
          Nina.P.Ching@IRSCounsel.Treas.Gov, bankruptcy.boston@irscounsel.treas.gov
          Patrick F Gallagher   on behalf of Creditor   Internal Revenue Service\IRS
          patrick.f.gallagher@irscounsel.treas.gov, &Bankruptcy.Boston@irscounsel.treas.gov
          Paul W. Carey   on behalf of Defendant   Bank of America, N.A. (as successor to Fleet National
          Bank) pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
                                                                                             TOTAL: 14

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

    Paulo Cabral

    Debtor

Hearing Date: June 6, 2013 at 9:30 am

Case No. 05-11663-JNF
Chapter 7

## ORDER

|  | (Fee Req) | (Expenses) | (Total) | (Allowed) |
|---|---|---|---|---|
| **Harold B. Murphy** Trustee's Commission | $2,033.55 | $0.00 | $2,033.55 | $2,033.55 |
| **Murphy & King, P.C.** Attorney for the Trustee | $22,686.00 | $2,035.94 | $24,721.94 | $8,140.33 |
| **Verdolino & Lowey, P.C.** Accountant's Fee | $1,960.50 | $94.85 | $2,055.35 | $622.39 |
| **U.S. Bankruptcy Court** Miscellaneous Charges | $0.00 | $250.00 | $250.00 | $250.00 |
| (Totals) | $26,930.05 | $2,130.79 | $29,060.84 |  |

#179 Trustee's Final Report and Account Before Distribution is Approved. Fees and expenses are allowed as requested. The hearing scheduled for June 6, 2013 at 9:30 am is canceled.

Date: June 3, 2013

Joan N. Feeney
United States Bankruptcy Judge