**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

In re: CABRAL, PAULO § Case No. 05-11663
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

HAROLD B. MURPHY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $900,950.00 *(without deducting any secured claims)* | Assets Exempt: $24,675.90 |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: $187,692.60 |
| Total Expenses of Administration: $12,835.51 | |

3) Total gross receipts of $ 12,835.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,835.51 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $657,165.68 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 30,600.08 | 30,850.08 | 12,835.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 187,692.60 | 187,692.60 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $875,458.36 | $218,542.68 | $12,835.51 |

4) This case was originally filed under Chapter 7 on March 09, 2005. The case was pending for 91 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/15/2013          By: /s/HAROLD B. MURPHY
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| AUTOMOBILES AND OTHER VEHICLES | 1149-000 | 2,500.00 |
| CLAIMS/CAUSES OF ACTION | 1149-000 | 10,000.00 |
| Tax refund | 1124-000 | 284.00 |
| Interest Income | 1270-000 | 51.51 |
| **TOTAL GROSS RECEIPTS** | | **$12,835.51** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Countrywide Home Loans, Inc. | 4110-000 | N/A | 657,165.68 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$657,165.68** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HAROLD B. MURPHY | 2100-000 | N/A | 2,033.55 | 2,033.55 | 2,033.55 |
| International Sureties, Ltd. | 2300-000 | N/A | 42.91 | 42.91 | 42.91 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Farmer Arsenault Brock LLC | 2990-000 | N/A | 500.00 | 500.00 | 500.00 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 0.00 | 250.00 | 250.00 |
| Verdolino & Lowey, P.C., Accountants to Trustee | 3320-000 | N/A | 94.85 | 94.85 | 94.85 |
| Murphy & King, P.C. | 3120-000 | N/A | 2,035.94 | 2,035.94 | 2,035.94 |
| Murphy & King, P.C. | 3110-000 | N/A | 22,686.00 | 22,686.00 | 6,104.39 |
| Verdolino & Lowey, P.C., Accountants to Trustee | 3410-000 | N/A | 1,960.50 | 1,960.50 | 527.54 |
| International Sureties, Ltd. | 2300-000 | N/A | 8.22 | 8.22 | 8.22 |
| The Bank of New York Mellon | 2600-000 | N/A | 22.20 | 22.20 | 22.20 |
| International Sureties, Ltd. | 2300-000 | N/A | 9.22 | 9.22 | 9.22 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.09 | 27.09 | 27.09 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.08 | 26.08 | 26.08 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.89 | 25.89 | 25.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.47 | 26.47 | 26.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.56 | 25.56 | 25.56 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Commonwealth of Massachusetts | 2820-000 | N/A | 663.00 | 663.00 | 663.00 |
| Commonwealth of Massachusetts | 2820-000 | N/A | 122.00 | 122.00 | 122.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.84 | 25.84 | 25.84 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 14.76 | 14.76 | 14.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$30,600.08** | **$30,850.08** | **$12,835.51** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 7100-000 | N/A | 166,203.46 | 166,203.46 | 0.00 |
| 3 | Household Finance Corporation | 7100-000 | N/A | 6,187.80 | 6,187.80 | 0.00 |
| 4 | Sherman Acquisition LP., its successors and assign | 7100-000 | N/A | 7,650.67 | 7,650.67 | 0.00 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 7,650.67 | 7,650.67 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $187,692.60 | $187,692.60 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-11663  
**Case Name:** CABRAL, PAULO  

**Period Ending:** 07/15/13

**Trustee:** (410300)  HAROLD B. MURPHY  
**Filed (f) or Converted (c):** 11/28/05 (c)  
**§341(a) Meeting Date:** 12/20/05  
**Claims Bar Date:** 04/04/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   REAL ESTATE - SALEM, MA | 900,000.00 | 226,684.42 | | 0.00 | FA |
| 2   CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 3   BANK ACCOUNTS | 100.00 | 0.00 | | 0.00 | FA |
| 4   HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | | 0.00 | FA |
| 5   WEARING APPAREL AND JEWELRY | 250.00 | 0.00 | | 0.00 | FA |
| 6   ACCOUNTS RECEIVABLE | 0.00 | 0.00 | | 0.00 | FA |
| 7   AUTOMOBILES AND OTHER VEHICLES | 12,000.00 | 51.20 | | 2,500.00 | FA |
| 8   CLAIMS/CAUSES OF ACTION (u) | 0.00 | 0.00 | | 10,000.00 | FA |
| 9   Tax refund | 0.00 | 0.00 | | 284.00 | FA |
| Int   INTEREST (u) | Unknown | N/A | | 51.51 | FA |
| 10  Assets  Totals (Excluding unknown values) | **$912,950.00** | **$226,735.62** | | **$12,835.51** | **$0.00** |

**Major Activities Affecting Case Closing:**

Still pursuing default judgments; obtained executions; in negotiations

**Initial Projected Date Of Final Report (TFR):**   December 31, 2007            **Current Projected Date Of Final Report (TFR):**   February 4, 2013  (Actual)

Printed: 07/15/2013 10:34 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-11663 | | Trustee: | HAROLD B. MURPHY (410300) |
|---|---|---|---|---|
| Case Name: | CABRAL, PAULO | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****36-65 - Money Market Account |
| Taxpayer ID #: | **-***0213 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 07/15/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/08/06 | {7} | Eastern Bank | Settlement of objection to exemption | 1149-000 | 2,500.00 | | 2,500.00 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.04 | | 2,501.04 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.70 | | 2,502.74 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.70 | | 2,504.44 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.59 | | 2,506.03 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.75 | | 2,507.78 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.64 | | 2,509.42 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.59 | | 2,511.01 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.67 | | 2,512.68 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.25 | | 2,513.93 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.34 | | 2,515.27 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.38 | | 2,516.65 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.38 | | 2,518.03 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.29 | | 2,519.32 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.43 | | 2,520.75 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.39 | | 2,522.14 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.25 | | 2,523.39 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.48 | | 2,524.87 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.31 | | 2,526.18 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.28 | | 2,527.46 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.15 | | 2,528.61 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.51 | | 2,529.12 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.46 | | 2,529.58 |
| 04/28/08 | {8} | Bank of America | Settlement re: adversary/fraudulent transfer | 1241-000 | 8,000.00 | | 10,529.58 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.39 | | 10,529.97 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.31 | | 10,531.28 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.33 | | 10,532.61 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.33 | | 10,533.94 |
| 08/11/08 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2008 FOR CASE #05-11663 | 2300-000 | | 27.84 | 10,506.10 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.25 | | 10,507.35 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.37 | | 10,508.72 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.14 | | 10,509.86 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.82 | | 10,510.68 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 10,511.42 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,511.84 |

Subtotals :   $10,539.68   $27.84

{} Asset reference(s)   Printed: 07/15/2013 10:34 AM   V.13.13

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-11663 | | Trustee: | HAROLD B. MURPHY (410300) |
|---|---|---|---|---|
| Case Name: | CABRAL, PAULO | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****36-65 - Money Market Account |
| Taxpayer ID #: | **-***0213 | | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 07/15/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/19/09 | 1002 | Farmer Arsenault Brock LLC | Cancellation Fee for 2/9/09 depo | 2990-000 | | 250.00 | 10,261.84 |
| 02/19/09 | 1003 | Farmer Arsenault Brock LLC | Cancellation Fee for depo | 2990-000 | | 250.00 | 10,011.84 |
| 02/26/09 | 1004 | DHR & Associates, Inc. | Service of deposition subpoenas Voided on 03/05/09 | 2990-000 | | 207.00 | 9,804.84 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.39 | | 9,805.23 |
| 03/05/09 | 1004 | DHR & Associates, Inc. | Service of deposition subpoenas Voided: check issued on 02/26/09 | 2990-000 | | -207.00 | 10,012.23 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.43 | | 10,012.66 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.40 | | 10,013.06 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.39 | | 10,013.45 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.43 | | 10,013.88 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.42 | | 10,014.30 |
| 08/13/09 | 1005 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/13/2009 FOR CASE #05-11663 | 2300-000 | | 7.88 | 10,006.42 |
| 08/31/09 | {8} | Sostenes Souza | Per Settlement Stipulation | 1149-000 | 2,000.00 | | 12,006.42 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.42 | | 12,006.84 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.48 | | 12,007.32 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.48 | | 12,007.80 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.50 | | 12,008.30 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.50 | | 12,008.80 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.47 | | 12,009.27 |
| 02/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.04 | | 12,009.31 |
| 02/02/10 | | Wire out to BNYM account 9200******3665 | Wire out to BNYM account 9200******3665 | 9999-000 | -12,009.31 | | 0.00 |
| | | | ACCOUNT TOTALS | | 535.72 | 535.72 | $0.00 |
| | | | Less: Bank Transfers | | -12,009.31 | 0.00 | |
| | | | **Subtotal** | | 12,545.03 | 535.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,545.03** | **$535.72** | |

{} Asset reference(s)

Printed: 07/15/2013 10:34 AM   V.13.13

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-11663 | **Trustee:** HAROLD B. MURPHY (410300) |
| **Case Name:** CABRAL, PAULO | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******36-65 - Checking Account |
| **Taxpayer ID #:** **-***0213 | **Blanket Bond:** $3,000,000.00 (per case limit) |
| **Period Ending:** 07/15/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | 9999-000 | 12,009.31 | | 12,009.31 |
| 02/26/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.62 | | 12,009.93 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.71 | | 12,010.64 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.69 | | 12,011.33 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.72 | | 12,012.05 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.69 | | 12,012.74 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.71 | | 12,013.45 |
| 08/09/10 | 11006 | ESTATE OF | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2010 FOR CASE #05-11663, Bond Payment<br>Voided on 08/09/10 | 2300-000 | | 8.22 | 12,005.23 |
| 08/09/10 | 11006 | ESTATE OF | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2010 FOR CASE #05-11663, Bond Payment<br>Voided: check issued on 08/09/10 | 2300-000 | | -8.22 | 12,013.45 |
| 08/09/10 | 11007 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2010 FOR CASE #05-11663, Bond Payment | 2300-000 | | 8.22 | 12,005.23 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.71 | | 12,005.94 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,006.03 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,006.13 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,006.22 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,006.32 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,006.42 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,006.51 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,006.61 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,006.70 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,006.80 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,006.89 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,006.99 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 22.20 | 11,984.79 |
| 08/04/11 | 11008 | ESTATE OF | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2011 FOR CASE #05-11663<br>Voided on 08/04/11 | 2300-000 | | 9.22 | 11,975.57 |
| 08/04/11 | 11008 | ESTATE OF | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2011 FOR CASE | 2300-000 | | -9.22 | 11,984.79 |

Subtotals : $12,015.21 $30.42

{} Asset reference(s)                                                     Printed: 07/15/2013 10:34 AM     V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 05-11663  
**Case Name:** CABRAL, PAULO  
**Taxpayer ID #:** **-***0213  
**Period Ending:** 07/15/13  

**Trustee:** HAROLD B. MURPHY (410300)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******36-65 - Checking Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #05-11663<br>Voided: check issued on 08/04/11 | | | | |
| 08/04/11 | 11009 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2011 FOR CASE #05-11663 | 2300-000 | | 9.22 | 11,975.57 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 11,975.67 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.91 | 11,947.76 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.82 | 11,948.58 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,948.67 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,923.67 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 11,923.77 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,898.77 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,898.86 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.08 | 11,872.78 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 11,872.88 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,847.88 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 11,847.93 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 11,847.98 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.89 | 11,822.09 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,797.09 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,772.09 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,747.09 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.47 | 11,720.62 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,695.62 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.56 | 11,670.06 |
| 08/22/12 | 11010 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/22/2012 FOR CASE #05-11663, Bond #016027600 | 2300-000 | | 7.19 | 11,662.87 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,637.87 |
| 09/26/12 | 11011 | Commonwealth of Massachusetts | MA Form 2 - August 31, 2007 - Tax ID#13-7530213<br>Stopped on 01/02/13 | 2820-000 | | 1.00 | 11,636.87 |
| 09/26/12 | 11012 | Commonwealth of Massachusetts | MA Form 2 - August 31, 2008 - Tax ID#13-7530213 | 2820-000 | | 663.00 | 10,973.87 |
| 09/26/12 | 11013 | Commonwealth of Massachusetts | MA Form 2 - August 31, 2010 - Tax ID#13-7530213 | 2820-000 | | 122.00 | 10,851.87 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,826.87 |

Subtotals: $0.58 $1,158.50

{} Asset reference(s)                                        Printed: 07/15/2013 10:34 AM    V.13.13

Exhibit 9

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

**Case Number:** 05-11663  
**Case Name:** CABRAL, PAULO

**Taxpayer ID #:** **-***0213  
**Period Ending:** 07/15/13

**Trustee:** HAROLD B. MURPHY (410300)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******36-65 - Checking Account  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.84 | 10,801.03 |
| 11/05/12 | {9} | The Commonwealth of Massachusetts | Refund of late filing penalties and interest | 1124-000 | 240.00 | | 11,041.03 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,016.03 |
| 12/17/12 | {9} | The Commonwealth of Massachusetts | Tax refund | 1124-000 | 44.00 | | 11,060.03 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001041030088 20121220 | 9999-000 | | 11,060.03 | 0.00 |
| 01/02/13 | 11011 | Commonwealth of Massachusetts | MA Form 2 - August 31, 2007 - Tax ID#13-7530213<br>Stopped: check issued on 09/26/12 | 2820-000 | | -1.00 | 1.00 |
| 01/08/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001041030088 20130108 | 9999-000 | | 1.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,299.79 | 12,299.79 | $0.00 |
| | | | Less: Bank Transfers | | 12,009.31 | 11,061.03 | |
| | | | **Subtotal** | | 290.48 | 1,238.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$290.48** | **$1,238.76** | |

{} Asset reference(s)

Printed: 07/15/2013 10:34 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 05-11663  
**Case Name:** CABRAL, PAULO  
**Taxpayer ID #:** **-***0213  
**Period Ending:** 07/15/13  

**Trustee:** HAROLD B. MURPHY (410300)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****568266 - Checking Account  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 11,060.03 | | 11,060.03 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.76 | 11,045.27 |
| 01/09/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1.00 | | 11,046.27 |
| 06/05/13 | 21014 | HAROLD B. MURPHY | Dividend paid 100.00% on $2,033.55, Trustee Compensation;  Reference: | 2100-000 | | 2,033.55 | 9,012.72 |
| 06/05/13 | 21015 | U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 8,762.72 |
| 06/05/13 | 21016 | Verdolino & Lowey, P.C., Accountants to Trustee | Dividend paid 100.00% on $94.85, Accountant for Trustee Expenses (Trustee Firm); Reference: | 3320-000 | | 94.85 | 8,667.87 |
| 06/05/13 | 21017 | Murphy & King, P.C. | Dividend paid 100.00% on $2,035.94, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 2,035.94 | 6,631.93 |
| 06/05/13 | 21018 | Murphy & King, P.C. | Dividend paid 100.00% on $22,686.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,104.39 | 527.54 |
| 06/05/13 | 21019 | Verdolino & Lowey, P.C., Accountants to Trustee | Dividend paid 100.00% on $1,960.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 527.54 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 11,061.03 | 11,061.03 | $0.00 |
| Less: Bank Transfers | | 11,061.03 | 0.00 | |
| **Subtotal** | | 0.00 | 11,061.03 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$11,061.03** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****36-65 | 12,545.03 | 535.72 | 0.00 |
| Checking # 9200-******36-65 | 290.48 | 1,238.76 | 0.00 |
| Checking # ****568266 | 0.00 | 11,061.03 | 0.00 |
| | $12,835.51 | $12,835.51 | $0.00 |

{} Asset reference(s)

Printed: 07/15/2013 10:34 AM    V.13.13