**Rabobank**

*Rabobank, N.A.*
*90 E. Thousand Oaks Blvd., Ste 300*
*Thousand Oaks, CA 91360*

Account Number:    5001568266

Period Covered:
June 01, 2013 - June 30, 2013
Page 2 of 4

Harold B Murphy
One Beacon Street
21st Floor
Boston MA 02108

Case Number:    05-11663
Case Name:    CABRAL, PAULO Debtor
Trustee Number:    0000410300
Trustee Name:    Harold B Murphy Trustee

☏ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Trustee Checking

| | | | | | |
|---|---|---|---|---|---|
| Account number | | 5001568266 | **Beginning balance** | | $11,046.27 |
| Enclosures | | 6 | Total additions | | $0.00 |
| Avg collected balance | | $2,379.00 | Total subtractions | | $11,046.27 |
| | | | **Ending balance** | | $0.00 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 21014 | 06-07 | 2,033.55 | 21017 | 06-07 | 2,035.94 |
| 21015 | 06-10 | 250.00 | 21018 | 06-07 | 6,104.39 |
| 21016 | 06-14 | 94.85 | 21019 | 06-14 | 527.54 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 11,046.27 | 06-10 | 622.39 | | |
| 06-07 | 872.39 | 06-14 | 0.00 | | |



www.rabobankamerica.com

13882
3154    rev 01-13