UST-10

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>CABRAL, PAULO<br><br>DEBTOR(S) | CHAPTER 7<br><br>CASE NO.:  05-11663 JNF |

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND
## ACCOUNT AFTER DISTRIBUTION, DISCHARGING TRUSTEE
## AND CLOSING CASE

The Trustee's Final Report and Account After Distribution having been submitted by the trustee to the United States Trustee, along with all cancelled checks and ending bank statement(s) reflecting a zero ($0) ending bank balance in all estate accounts, and the same having initially been reviewed by the United States Trustee and filed with the Court without objection;

**IT IS HEREBY ORDERED** that the trustee's Final Report and Account After Distribution is **Approved**, and further that the trustee is hereby discharged from his/her duties herein as trustee.

**IT IS FURTHER ORDERED** that this proceeding is closed pursuant to 11 U.S.C. §350(a) and FRBP 5009.

Dated: _____        _____
                                                                            U.S. Bankruptcy Judge