UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
                                              )
                                              )
Paulo Cabral,                                 )    Chapter 7
                                              )    Case No. 05-11663-JNF
                    Debtor(s).                )
                                              )
_____

CERTIFICATE OF REVIEW

    The United States Trustee has reviewed the Final Account Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the *Memorandum of Understanding* dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.
.

                        William K. Harrington
                        United States Trustee
                        Region 1


Date: July 25, 2013          /s/ James P. Cronin_____
                                      James P Cronin
                                      Bankruptcy Analyst
                                      Office of the United States Trustee
                                      John W. McCormack Post Office and Courthouse
                                      5 Post Office Square, Suite 1000
                                      Boston, MA     02109
                                      (617) 788-0400