United States Bankruptcy Court
District of Massachusetts

In re:                                                                  Case No. 05-11663-jnf
Paulo Cabral                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1       User: dk              Page 1 of 2              Date Rcvd: Aug 26, 2013
                           Form ID: pdf012       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2013.
db          +Paulo Cabral,    435 Lafayette St.,    Salem, MA 01970-5337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 0101-1          User: dk                 Page 2 of 2                  Date Rcvd: Aug 26, 2013
                              Form ID: pdf012          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2013 at the address(es) listed below:

        Andrew C. Schultz    on behalf of Debtor Paulo  Cabral acschultz@comcast.net
        Charles M. Vacca, Jr.    on behalf of Defendant    Bank of America, N.A. (as successor to Fleet National Bank) cvacca@cox.net
        Christian J. Urbano    on behalf of Trustee Harold B. Murphy maddenurbano@verizon.net, ddk@hanify.com
        Christian J. Urbano    on behalf of Plaintiff Harold B. Murphy maddenurbano@verizon.net, ddk@hanify.com
        Donald Ethan Jeffery    on behalf of Trustee Harold B. Murphy dej@murphyking.com, pas@murphyking.com
        Harold B. Murphy    on behalf of Trustee Harold B. Murphy bankruptcy@murphyking.com, ddk@murphyking.com
        Harold B. Murphy    mxc@hanify.com, ma33@ecfcbis.com
        Jeffrey M. Frankel    on behalf of Creditor    Countrywide Home Loans, Inc. jmfbky@yahoo.com
        John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
        John S. McNicholas    on behalf of Creditor    Countrywide Home Loans, Inc. jmcnicholas@kordeassoc.com
        Kathleen R. Cruickshank    on behalf of Trustee Harold B. Murphy bankruptcy@murphyking.com, krc@murphyking.com;jmc@murphyking.com
        Kathleen R. Cruickshank    on behalf of Plaintiff Harold B. Murphy bankruptcy@murphyking.com, krc@murphyking.com;jmc@murphyking.com
        Nina  Ching    on behalf of Creditor    United States of America - IRS Nina.P.Ching@IRSCounsel.Treas.Gov, bankruptcy.boston@irscounsel.treas.gov
        Patrick F Gallagher    on behalf of Creditor    Internal Revenue Service\IRS patrick.f.gallagher@irscounsel.treas.gov, &Bankruptcy.Boston@irscounsel.treas.gov
        Paul W. Carey    on behalf of Defendant    Bank of America, N.A. (as successor to Fleet National Bank) pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com

                                                                                                   TOTAL: 15

UST-10

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>CABRAL, PAULO | CHAPTER 7<br><br>CASE NO.: 05-11663 JNF |
| DEBTOR(S) | |

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND
## ACCOUNT AFTER DISTRIBUTION, DISCHARGING TRUSTEE
## AND CLOSING CASE

The Trustee's Final Report and Account After Distribution having been submitted by the trustee to the United States Trustee, along with all cancelled checks and ending bank statement(s) reflecting a zero ($0) ending bank balance in all estate accounts, and the same having initially been reviewed by the United States Trustee and filed with the Court without objection;

**IT IS HEREBY ORDERED** that the trustee's Final Report and Account After Distribution is **Approved**, and further that the trustee is hereby discharged from his/her duties herein as trustee.

**IT IS FURTHER ORDERED** that this proceeding is closed pursuant to 11 U.S.C. §350(a) and FRBP 5009.

Dated: _____    _____    08/26/2013
U.S. Bankruptcy Judge